**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JESSE GUARDADO,**

Plaintiff, Case No. 3:26-cv-2596

v.

**RICHARD COMERFORD,**
Secretary, Department of Corrections,
in his official capacity;

**RANDALL POLK,**
Warden, Florida State Prison,
in his official capacity,

Defendants.
_________________________________/

**NOTICE OF LEAD COUNSEL DESIGNATION**

Undersigned counsel, Linda McDermott, Chief of the Capital Habeas Unit of the Federal Public Defender for the Northern District of Florida, respectfully requests to be designated as lead counsel for Plaintiff Jesse Guardado pursuant to Local Rule 1.01(d)(9).

Respectfully Submitted,

/s/ Linda McDermott
Linda McDermott
Florida Bar No. 0102857
Chief, Capital Habeas Unit
Office of the Federal Public Defender
Northern District of Florida
Tallahassee, FL 32301

(850) 942-8818
linda_mcdermott@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading has been furnished by electronic service to all counsel of record on this 6th day of October, 2026.

/s/ Linda McDermott
Linda McDermott