AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Richard Comerford, Secretary FDOC
was received by me on *(date)* 10/06/2026 .

❐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Patrick Cunningham , who is designated by law to accept service of process on behalf of *(name of organization)* Florida Department of Corrections on *(date)* __________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/06/2026

*Server's signature*

Andrea Tinoco - Investigator
*Printed name and title*

227 N. Bronough St, Suite 4200, Tallahassee FL
*Server's address*

Additional information regarding attempted service, etc: