UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JESSE GUARDADO,

Petitioner,

v. Case No. 3:26-cv-2596-MMH-SJH

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

Respondent.

---

# ORDER

**TAKE NOTICE** that this case is hereby **SET** for a **limited evidentiary hearing** on **OCTOBER 22, 2026, at 9:30 A.M.** The hearing will take place before the Honorable Marcia Morales Howard, United States District Judge, in the United States Courthouse, Courtroom 10B, 300 North Hogan Street, Jacksonville, Florida.

The Department of Corrections is hereby ordered to deliver Plaintiff **Jesse Guardado**, Inmate Number **324342** (who is currently on death row incarcerated at **Florida State Prison**) to the United States Courthouse, Courtroom No. 10B, 300 North Hogan Street, Jacksonville, Florida, no later than **9:00 a.m. on October 22, 2026**. After the Court recesses at the

conclusion of the hearing, the Department may return Plaintiff to his penal institution.

The **Clerk** shall provide a copy of this Order to the United States Marshal's Office, and the Court Security Office.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of October, 2026.

MARCIA MORALES HOWARD
United States District Judge

caw 10/16
c:
Counsel of Record
FDOC Correctional Services Consultant (email)
United States Marshal
Court Security Office