**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JESSE GUARDADO,

Plaintiff,

v. Case No. 3:26-cv-2596-MMH-SJH

SECRETARY, DEPARTMENT OF CORRECTIONS, et al.,

Defendants.
______________________________/

# ORDER

In accordance with Local Rule 7.02, members of the press may enter the courthouse with a laptop computer, tablet, and/or cell phone to attend the evidentiary hearing set for **October 22, 2026, at 9:30 a.m.** before the undersigned in Courtroom 10B.

Any member of the press entering the courthouse with a laptop, tablet, or cell phone must present the Court Security Officers with media credentials. Live transmission of any kind from the courtroom is strictly prohibited. This prohibition includes, but is not limited to, texting, emailing, tweeting, blogging, and messaging or posting via social media.

In addition, no audio or video recording is allowed in the courthouse at any time. All electronic devices must be on silent while in the courtroom.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of October, 2026.

Marcia Morales Howard
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record
U.S. Marshal Service
Court Security Officer
Division Manager