**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JESSE GUARDADO,**

**Petitioner,**

**v.**

**SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, et al.,**

**Respondents.**
______________________________/

**CASE NO. 3:26-cv-2596**
**ACTIVE DEATH WARRANT**
**Execution scheduled for**
**Nov. 5, 2026 @ 6:00 p.m.**

**NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW, the Respondents, Secretary, Department of Corrections, et al., by and through the undersigned counsel, and hereby give notice that Jason W. Rodriguez, Special Counsel, Assistant Attorney General, who is admitted to practice in this Court, appears as co-counsel for Respondents in the instant case. Therefore, any and all pleadings should be sent to:

Jason.Rodriguez@myfloridalegal.com

Capapp@myfloridalegal.com

Amahjah.Wallace@myfloridalegal.com

Arianna.Balda@myfloridalegal.com

Mary.Sprinkle@myfloridalegal.com

ALL PARTIES PLEASE TAKE NOTICE.

Respectfully submitted,

JAMES UTHMEIER
FLORIDA ATTORNEY GENERAL

/s/ *Jason W. Rodriguez*
JASON W. RODRIGUEZ
Special Counsel
Assistant Attorney General
Florida Bar No. 125285
Office of the Florida Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
Capapp@myfloridalegal.com
Jason.Rodriguez@myfloridalegal.com

CO-COUNSEL FOR RESPONDENTS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Jason W. Rodriguez*
CO-COUNSEL FOR RESPONDENTS