**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JESSE GUARDADO,**

**Petitioner,**

**v.**

**SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, et al.,**

**Respondents.**
______________________________/

**CASE NO. 3:26-cv-2596**
**ACTIVE DEATH WARRANT**
**Execution scheduled for**
**Nov. 5, 2026 @ 6:00 p.m.**

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, the Respondents, Secretary, Department of Corrections, et al., by and through the undersigned counsel, and hereby give notice that Michael W. Mervine, Special Counsel, Assistant Attorney General, who is admitted to practice in this Court, appears as co-counsel for Respondents in the instant case. Therefore, any and all pleadings should be sent to:

Michael.Mervine@myfloridalegal.com

Capapp@myfloridalegal.com

Paula.Montlary@myfloridalegal.com

Elizabeth.Bueter@myfloridalegal.com

ALL PARTIES PLEASE TAKE NOTICE.

Respectfully submitted,

JAMES UTHMEIER
FLORIDA ATTORNEY GENERAL

/s/ *Michael W. Mervine*
MICHAEL W. MERVINE
Special Counsel
Assistant Attorney General
Florida Bar No. 692131
Office of the Florida Attorney General
3507 E. Frontage Road, Suite 200
Tampa, FL 33607
Capapp@myfloridalegal.com
Michael.Mervine@myfloridalegal.com

CO-COUNSEL FOR RESPONDENTS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Michael W. Mervine*
CO-COUNSEL FOR RESPONDENTS