**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JESSE GUARDADO,**

**Plaintiff,**

**v.**

**RICHARD COMERFORD, Sec'y,**
**Sec'y Dep't of Corr.**

**and**

**RANDALL POLK, Warden,**
**Florida State Prison,**

**Defendants.**
__________________________________/

**CASE NO. 3:26-cv-02596-MMH-SJH**
**Execution Scheduled for**
**October 20, 2026 @ 6:00 p.m.**

## DEFENDANTS' NOTICE OF APPEARANCE

Defendants, Richard Comerford, Secretary, Florida Department of Corrections, et. al, hereby files this Notice of Appearance:

Undersigned counsel, Lisa-Marie Lerner, hereby notifies this Court of her appearance in this cause.

WHEREFORE, Defendants request respectfully that this Court take note of counsel's appearance in this case.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

s/ *Lisa-Marie Lerner*
Lisa-Marie Lerner
Senior Assistant Attorney General
Florida Bar No. 698271
Office of the Attorney General
1515 N. Flagler Dr., Suite 900
West Palm Beach, Florida 33401
Telephone: 561-268-5203
Lisamarie.lerner@myfloridalegal.com
capapp@myfloridalegal.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of October, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Linda McDermott, Chief, Capital Habeas Unit, Federal Public Defender Northern District of Florida, Linda_McDermott@fd.org, Sean Dunn, Assistant Federal Public Defender, Sean_Dunn@fd.org at Capital Habeas Unit, Northern District of Florida, 227 N. Bronough Street, Suite 4200, Tallahassee, Florida 32301; Bri Lacy, Assistant Capital Collateral Counsel-South, **LacyB@ccsr.state.fl.us**, **pleadings@ccsr.state.fl.us** and Yiitsodirah Final, Staff Attorney at **FinalY@ccsr.state.fl.us**, Capital Collateral Regional Counsel-South Region, 110 SE 6th Street, Ste 701, Fort Lauderdale, Florida 33301-5001, and the Florida Supreme Court, **warrant@flcourts.org and canovak@flcourts.org**, Charmaine Millsaps, Special Assistant Attorney General at charmaine.millsaps@myfloridalegal.com and capapp@myfloridalegal.com, Jason

Rodriguez, Special Counsel, Assistant Attorney General, Jason.Rodriguez@myfloridalegal.com and capapp@myfloridalegal.com at Office of the Attorney General, The Capitol, PL-01, Tallahassee, FL 32399-1050.

s/ *Lisa-Marie Lerner*
Counsel for Defendants