**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JESSE GUARDADO**

Plaintiff, Case No. 3:26-cv-2596

v. **CAPITAL CASE**

**RICHARD COMERFORD,** Secretary, Department of Corrections, in his official capacity;

**EXECUTION OF STATE DEATH SENTENCE SET: NOVEMBER 5, 2026 AT 6:00 P.M.**

and

**RANDALL POLK,** Warden, Florida State Prison, in his official capacity,

Defendants.
_______________________________/

## UNOPPOSED MOTION TO AUTHORIZE REMOTE TESTIMONY

Plaintiff Jesse Guardado respectfully moves to allow Dr. Michaela Almgren, Pharm. D., M.S., to testify at the October 22, 2026, evidentiary hearing in this Court by remote contemporaneous transmission under Federal Rule of Civil Procedure 43(a) ("For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location"). Defendants do not oppose this request.[1]

[1] *See* Fed. R. Civ. P. 43, 1996 Advisory Committee Note ("Good cause and compelling circumstances may be established with relative ease if all parties agree that testimony should be presented by transmission.")

Dr. Almgren resides in Lexington, South Carolina. She is a Doctor of Pharmacy and a Clinical Associate Professor in the Department of Clinical Pharmacy and Outcomes Sciences at the College of Pharmacy at the University of South Carolina, teaching courses on topics relating to drug pharmacology, pharmacotherapy, and pharmacy law and regulations. Dr. Almgren specializes in medication handling, sterile compounding, medication safety and pharmacy regulations. Dr. Almgren has reviewed FDOC's drug logs, ECF No. 1-6 at ¶ 5, and provided a declaration pertaining to the instances of maladministration contained therein. ECF No. 1-6. Dr. Almgren supported Guardado's complaint by rendering a professional opinion regarding whether the documented maladministration of the protocol presents a risk of pain, harm, and unnecessary suffering. *Id.*

Good cause and compelling circumstances justify allowing Dr. Almgren to testify remotely. Dr. Almgren has multiple professional obligations on Wednesday, Thursday afternoon, and Friday that require her attendance in person. Furthermore, Dr. Almgren's professional obligation on Friday, October 23, requires travel. These obligations cannot be rescheduled.

Appropriate safeguards can be put in place to ensure that Dr. Almgren's testimony will have all the necessary qualities of live testimony. Undersigned counsel will coordinate with Dr. Almgren and court staff to comply with this Court's

remote testimony procedures and ensure that any technical issues are resolved prior to the hearing in order to minimize the possibility of delay.

This Court should authorize Dr. Almgren to testify remotely under Rule 43(a).

Respectfully submitted,

/s/ Linda McDermott
LINDA MCDERMOTT
Chief, Capital Habeas Unit
/s/ Sean Gunn
SEAN GUNN
Assistant Federal Public Defender
Northern District of Florida
227 North Bronough St., Suite 4200
Tallahassee, Florida 32301
(850) 942-8818
linda_mcdermott@fd.org
sean_gunn@fd.org

*Counsel for Mr. Guardado*

## LOCAL RULE 3.01(g) CERTIFICATE

I certify that I complied with the attorney-conference requirement in Local Rule 3.01(g). Counsel for Defendants, Jason Rodriguez, informed counsel that Defendants do not object to this motion.

/s/ Sean Gunn
Sean Gunn

## CERTIFICATE OF SERVICE

On October 19, 2026, this filing was electronically served on all attorneys attached to the CM/ECF docket.

/s/ Sean Gunn
Sean Gunn