IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**EXECUTION SCHEDULED FOR NOVEMBER 5, 2026, @ 6:00 p.m.**

JESSE GUARDADO,

*Plaintiff*,

v.

Case No.: 3:26-cv-02596
CAPITAL CASE

RICHARD COMERFORD,
Secretary, Florida Department of Corrections,
in his official capacity

and

RANDALL POLK,
Warden, Florida State Prison,
in his official capacity

*Defendants*.
_______________________________________/

## DEFENDANTS' EXHIBIT LIST

The Florida Department of Corrections ("FDC") Defendants provide the Court and parties with notice that they may admit the following exhibits at the Evidentiary Hearing scheduled for Thursday, October 22, 2026, at 9:30 a.m. Copies of these Exhibits are attached.

## FDC Execution Checklists

**Exhibit 1**: Redacted FDC Execution Checklist for Kayle Bates. (Doc.33-1 at 5 (recording that "Two (2) Team Members along w/FDLE" verified the "expiration date of lethal chemicals").)

**Exhibit 2**: Redacted FDC Execution Checklist for Curtis Windom. (Doc.33-2 at 5 (same).)

**Exhibit 3**: Redacted FDC Execution Checklist for David Pittman. (Doc.33-3 at 6 (same).)

**Exhibit 4**: Redacted FDC Execution Checklist for Victor Jones. (Doc.33-4 at 4 (same).)

**Exhibit 5**: Redacted FDC Execution Checklist for Samuel Smithers. (Doc.33-5 at 5 (same).).

## Autopsy/Toxicology Packets

**Exhibit 6**: Redacted Autopsy/Toxicology Packet for Kayle Bates.

**Exhibit 7**: Redacted Autopsy/Toxicology Packet for Curtis Windom.

**Exhibit 8**: Redacted Autopsy/Toxicology Packet for David Pittman.

**Exhibit 9**: Redacted Autopsy/Toxicology Packet for Victor Jones.

**Exhibit 10**: Redacted Autopsy/Toxicology Packet for Samuel Smithers.

Respectfully submitted,

JAMES UTHMEIER
*Florida Attorney General*

/s/ *Jason W. Rodriguez*
JASON W. RODRIGUEZ

*Special Counsel, Assistant Attorney General*
Florida Bar No. 125285
jason.rodriguez@myfloridalegal.com

/s/ *Charmaine M. Millsaps*
CHARMAINE M. MILLSAPS
*Special Counsel, Assistant Attorney General*
Florida Bar No. 989134
charmaine.millsaps@myfloridalegal.com

/s/ *Michael W. Mervine*
MICHAEL W. MERVINE
*Special Counsel, Assistant Attorney General*
Florida Bar No. 692131
michael.mervine@myfloridalegal.com

FLORIDA ATTORNEY GENERAL'S OFFICE
PL-01, The Capitol
Tallahassee, FL 32399
Capapp@myfloridalegal.com
(850) 414-3300

Counsel for all Defendants.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been furnished by CM/ECF to **SEAN GUNN** Assistant Public Defender of CHU-N, 227 N. Bronough Street. Tallahassee, Fl 32301; phone: (850) 942-8818; email: sean-gunn@fd.org this 19th day of October 2026.

/s/ *Jason W. Rodriguez*

Jason W. Rodriguez
Special Counsel
Asst. Attorney General