# EXHIBIT 1

# OFFICIAL WITNESS SIGN-IN

**INMATE NAME: BATES, Kayle**
**DC#: 088568**
**DATE OF EXECUTION: August 19, 2025**
**TIME: 6:00 PM**

| | NAME | SIGNATURE |
|---|---|---|
| 1 | Brandi Manley | |
| 2 | Lisa Kinard | |
| 3 | Cynthia McNichols | |
| [redacted] | | |
| 6 | Larry Basford | |
| [redacted] | | |
| 8 | Darryl Sanders | |
| 9 | Abby Scholes | |
| 10 | Karen Cox | |
| 11 | Ernest Wynn | [redacted] |
| [redacted] | | |
| 13 | Hollie Hodgson | |
| 14 | Amanda Rewis | |
| 15 | Scottie Pleasant | |
| 16 | Lasonica Lockridge | |
| 17 | Kellie Williams | |
| 18 | Shawna Evans | |
| 19 | Chatlie Moore | |
| 20 | Linda McDermott | |
| 21 | James Abdur-Rahman | |
| | | |

# EXECUTION CHECKLIST

**INMATE NAME** Kayle B. Bates **NUMBER** 088568 **DATE:** 8/19/2025

| EXECUTION PREPARATION – PRIOR TO RECEIVING INMATE | TIME | RESPONSIBLE TEAM MEMBER | CONTINGENCY LOG: | TIME |
|---|---|---|---|---|
| All team members present | 1:45 | [redacted] | | |
| Arrive on site | 2:00 | | | |
| Telephone check | 2:00 | | | |
| Obtain keys/Key check/Key log | 2:02 | | | |
| Public Address System check | 2:04 | | | |
| Radio check/Radio accountability | 2:07 | | | |
| Visual Monitor/Video Equipment Check | 2:03 | | | |
| Confirm cell phones are on vibrate/silenced | 2:04 | | | |
| Equipment bag check | 2:06 | | | |
| Suit/Undergarments present | 2:03 | | | |
| Shower supplies | 2:02 | | | |
| Search shower | 2:04 | | | |
| Search holding cell | 2:01 | | | |
| Ensure sheets pressed and several back-ups | 2:05 | | | |
| Ensure IV Pole is on medical cart | 2:10 | | | |
| Checked Phase Light system | 2:06 | | | |
| Medical Equipment Check: Wireless Telemetry Monitors | 2:14 | | | |
| UPS for Wireless Telemetry Monitors | 2:14 | | | |
| Cardiac Monitors | 2:15 | | | |
| Cardiac Monitor Leads | 2:15 | | | |
| Drug test completed | 4:50 | | | |
| Verify checklist complete at this time: **Team Warde**[redacted] | 5:58 | | | |

| **EXECUTION** [redacted]**PARATION PROCESS** | TIME | RESPONSIBLE TEAM MEMBERS | CONTINGENCY LOG: | TIME |
|---|---|---|---|---|
| Receive Inmate/Obtain log book | 3:30 | [redacted] | | |
| Complete shower *refused* | 3:45 | | | |
| Secure in holding cell | 3:59 | | | |
| Issue clothing | 5:00 | | | |
| Explanation to inmate of lethal injection | 3:30 | | | |

Revised 5/25/2021-added Minster of Religion entry and exit

| | | |
|---|---|---|
| Inmate offered injection for anxiety – one (1) hour prior | 4:59 | |
| Inmate accepted/declined injection for anxiety (declined circled) | 4:59 | |
| Open phone line with Governor's Office | 5:27 | |
| Read Warrant – Waived reading of the Warrant (Waived circled) | 4:00 | |
| Restraints applied at holding cell | 5:31 | |
| Escorted to gurney | 5:31 | |
| Security Team Restraint process begun/completed | Begins | Ends |
| | 5:32 | 5:37 |
| Technical Team process begun/completed. IV method utilized: Peripheral Femoral (Peripheral circled) | Begins | Ends |
| | 5:33 | 5:42 |
| Security Team and Technical Team depart execution chamber | 5:43 | |
| Official/Media Witnesses Entered and Secured in witness room | 5:44 | |
| Confirm Witnesses Secured in Witness Room | 5:44 | |
| Escort Minister of Religion into the execution chamber | 5:51 | |
| Death Chamber Entrance Door Secured | 5:52 | |
| Verify checklist completed/Executioners Room ready to proceed: **Team Warde**[redacted] | 5:58 | |
| Curtain Opened | 6:00 | |
| Communication [redacted] reference any last stays | 6:00 | |
| Activate Public Address (PA) System | 6:00 | |
| Last statement | 6:01 | |
| Execution Phase Begins | 6:01 | |
| Deactivate Public Address (PA) System | 6:01 | |
| Initiate phases | 6:01 | |
| Physician pronounces death/Team Warden in agreement | 6:17 | |
| Notification that sentence has been carried out to Governor's Office | 6:17 | |
| Activate Public Address (PA) System | 6:17 | |
| Notification that sentence has been carried out to witnesses | 6:17 | |
| Deactivate Public Address (PA) System | 6:17 | |
| Curtain Closes | 6:17 | |
| Official/Media Witnesses departed witness room | 6:21 | |
| Escort Minister of Religion out of execution chamber | 6:18 | |
| Medical Team departs | 6:23 | |
| Body Removal Team | Enters | Exits |
| | 6:21 | 6:28 |
| Debriefing | 5:45 | |

[redacted]

**Team Warden** [redacted]

# EXECUTIONERS ROOM CHECKLIST

**INMATE NAME** Kayle B. Bates **NUMBER** 088568 **DATE** 8/19/25

| PREPARATION CHECKLIST | TIME | Responsible Team Member |
|---|---|---|
| 8 syringes labeled to include chemical name – Verified (Stand A & B) | 2:59 p | [redacted] |
| 8 syringes w/18 gauge needle for chemical draw – Verified (Stand A & B) | 3:00 p | |
| Two (2) Team Members along w/FDLE verify expiration date of lethal chemicals | 3:00 p | |
| Two (2) Team Members along w/FDLE observe preparation of lethal injection chemical mix | 3:00 p | |
| Syringes filled with chemicals: | 3:05 p | |
| Syringe #1 and #2: **Etomidate, Trays A & B (Total 4)** | 3:24 p | |
| Syringe #3: **Saline Solution, Trays A &B (Total 2)** | 3:17 p | |
| Syringe #4 and #5: **Rocuronium Bromide, Trays A & B (Total 4)** | 3:24 p | |
| Syringe #6: **Saline Solution, Trays A & B (Total 2)** | 3:21 p | |
| Syringe #7 and #8: **Potassium Acetate, Trays A & B (Total 4)** | | |
| All syringes secured in Stands A & B w/18 gauge, 1 inch blunt cannula Verified (Total 16) | 3:24 p | |
| Verify Expiration Date of Hydroxyzine | 3:25 p | |
| Verify Drawing of syringes and disposal of remainder of Hydroxyzine | 3:25 p | |
| Stand A and Stand B transported to Execution Room | 3:26 p | |
| Execution Room secured | 3:27 p | |

**TEAM WARD**[redacted]

2/21/2023 Removed Diazepam and added Hydroxyzine

**DATE:** 8/19/2025

| EXECUTION PHASE BEGINS | TIME (Begins) | TIME (Ends) | STM Number |
|---|---|---|---|
| Two (2) Standard IV infusion sets and extension sets that will be clearly marked #1 and #2 | 5:44p | | [redacted] |
| Technical Team confirmed with Executioners that **LINE #1** is the **PRIMARY LINE** | 5:54p | | |
| Phase 1 Begins | 6:01p | | |
| Syringe 1 Etomidate | 6:01p | 6:03p | |
| Syringe 2 Etomidate | 6:03p | 6:04p | |
| Syringe 3 Saline Solution | 6:04p | 6:05p | |
| Phase 1 Ends | 6:05p | | |
| Team Warden checks for consciousness | 6:05p | | |
| Inmate medically checked for consciousness | 6:06p | | |
| Phase 2 Begins | 6:06p | | |
| Syringe 4 Rocuronium Bromide | 6:06p | 6:07p | |
| Syringe 5 Rocuronium Bromide | 6:07p | 6:09p | |
| Syringe 6 Saline Solution | 6:09p | 6:09p | |
| Phase 2 Ends | 6:09p | | |
| Phase 3 Begins | 6:10p | | |
| Syringe 7 Potassium Acetate | 6:10p | 6:11p | |
| Syringe 8 Potassium Acetate medical advises death @ 6:15p | 6:12p | | |
| Phase 3 Ends | | | |
| Sentence has been carried out | 6:17p | | |
| All materials/chemical mix disposed of according to State and Federal Law | 6:23p | | |
| **CONTINGENCY LOG:** | | | |
| | | | |
| | | | |

2/21/2023 Removed diazepam and added Hydrozyzine

# EXECUTION PREPARATIONS CHECKLIST

## TEAM WARDEN

| EXECUTION PREPARATIONS | DATE | TIME |
| --- | --- | --- |
| Receipt of Warrant from Institutional Warden | 7/18/25 | 5:30 |
| Advised of Execution Scheduled For Kayle B. Bates 085568 By Institutional Warden | 7/18/25 | 4:10 |
| Selection of Executioners | 7/18/25 | 4:30 |
| • Provided Executioners with copy of procedure | 7/18/25 | 4:30 |
| • Explained to Executioners respective duties/responsibilities | 7/18/25 | 4:30 |
| • Explained to Executioners training will occur | 7/18/25 | 4:30 |
| • Designate Executioners as Primary and Secondary | 7/18/25 | 4:30 |
| Ensure purchase/ maintenance of chemicals by assigned team member | 7/23/25 | 2:05 |
| Approximately one (1) week prior to Execution, Team Warden designates execution team members to: | 8/12/25 | 9:00 |
| • Review of Inmate Medical File | 8/12/25 | 9:00 |
| • Limited Physical Examination | 8/12/25 | 9:10 |
| • Execution Team Members report findings to Team Warden | 8/12/25 | 9:15 |
| Review of examination/confer with designated team members, the Team Warden shall conclude the more suitable method of venous access | 8/12/25 | 9:15 |
| **Contingency Log:** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TEAM WARDEN** [redacted] **DATE** 8/15/25

T___: KAYLE BATES
Observer: [redacted]
Date: 8/19/25
Location: CHAMBER

## LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1:30 PM | **Arrived Florida State Prison (Time)** | |
| N/O | Syringe fill begin | |
| N/O | Syringe fill complete | |
| N/O | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| 3:58 PM | Inmate moved to chamber prep. Cell # Q1101 | |
| SEE NOTE | Explanation of lethal injection procedures to inmate | VARIOUS STAGES |
| 4:58 PM | Sedative offered to inmate | Accepted/Declined (Declined circled) |
| | | |
| 5:26 PM | **Communication link established with EOG** | |
| 5:31 PM | **Inmate moved to Death Chamber** | |
| | ****************** **BEGIN TWO MINUTE INCREMENTAL ENTRIES** ****************** | |
| 5:31 PM | Restraint process initiated | |
| 5:33 PM | Restraint process continued | |
| 5:35 PM | | |
| | | |
| 5:37 PM | Restraint process completed | |
| | | |
| 5:38 PM | IV initiated L & R arm | |
| 5:40 PM | IV placement continued | |
| | | |
| 5:41 PM | IV placement completed | |
| 5:43 PM | 5:45 PM 5:47 PM 5:49 PM 5:51 PM | |
| 5:52 PM | **Minister of Religion escorted into chamber** | |
| 5:54 PM | 5:56 PM | |
| 5:57 PM | IV final check by medical personnel | |
| 5:59 PM | | |
| | | |
| 6:00 PM | **Warden check with EOG for last minute stays** | |
| 6:01 PM | Inmate final statement | Rendered/Declined (Declined circled) |
| 6:01 PM | **Warden authorizes Execution Phase One initiated** | |
| 6:03 PM | 6:05 PM | |
| 6:06 PM | Execution Phase One complete | |
| 6:06 PM | **Check for unconsciousness by Warden** | |
| 6:06 PM | Execution Phase Two initiated | |
| 6:08 PM | | |
| 6:10 PM | Execution Phase Two complete | |
| 6:10 PM | Execution Phase Three initiated | |
| 6:12 PM | 6:14 PM | 6:15 PM FLATLINE |
| U/A | Execution Phase Three complete | |
| 6:16 PM | Check for cardiac activity by medical personnel | |
| 6:17 PM | Medical Personnel notifies Warden time of death | |
| 6:17 PM | **EOG notified of time of death** | |
| 6:17 PM | **Death pronounced and announced by Warden** | |
| 6:18 PM | **Minister of Religion escorted from chamber** | |

**N/A = Not Applicable**
**N/O = Not Observed**

Revised 06/23/2025

Observer: [redacted]
Date: 8-18-25
Location: INJ. Room

## LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1330 | **Arrived Florida State Prison (Time)** | |
| 1459 | Syringe fill begin | |
| 1325 | Syringe fill complete | |
| N/O | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| N/O | Inmate moved to chamber prep. Cell # Q1101 | |
| N/O | Explanation of lethal injection procedures to inmate | |
| N/O | Sedative offered to inmate | Accepted/Declined |
| | | |
| N/O | **Communication link established with EOG** | |
| 1731 | **Inmate moved to Death Chamber** | |
| ****************** **BEGIN TWO MINUTE INCREMENTAL ENTRIES** ****************** | | |
| 1731 | Restraint process initiated | |
| 1733 | Restraint process continued | |
| 1235 | | |
| | | |
| 1737 | Restraint process completed | |
| | | |
| 1737 | IV initiated L & R arm | |
| 1739 | IV placement continued | |
| 1741 | | |
| 1742 | IV placement completed | |
| 1744 | 1746, 1748, 1750 | |
| 1751 | **Minister of Religion escorted into chamber** | |
| 1753 | 1755, | |
| 1757 | IV final check by medical personnel | |
| 1759 | | |
| | | |
| 1800 | **Warden check with EOG for last minute stays** | |
| 1801 | Inmate final statement | Rendered/Declined (Declined circled) |
| 1801 | **Warden authorizes Execution Phase One initiated** | |
| 1803 | 1805 | |
| 1805 | Execution Phase One complete | |
| 1805 | **Check for unconsciousness by Warden** | |
| 1806 | Execution Phase Two initiated | |
| 1808 | | |
| 1809 | Execution Phase Two complete | |
| 1810 | Execution Phase Three initiated | |
| 1812 | 1814 | |
| 1815 | Execution Phase Three complete | |
| 1816 | Check for cardiac activity by medical personnel | |
| 1817 | Medical Personnel notifies Warden time of death | TOD: 1817 |
| 1817 | **EOG notified of time of death** | |
| 1817 | **Death pronounced and announced by Warden** | |
| 1818 | **Minister of Religion escorted from chamber** | |

**N/A = Not Applicable**
**N/O = Not Observed**

Revised 06/23/2025

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HOUSING UNIT LOG**

**Florida State Prison**
**(INSTITUTION)**

Kayle Bates DC# 088568
**HOUSING UNIT** Death Watch Cell-front Monitor **DATE** 8-19- 2025

| TIME | LOG OF EVENTS | INITIALS |
|---|---|---|
| 3:59 pm | Inmate placed in holding cell. [redacted] explaining | [redacted] |
| | the execution process. | |
| 4:15 pm | [redacted] speaking with inmate. Inmate sitting | |
| | on bunk speaking with [redacted] | |
| 4:30 pm | Inmate sitting quietly on bunk. | |
| 4:45 pm | Inmate Sitting quietly on bunk | |
| 4:50 pm | [redacted] Speaking with | |
| | inmate. | |
| 4:58 pm | Inmate offered and refused sedative. | |
| 5:01 pm | Inmate changed into dress clothes. | |
| 5:02 pm | Inmate using the restroom | |
| 5:07 pm | [redacted] speaking | |
| | with inmate. | |
| 5:15 pm | [redacted] speaking with inmate Cell front | |
| 5:31 pm | Inmate removed from holding cell and escorted to | |
| | Chamber | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| **Housing Sergeant Signature:** | |
| **Housing Officer Signature:** | |

Each Correctional Officer and Correctional Officer Sergeant will make entry as to the time she/he assumed duties for the housing unit and the time relieved. Signature of the Housing Officer and Sergeant indicates that she/he has relieved the preceding shift, read the previous entries on the Housing Unit Log, and assumes the responsibility for any corrective action or follow-up action required. This log will be forwarded daily to the office of the Chief of Security at the conclusion of the Day Shift.

Name: Kayle B. Bates

DC#: 088568

**Inmate's Last Statement**

no.

Date: ____________

Recorded by: [redacted]

Name: Kayle B. Bates

DC#: 088568

## Inmate's Last Statement

NO

Date: 8/19/2025

Recorded by [redacted]

# EXECUTION TEAM TRAINING SIGN-IN SHEETS

Team Number

[redacted]

[redacted]

8-19-25

DATE

# EXECUTION TEAM DRUG TEST

| POSITION | TEAM MEMBER STM# | DRUG TEST TIME | DRUG TEST RESULT |
|---|---|---|---|
| **SECURITY TEAM MEMBERS** | [redacted] | 1:02 | N |
| | | 1:04 | N |
| | | 1:46 | N |
| | | 1:04 | N |
| | | 1:42 | N |
| | | 1:02 | N |
| | | 1:02 | N |
| | | 1:05 | N |
| | | 1:09 | N |
| | | 1:40 | N |
| | | 1:07 | N |
| | | — | — |
| | | 1:35 | N |
| | | 1:22 | N |
| | | 1:30 | N |
| | | 1:40 | N |
| | | 1:18 | N |
| [redacted] 1:20 N | | 1:05 | N |
| | | | |
| **TECHNICAL TEAM MEMBERS** | | 1:49 | N |
| | | 1:48 | N |
| [redacted] | | | |
| | | 1:18 | N |
| | | 1:45 | N |
| | | 1:49 | N |
| | | 4:55 | N |
| | | 4:55 | N |
| | | 1:35 | N |
| | | | |
| **EXECUTIONERS** | | 4:45 | N |
| | | 4:45 | N |
| | | — | — |

**TEAM WARDEN** [redacted] **DATE** 8-19-25

Revised 12/13/18

# EXECUTION CHECKLIST

**INMATE NAME** Practice **NUMBER** 1 **DATE:** 8/18/2025

| EXECUTION PREPARATION – PRIOR TO RECEIVING INMATE | TIME | RESPONSIBLE TEAM MEMBER | CONTINGENCY LOG: | TIME |
|---|---|---|---|---|
| All team members present | 1:45 | [redacted] | | |
| Arrive on site | 2:00 | | | |
| Telephone check | 2:02 | | | |
| Obtain keys/Key check/Key log | 2:01 | | 2:06 – Communication issue – | |
| Public Address System check | 2:06 | | Com box under chamber phone | |
| Radio check/Radio accountability | 2:10 | | inoperable – other units are | |
| Visual Monitor/Video Equipment Check | 2:06 | | operable. FSP advised of issue. | |
| Confirm cell phones are on vibrate/silenced | 2:07 | | | |
| Equipment bag check | 2:08 | | | |
| Suit/Undergarments present | 2:07 | | | |
| Shower supplies | 2:03 | | | |
| Search shower | 2:04 | | | |
| Search holding cell | 2:05 | | | |
| Ensure sheets pressed and several back-ups | 2:07 | | | |
| Ensure IV Pole is on medical cart | 2:10 | | | |
| Checked Phase Light system | 2:07 | | | |
| Medical Equipment Check: Wireless Telemetry Monitors | 2:14 | | | |
| UPS for Wireless Telemetry Monitors | 2:14 | | | |
| Cardiac Monitors | 2:15 | | | |
| Cardiac Monitor Leads | 2:15 | | | |
| Drug test completed | 4:55 | | | |
| Verify checklist complete at this time: **Team Warden** [redacted] | 5:58 | | | |

| **EXECUTION PRE[redacted]TION PROCESS** | TIME | RESPONSIBLE TEAM MEMBERS | CONTINGENCY LOG: | TIME |
|---|---|---|---|---|
| Receive Inmate/Obtain log book | 3:30 | [redacted] | Combative inmate | |
| Complete shower (Sim) refused | 3:45 | | 3:58 – 4 man carry – resolved | |
| Secure in holding cell | 3:59 | | Secured in cell @ 3:59. | |
| Issue clothing (SIM) | 5:01 | | | |
| Explanation to inmate of lethal injection | 3:30 | | | |

Revised 5/25/2021-added Minster of Religion entry and exit

| | | |
|---|---|---|
| Inmate offered injection for anxiety – one (1) hour prior | 5:00 | |
| Inmate accepted/(declined) injection for anxiety | 5:00 | |
| Open phone line with Governor's Office (SIm) | 5:25 | |
| Read Warrant (Waived) reading of the Warrant | 5:25 | |
| Restraints applied at holding cell | 5:35 | |
| Escorted to gurney | 5:36 | |
| Security Team Restraint process begun/completed | Begins | Ends |
| | 5:36 | 5:41 |
| Technical Team process ~~begun~~/completed.<br>IV method utilized: (Peripheral) Femoral | Begins | Ends |
| | 5:38 | 5:43 |
| Security Team and Technical Team depart execution chamber | 5:44 | |
| Official/Media Witnesses Entered and Secured in witness room | 5:46 | |
| Confirm Witnesses Secured in Witness Room | 5:46 | |
| Escort Minister of Religion into the execution chamber | 5:50 | |
| Death Chamber Entrance Door Secured | 5:50 | |
| Verify checklist completed/Executioners Room ready to proceed: | | |
| **Team Warc**[redacted] | 5:58 | |
| Curtain Open[redacted] | 6:00 | |
| Communicati[redacted]th Governor's Office reference any last stays | 6:00 | |
| Activate Public Address (PA) System | 6:00 | |
| Last statement | 6:00 | |
| Execution Phase Begins | 6:00 | |
| Deactivate Public Address (PA) System | 6:00 | |
| Initiate phases | 6:00 | |
| Physician pronounces death/Team Warden in agreement | 6:09 | |
| Notification that sentence has been carried out to Governor's Office | 6:10 | |
| Activate Public Address (PA) System | 6:10 | |
| Notification that sentence has been carried out to witnesses | 6:10 | |
| Deactivate Public Address (PA) System | 6:10 | |
| Curtain Closes | 6:10 | |
| Official/Media Witnesses departed witness room | 6:12 | |
| Escort Minister of Religion out of execution chamber | 6:11 | |
| Medical Team departs | 6:13 | |
| Body Removal Team | Enters | Exits |
| | 6:11 | 6:14 |
| Debriefing | | |

[redacted]

**Team Warden** [redacted]

# EXECUTIONERS ROOM CHECKLIST

INMATE NAME Real Time Training NUMBER Time Specific Training DATE 8/18/2025

| PREPARATION CHECKLIST | TIME | Responsible Team Member |
|---|---|---|
| 8 syringes labeled to include chemical name – Verified (Stand A & B) | | |
| 8 syringes w/18 gauge needle for chemical draw – Verified (Stand A & B) | | |
| Two (2) Team Members along w/FDLE verify expiration date of lethal chemicals | | |
| Two (2) Team Members along w/FDLE observe preparation of lethal injection chemical mix | | |
| Syringes filled with chemicals:<br>Syringe #1 and #2: **Etomidate, Trays A & B (Total 4)**<br>Syringe #3: **Saline Solution, Trays A &B (Total 2)**<br>Syringe #4 and #5: **Rocuronium Bromide, Trays A & B (Total 4)**<br>Syringe #6: **Saline Solution, Trays A & B (Total 2)**<br>Syringe #7 and #8: **Potassium Acetate, Trays A & B (Total 4)** | Simulated | |
| All syringes secured in Stands A & B w/18 gauge, 1 inch blunt cannula Verified (Total 16) | | |
| Verify Expiration Date of Hydroxyzine | | |
| Verify Drawing of syringes and disposal of remainder of Hydroxyzine | | |
| Stand A and Stand B transported to Execution Room | | |
| Execution Room secured | | |

TEAM WARDEN [redacted]

2/21/2023 Removed Diazepam and added Hydroxyzine

**DATE:** 8/10/2025

| EXECUTION PHASE BEGINS | TIME | | STM Number |
|---|---|---|---|
| Two (2) Standard IV infusion sets and extension sets that will be clearly marked #1 and #2 | 5:45p | | [redacted] |
| Technical Team confirmed with Executioners that **LINE #1** is the **PRIMARY LINE** | 5:50p | | |
| Phase 1 Begins | 6:00p | | |
| Syringe 1 Etomidate | Begins 6:00p | Ends 6:02p | |
| Syringe 2 Etomidate | Begins 6:02p | Ends 6:03p | |
| Syringe 3 Saline Solution | Begins 6:03p | Ends 6:04p | |
| Phase 1 Ends | 6:04p | | |
| Team Warden checks for consciousness | 6:04p | | |
| Inmate medically checked for consciousness | 6:04p | | |
| Phase 2 Begins | 6:04p | | |
| Syringe 4 Rocuronium Bromide | Begins 6:04p | Ends 6:05p | |
| Syringe 5 Rocuronium Bromide | Begins 6:05p | Ends 6:07p | |
| Syringe 6 Saline Solution | Begins 6:07p | Ends 6:08p | |
| Phase 2 Ends | 6:08p | | |
| Phase 3 Begins | 6:08p | | |
| Syringe 7 Potassium Acetate Medical advises Flatline @ 6:08p | Begins 6:08p | Ends | |
| Syringe 8 Potassium Acetate | Begins | Ends | |
| Phase 3 Ends | | | |
| Sentence has been carried out | 6:09p | | |
| All materials/chemical mix disposed of according to State and Federal Law | 6:14p | | |
| **CONTINGENCY LOG:** | | | |
| | | | |
| | | | |

2/21/2023 Removed diazepam and added Hydrozyzine

Type: PRACTICE
Observer: [redacted]
Date: 8/18/25
Location: CHAMBER

# LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1:30 PM | **Arrived Florida State Prison (Time)** | |
| N/O | Syringe fill begin | |
| N/O | Syringe fill complete | |
| N/O | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| 3:49 P | Inmate moved to chamber prep. Cell # Q1101 | |
| N/A | Explanation of lethal injection procedures to inmate | |
| 4:59 P | Sedative offered to inmate | (Accepted)/Declined |
| | | |
| 5:25 PM | **Communication link established with EOG** | |
| 5:35 PM | **Inmate moved to Death Chamber** | |
| ****************** BEGIN TWO MINUTE INCREMENTAL ENTRIES ****************** | | |
| 5:35 PM | Restraint process initiated | |
| 5:37 PM | Restraint process continued | |
| 5:39 PM | | |
| | | |
| 5:40 PM | Restraint process completed | |
| | | |
| 5:41 PM | IV initiated L & R arm | |
| 5:42 PM | IV placement continued | |
| | | |
| 5:43 PM | IV placement completed | |
| 5:45 PM | 5:47PM 5:49PM | |
| 5:50 PM | **Minister of Religion escorted into chamber** | |
| 5:52 PM | 5:54PM 5:56PM | |
| 5:57 PM | IV final check by medical personnel | |
| 5:59 PM | | |
| | | |
| 6:00 PM | **Warden check with EOG for last minute stays** | |
| 6:00 PM | Inmate final statement | (Rendered)/Declined |
| 6:00 PM | **Warden authorizes Execution Phase One initiated** | |
| 6:02 PM | 6:04PM | |
| 6:04 PM | Execution Phase One complete | |
| 6:04 PM | **Check for unconsciousness by Warden** | |
| 6:04 PM | Execution Phase Two initiated | |
| 6:06 PM | 6:08 PM | |
| 6:08 PM | Execution Phase Two complete | |
| 6:08 PM | Execution Phase Three initiated | 6:08PM FLATLINE |
| | | |
| N/A | Execution Phase Three complete | |
| 6:09 PM | Check for cardiac activity by medical personnel | |
| 6:09 PM | Medical Personnel notifies Warden time of death | |
| 6:09 PM | **EOG notified of time of death** | |
| 6:10 PM | **Death pronounced and announced by Warden** | |
| 6:10 PM | **Minister of Religion escorted from chamber** | |

N/A = Not Applicable
N/O = Not Observed

Revised 06/23/2025

Observer: [redacted]
Date: 8-18-25
Location: FSP - L.I. Room

# LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1330 | **Arrived Florida State Prison (Time)** | |
| N/O | Syringe fill begin | |
| N/O | Syringe fill complete | |
| N/O | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| N/O | Inmate moved to chamber prep. Cell # Q1101 | |
| N/O | Explanation of lethal injection procedures to inmate | |
| N/O | Sedative offered to inmate | Accepted/Declined |
| | | |
| N/O | **Communication link established with EOG** | |
| 1735 | **Inmate moved to Death Chamber** | |
| | ******************** BEGIN TWO MINUTE INCREMENTAL ENTRIES ******************** | |
| 1735 | Restraint process initiated | |
| 1737 | Restraint process continued | |
| 1739 | | |
| | | |
| 1740 | Restraint process completed | |
| | | |
| 1740 | IV initiated L & R arm | |
| 1742 | IV placement continued | |
| ~~??~~ | | |
| 1743 | IV placement completed | |
| 1745 ~~1745~~ | 1747, 1749 | |
| 1751 | **Minister of Religion escorted into chamber** | |
| 1753 | 1755 | |
| 1757 | IV final check by medical personnel | |
| 1759 | | |
| | | |
| 1800 | **Warden check with EOG for last minute stays** | |
| 1800 | Inmate final statement | Rendered/Declined |
| 1800 | **Warden authorizes Execution Phase One initiated** | |
| 1802 | 1804 | |
| 1804 | Execution Phase One complete | |
| 1804 | **Check for unconsciousness by Warden** | |
| 1804 | Execution Phase Two initiated | |
| 1806 | 1808 | |
| 1808 | Execution Phase Two complete | |
| 1808 | Execution Phase Three initiated | |
| | | |
| 1808 | Execution Phase Three complete | |
| 1808 | Check for cardiac activity by medical personnel | |
| 1809 | Medical Personnel notifies Warden time of death | |
| 1809 | **EOG notified of time of death** | TOD: 1807 |
| 1810 | **Death pronounced and announced by Warden** | |
| 1810 | **Minister of Religion escorted from chamber** | |

**N/A = Not Applicable**
**N/O = Not Observed**

Revised 06/23/2025

**EXECUTION TEAM TRAINING SIGN-IN SHEETS**

| Team Number |
|---|

[redacted]

[redacted]

8/18/25

DATE

# EXECUTION TEAM DRUG TEST

| POSITION | TEAM MEMBER STM# | DRUG TEST TIME | DRUG TEST RESULT |
|---|---|---|---|
| **SECURITY TEAM MEMBERS** | [redacted] | 1:02 | N |
| | [redacted] | 1:09 | N |
| | [redacted] | 1:45 | N |
| | [redacted] | 1:06 | N |
| | [redacted] | 1:40 | N |
| | [redacted] | 1:35 | N |
| | [redacted] | 1:02 | N |
| | [redacted] | 1:02 | N |
| | [redacted] | 1:23 | N |
| | [redacted] | 1:30 | N |
| | [redacted] | 1:06 | N |
| | [redacted] | 1:16 | N |
| | [redacted] | 1:28 | N |
| | [redacted] | 1:08 | N |
| | [redacted] | 1:32 | N |
| | [redacted] | 1:07 | N |
| | [redacted] | 1:10 | N |
| [redacted] 1:15 Neg | [redacted] | 1:04 | N |
| | [redacted] | | |
| **TECHNICAL TEAM MEMBERS** | [redacted] | 1:41 | N |
| | [redacted] | 1:43 | N |
| [redacted] | [redacted] | — | — |
| | [redacted] | 1:20 | N |
| | [redacted] | 1:40 | N |
| | [redacted] | 1:41 | N |
| | [redacted] | 4:53 | N |
| | [redacted] | 4:53 | N |
| | [redacted] | 1:28 | N |
| | [redacted] | | |
| **EXECUTIONERS** | [redacted] | 4:46 | N |
| | [redacted] | 4:46 | N |
| | [redacted] | — | — |

**TEAM WARDEN** [redacted] **DATE** 8/18/25

Revised 12/13/18