# EXHIBIT 2

# OFFICIAL WITNESS SIGN-IN

**INMATE NAME: Curtis Windom**
**DC#: 368527**
**DATE OF EXECUTION: Thursday, August 28, 2025**
**TIME: 6:00 pm**

| | NAME | SIGNATURE |
|---|---|---|
| 1 | Brandi Manley | [signature] |
| [redacted] | [redacted] | Not in attendance |
| 3 | Lisa Kinard | [signature] |
| 4 | Erik Howard | [signature] |
| [redacted] | [redacted] | Not in attendance |
| [redacted] | [redacted] | [redacted] |
| 8 | Cole Dixon | [signature] |
| 9 | Staci Mortham | [signature] |
| 10 | Maggie Chandronnet | [signature] |
| 11 | Hollie Hodgson | [signature] |
| 12 | Amanda Rewis | [signature] |
| 13 | Scott Pleasant | [signature] |
| 14 | Lasonica Lockridge | [signature] |
| 15 | Kellie Williams | [signature] |
| 16 | Jeffrey Kennedy | [signature] |
| 17 | Christopher Givens | [signature] |
| 18 | Michael Mills | [signature] |
| 19 | Garry Adams | [signature] |
| 20 | Tyler Wainwright | [signature] |
| 21 | Brad Thomas | [signature] |
| 22 | Brian Sutton | [signature] |
| 23 | Chatlie Moore | [signature] |
| | | |

# EXECUTION CHECKLIST

**INMATE NAME** Curtis Windom **NUMBER** 368527 **DATE:** 8/28/2025

| EXECUTION PREPARATION – PRIOR TO RECEIVING INMATE | TIME | RESPONSIBLE TEAM MEMBER | CONTINGENCY LOG: | TIME |
|---|---|---|---|---|
| All team members present | 1:45 | [redacted] | | |
| Arrive on site | 1:57 | | | |
| Telephone check | 1:58 | | | |
| Obtain keys/Key check/Key log | 1:59 | | | |
| Public Address System check | 2:03 | | | |
| Radio check/Radio accountability | 2:08 | | | |
| Visual Monitor/Video Equipment Check | 2:06 | | | |
| Confirm cell phones are on vibrate/silenced | 2:02 | | | |
| Equipment bag check | 2:10 | | | |
| Suit/Undergarments present | 2:00 | | | |
| Shower supplies | 2:01 | | | |
| Search shower | 2:02 | | | |
| Search holding cell | 1:59 | | | |
| Ensure sheets pressed and several back-ups | 2:09 | | | |
| Ensure IV Pole is on medical cart | 2:10 | | | |
| Checked Phase Light system | 2:03 | | | |
| Medical Equipment Check: Wireless Telemetry Monitors | 2:12 | | | |
| UPS for Wireless Telemetry Monitors | 2:12 | | | |
| Cardiac Monitors | 2:13 | | | |
| Cardiac Monitor Leads | 2:13 | | | |
| Drug test completed | 4:47 | | | |
| Verify checklist complete at this time: **Team Warden** [redacted] | 5:58 | | | |

| **EXECUTION PR**[redacted]**RATION PROCESS** | TIME | RESPONSIBLE TEAM MEMBERS | CONTINGENCY LOG: | TIME |
|---|---|---|---|---|
| Receive Inmate/Obtain log book | 3:30 | [redacted] | | |
| Complete shower refused | 3:45 | | | |
| Secure in holding cell | 3:59 | | | |
| Issue clothing | 5:00 | | | |
| Explanation to inmate of lethal injection | 3:30 | | | |

Revised 5/25/2021-added Minster of Religion entry and exit

| | | | | |
|---|---|---|---|---|
| Inmate offered injection for anxiety – one (1) hour prior | 5:00 | | [redacted] | |
| Inmate accepted/declined injection for anxiety (declined circled) | 5:00 | | | |
| Open phone line with Governor's Office | 5:22 | | | |
| Read Warrant – Waived reading of the Warrant (Waived circled) | 4:00 | | | |
| Restraints applied at holding cell | 5:31 | | | |
| Escorted to gurney | 5:31 | | | |
| Security Team Restraint process begun/completed | Begins 5:32 | Ends 5:37 | | |
| Technical Team proc~~ess begun/c~~ompleted. IV method utilized: Peripheral (circled) Femoral | Begins 5:33 | Ends 5:42 | | |
| Security Team and Technical Team depart execution chamber | 5:43 | | | |
| Official/Media Witnesses Entered and Secured in witness room | 5:45 | | | |
| Confirm Witnesses Secured in Witness Room | 5:45 | | | |
| Escort Minister of Religion into the execution chamber N/A | 5:44 | | | Confirm no Minister of Religion |
| Death Chamber Entrance Door Secured | 5:44 | | | |
| Verify checklist completed/Executioners Room ready to proceed: **Team Warden** [redacted] | 5:58 | | | |
| Curtain Opened | 6:00 | | | |
| Communication with Governor's Office reference any last stays | 6:00 | | | |
| Activate Public Address (PA) System | 6:00 | | | |
| Last statement | 6:02 | | | |
| Execution Phase Begins | 6:02 | | | |
| Deactivate Public Address (PA) System | 6:02 | | | |
| Initiate phases | 6:02 | | | |
| Physician pronounces death/Team Warden in agreement | 6:17 | | | |
| Notification that sentence has been carried out to Governor's Office | 6:18 | | | |
| Activate Public Address (PA) System | 6:18 | | | |
| Notification that sentence has been carried out to witnesses | 6:18 | | | |
| Deactivate Public Address (PA) System | 6:18 | | | |
| Curtain Closes | 6:18 | | | |
| Official/Media Witnesses departed witness room | 6:21 | | | |
| Escort Minister of Religion out of execution chamber N/A | — | | | No minister of religion |
| Medical Team departs | 6:22 | | | |
| Body Removal Team | Enters 6:22 | Exits 6:30 | | |
| Debriefing | 6:44 | | | **Team Warden** [redacted] |

# EXECUTIONERS ROOM CHECKLIST

**INMATE NAME** Curtis Windom **NUMBER** 368527 **DATE** 8/28/2025

| PREPARATION CHECKLIST | TIME | Responsible Team Member |
|---|---|---|
| 8 syringes labeled to include chemical name – Verified (Stand A & B) | 2:58p | [redacted] |
| 8 syringes w/18 gauge needle for chemical draw – Verified (Stand A & B) | 2:58p | |
| Two (2) Team Members along w/FDLE verify expiration date of lethal chemicals | 3:00p | |
| Two (2) Team Members along w/FDLE observe preparation of lethal injection chemical mix | 3:00p | |
| Syringes filled with chemicals: | 3:03p | |
| Syringe #1 and #2: **Etomidate, Trays A & B (Total 4)** | 3:22p | |
| Syringe #3: **Saline Solution, Trays A &B (Total 2)** | 3:15p | |
| Syringe #4 and #5: **Rocuronium Bromide, Trays A & B (Total 4)** | 3:22p | |
| Syringe #6: **Saline Solution, Trays A & B (Total 2)** | 3:26p | |
| Syringe #7 and #8: **Potassium Acetate, Trays A & B (Total 4)** | | |
| All syringes secured in Stands A & B w/18 gauge, 1 inch blunt cannula Verified (Total 16) | 3:23p | |
| Verify Expiration Date of Hydroxyzine | 3:24p | |
| Verify Drawing of syringes and disposal of remainder of Hydroxyzine | 3:25p | |
| Stand A and Stand B transported to Execution Room | 3:26p | |
| Execution Room secured | 3:26p | |

**TEAM WARDEN** [redacted]

2/21/2023 Removed Diazepam and added Hydroxyzine

**DATE:** 8/26/2025

| EXECUTION PHASE BEGINS | TIME | | STM Number |
|---|---|---|---|
| Two (2) Standard IV infusion sets and extension sets that will be clearly marked #1 and #2 | 5:42p | | [redacted] |
| Technical Team confirmed with Executioners that **LINE #1** is the **PRIMARY LINE** | 5:59p | | |
| Phase 1 Begins | 6:02p | | |
| Syringe 1 Etomidate | Begins 6:02p | Ends 6:03p | |
| Syringe 2 Etomidate | Begins 6:03p | Ends 6:04p | |
| Syringe 3 Saline Solution | Begins 6:05p | Ends 6:05p | |
| Phase 1 Ends | 6:05p | | |
| Team Warden checks for consciousness | 6:05p | | |
| Inmate medically checked for consciousness | 6:06p | | |
| Phase 2 Begins | 6:06p | | |
| Syringe 4 Rocuronium Bromide | Begins 6:06p | Ends 6:07p | |
| Syringe 5 Rocuronium Bromide | Begins 6:07p | Ends 6:09p | |
| Syringe 6 Saline Solution | Begins 6:09p | Ends 6:09p | |
| Phase 2 Ends | 6:09p | | |
| Phase 3 Begins | 6:09p | | |
| Syringe 7 Potassium Acetate | Begins 6:09p | Ends 6:11p | |
| Syringe 8 Potassium Acetate | Begins 6:11p | Ends 6:16p | |
| Phase 3 Ends Medical Advises Flatline @ 6:16p | 6:16p | | |
| Sentence has been carried out | 6:17p | | |
| All materials/chemical mix disposed of according to State and Federal Law | 6:20p | | |
| **CONTINGENCY LOG:** | | | |
| | | | |
| | | | |

2/21/2023 Removed diazepam and added Hydrozyzine

T. Curtis Windom
Observer: [redacted]
Date: 8/28/25
Location: Chem Room

## LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1:30 | **Arrived Florida State Prison (Time)** | |
| 2:58 | Syringe fill begin | |
| 3:25 | Syringe fill complete | |
| N/O | Inmate moved from death watch cell to shower | Shower (Accepted circled)/Declined |
| N/O | Inmate moved to chamber prep. Cell # Q1101 | |
| N/O | Explanation of lethal injection procedures to inmate | |
| N/O | Sedative offered to inmate | Accepted/(Declined circled) |
| | | |
| 5:31 | **Communication link established with EOG** | |
| 5:31 | **Inmate moved to Death Chamber** | |
| | ****************** **BEGIN TWO MINUTE INCREMENTAL ENTRIES** ****************** | |
| 5:32 | Restraint process initiated | |
| 5:34 | Restraint process continued | |
| 5:36 | | |
| | | |
| 5:37 | Restraint process completed | |
| | | |
| 5:38 | IV initiated L & R arm | |
| 5:40 | IV placement continued | |
| | | |
| 5:41 | IV placement completed | |
| 5:43 | | |
| N/A | **Minister of Religion escorted into chamber** | |
| 5:45 | 5:47, 5:49, 5:51, 5:53, 5:55 | |
| 5:57 | IV final check by medical personnel | |
| 5:59 | | |
| | | |
| 6:00 | **Warden check with EOG for last minute stays** | |
| 6:02 | Inmate final statement | (Rendered circled)/Declined |
| 6:02 | **Warden authorizes Execution Phase One initiated** | |
| 6:04 | | |
| 6:05 | Execution Phase One complete | |
| 6:05 | **Check for unconsciousness by Warden** | |
| 6:06 | Execution Phase Two initiated | |
| 6:08 | | |
| 6:09 | Execution Phase Two complete | |
| 6:09 | Execution Phase Three initiated | |
| 6:11 | 6:13 6:15 | |
| 6:16 | Execution Phase Three complete | |
| 6:17 | Check for cardiac activity by medical personnel | |
| 6:17 | Medical Personnel notifies Warden time of death | |
| 6:18 | **EOG notified of time of death** | |
| 6:18 | **Death pronounced and announced by Warden** | |
| N/A | **Minister of Religion escorted from chamber** | |

**N/A = Not Applicable**
**N/O = Not Observed**

Revised 06/23/2025

ype: Curtis Windom
Observer: [redacted]
Date: 8/28/25
Location: Chamber

## LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1:30PM | **Arrived Florida State Prison (Time)** | |
| N/O | Syringe fill begin | |
| N/O | Syringe fill complete | |
| N/O | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| 3:58PM | Inmate moved to chamber prep. Cell # Q1101 | |
| | Explanation of lethal injection procedures to inmate | VARIOUS STAGES |
| 4:59 PM | Sedative offered to inmate | Accepted/Declined (Declined circled) |
| | | |
| 5:21PM | **Communication link established with EOG** | |
| 5:31 PM | **Inmate moved to Death Chamber** | |
| ****************** **BEGIN TWO MINUTE INCREMENTAL ENTRIES** ****************** | | |
| 5:31PM | Restraint process initiated | |
| 5:33 PM | Restraint process continued | |
| 5:35PM | | |
| 5:37 PM | | |
| 5:37PM | Restraint process completed | |
| | | |
| 5:38PM | IV initiated L & R arm | |
| 5:40PM | IV placement continued | |
| | | |
| 5:40PM | IV placement completed | |
| 5:42PM | 5:44PM 5:46PM 5:48PM | |
| N/A | **Minister of Religion escorted into chamber** | |
| 5:50PM | 5:52PM 5:54PM 5:56PM | |
| 5:57PM | IV final check by medical personnel | |
| 5:59PM | | |
| | | |
| 6:00PM | **Warden check with EOG for last minute stays** | |
| 6:01PM | Inmate final statement | Rendered/Declined (Rendered circled) |
| 6:02PM | **Warden authorizes Execution Phase One initiated** | |
| 6:04PM | | |
| 6:05PM | Execution Phase One complete | |
| 6:05PM | **Check for unconsciousness by Warden** | |
| 6:06PM | Execution Phase Two initiated | |
| 6:08PM | | |
| 6:09PM | Execution Phase Two complete | |
| 6:09PM | Execution Phase Three initiated | |
| 6:11PM | 6:13PM | |
| 6:16PM | Execution Phase Three complete | 6:19PM FLATLINE |
| 6:17PM | Check for cardiac activity by medical personnel | |
| 6:17PM | Medical Personnel notifies Warden time of death | |
| 6:18PM | **EOG notified of time of death** | |
| 6:18PM | **Death pronounced and announced by Warden** | |
| N/A | **Minister of Religion escorted from chamber** | |

**N/A = Not Applicable**
**N/O = Not Observed**

Revised 06/23/2025

# FLORIDA DEPARTMENT OF CORRECTIONS
## HOUSING UNIT LOG

Florida State Prison
(INSTITUTION)

HOUSING UNIT Curtis Windom DC# 368527 Death Watch Cell-front Monitor DATE 8/28/ 2025

| TIME | LOG OF EVENTS | INITIALS |
|---|---|---|
| 3:58 pm | Inmate placed in holding cell. [redacted] standing | [redacted] |
| | Cell front. | |
| 4:00 pm | Inmate quietly lying on bunk. | |
| 4:15 pm | Inmate quietly lying on bunk. [redacted] standing | |
| | Cell front | |
| 4:30 pm | Inmate quietly lying on bunk. [redacted] standing | |
| | Cell front | |
| 4:45 pm | [redacted] speaking with inmate. Inmate sitting on bunk. | |
| 4:48 pm | Inmate using the restroom | |
| 4:52 pm | [redacted] speaking with inmate Cell front | |
| 5:00 pm | Inmate offered and refused the Sedative | |
| 5:03 pm | Inmate changed into dress clothes. | |
| 5:15 pm | Inmate quietly lying on bunk. [redacted] standing | |
| | Cell front | |
| 5:22 pm | Inmate using the restroom | |
| 5:31 pm | Inmate removed from holding cell and escorted to Chamber | |

| | |
|---|---|
| Housing Sergeant Signature: | |
| Housing Officer Signature: | |

Each Correctional Officer and Correctional Officer Sergeant will make entry as to the time she/he assumed duties for the housing unit and the time relieved. Signature of the Housing Officer and Sergeant indicates that she/he has relieved the preceding shift, read the previous entries on the Housing Unit Log, and assumes the responsibility for any corrective action or follow-up action required. This log will be forwarded daily to the office of the Chief of Security at the conclusion of the Day Shift.

# EXECUTION TEAM TRAINING SIGN-IN SHEETS

| Team Number |
| --- |
| [redacted] |

[redacted] 8/28/25

DATE

# EXECUTION TEAM DRUG TEST

| POSITION | TEAM MEMBER STM# | DRUG TEST TIME | DRUG TEST RESULT |
|---|---|---|---|
| **SECURITY TEAM MEMBERS** | [redacted] | 103 | N |
| | | — | — |
| | | 131 | N |
| | | 127 | N |
| | | 135 | N |
| | | 110 | N |
| | | 104 | N |
| | | 108 | N |
| | | 127 | N |
| | | 140 | N |
| | | 108 | N |
| | | 123 | N |
| | | — | — |
| | | 114 | N |
| | | 114 | N |
| | | 110 | N |
| [redacted] 1:24 N | | 109 | N |
| | | 107 | N |
| **TECHNICAL TEAM MEMBERS** | | 145 | N |
| | | 150 | N |
| | | — | — |
| | | 112 | N |
| | | 145 | N |
| | | 145 | N |
| | | 4:50 | N |
| | | 4:50 | N |
| | | — | — |
| | | | |
| **EXECUTIONERS** | | 4:45 | N |
| | | 4:45 | N |
| | | — | — |

**TEAM WARDEN** [redacted] ______

**DATE** 8/28/25

Revised 12/13/18

Name: Curtis Windom

DC#: 368527

# Inmate's Last Statement

I My last statement is for someone looking at death row they need to look @ something different.

Date: 8/26/25

Recorded by [redacted]

# EXECUTION PREPARATIONS CHECKLIST

## TEAM WARDEN

| EXECUTION PREPARATIONS | DATE | TIME |
|---|---|---|
| Receipt of Warrant from Institutional Warden | 7/29/25 | 4:13 |
| Advised of Execution Scheduled For Curtis Windom #368527 By Institutional Warden | 7/29/25 | 4:15 |
| Selection of Executioners | 7/29/25 | 4:30 |
| • Provided Executioners with copy of procedure | 7/29/25 | 4:30 |
| • Explained to Executioners respective duties/responsibilities | 7/29/25 | 4:30 |
| • Explained to Executioners training will occur | 7/29/25 | 4:30 |
| • Designate Executioners as Primary and Secondary | 7/29/25 | 4:30 |
| Ensure purchase/ maintenance of chemicals by assigned team member | 8/21/25 | 10:00 |
| Approximately one (1) week prior to Execution, Team Warden designates execution team members to: | 8/21/25 | 8:30 |
| • Review of Inmate Medical File | 8/21/25 | 8:15 |
| • Limited Physical Examination | 8/21/25 | 8:15 |
| • Execution Team Members report findings to Team Warden | 8/21/25 | 8:25 |
| Review of examination/confer with designated team members, the Team Warden shall conclude the more suitable method of venous access | 8/21/25 | 8:30 |
| **Contingency Log:** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TEAM WARDE**[redacted] **DATE** 8/28/25

# EXECUTION CHECKLIST

**INMATE NAME** Practice **NUMBER** 1 **DATE:** 8/27/25

| EXECUTION PREPARATION – PRIOR TO RECEIVING INMATE | TIME | RESPONSIBLE TEAM MEMBER | CONTINGENCY LOG: | TIME |
|---|---|---|---|---|
| All team members present | 1:50 | [redacted] | | |
| Arrive on site | 2:03 | | | |
| Telephone check | 2:04 | | | |
| Obtain keys/Key check/Key log | 2:04 | | | |
| Public Address System check | 2:11 | | | |
| Radio check/Radio accountability | 2:15 | | | |
| Visual Monitor/Video Equipment Check | 2:10 | | | |
| Confirm cell phones are on vibrate/silenced | 2:08 | | | |
| Equipment bag check | 2:09 | | | |
| Suit/Undergarments present | 2:05 | | | |
| Shower supplies | 2:06 | | | |
| Search shower | 2:07 | | | |
| Search holding cell | 2:08 | | | |
| Ensure sheets pressed and several back-ups | 2:17 | | | |
| Ensure IV Pole is on medical cart | 2:10 | | | |
| Checked Phase Light system | 2:06 | | | |
| Medical Equipment Check: Wireless Telemetry Monitors | 2:11 | | | |
| UPS for Wireless Telemetry Monitors | 2:11 | | | |
| Cardiac Monitors | 2:11 | | | |
| Cardiac Monitor Leads | 2:11 | | | |
| Drug test completed | 5:30 | | | |
| Verify checklist complete at this time: Team Warden [redacted] | 5:58 | | | |

| EXECUTION PRE[redacted]ATION PROCESS | TIME | RESPONSIBLE TEAM MEMBERS | CONTINGENCY LOG: | TIME |
|---|---|---|---|---|
| Receive Inmate/Obtain log book | 3:30 | [redacted] | 3:59 - Combative inmate – resolved | |
| Complete shower SIM/ref | 3:45 | | w/o further incident or injury | |
| Secure in holding cell | 4:00 | | and secured in holding cell | 4:00 |
| Issue clothing | | | | |
| Explanation to inmate of lethal injection | 3:40 | | | |

Revised 5/25/2021-added Minster of Religion entry and exit

| | | | | |
|---|---|---|---|---|
| Inmate offered injection for anxiety – one (1) hour prior | 4:58 | [redacted] | | |
| Inmate (accepted)/declined injection for anxiety | 4:59 | | | |
| Open phone line with Governor's Office | 5:25 | | | |
| Read Warrant (Waived) reading of the Warrant | 4:00 | | | |
| Restraints applied at holding cell | 5:36 | | | |
| Escorted to gurney | 5:36 | | | |
| Security Team Restraint process begun/completed | Begins 5:36 / Ends 5:41 | | | |
| Technical Team process ~~begun/~~completed. IV method utilized: (Peripheral) Femoral | Begins 5:37 / Ends 5:43 | | | |
| Security Team and Technical Team depart execution chamber | 5:44 | | | |
| Official/Media Witnesses Entered and Secured in witness room | 5:47 | | | |
| Confirm Witnesses Secured in Witness Room | 5:47 | | | |
| Escort Minister of Religion into the execution chamber N/A | 5:45 | | Confirmed no Minister of Religion | |
| Death Chamber Entrance Door Secured | 5:45 | | | |
| Verify checklist completed/Executioners Room ready to proceed: **Team Warde**[redacted] | 5:58 | | | |
| Curtain Opened | 6:00 | | | |
| Communication with Governor's Office reference any last stays | 6:00 | | | |
| Activate Public Address (PA) System | 6:00 | | | |
| Last statement | 6:00 | | | |
| Execution Phase Begins | 6:00 | | | |
| Deactivate Public Address (PA) System | 6:00 | | | |
| Initiate phases | 6:00 | | | |
| Physician pronounces death/Team Warden in agreement | 6:08 | | | |
| Notification that sentence has been carried out to Governor's Office | 6:08 | | | |
| Activate Public Address (PA) System | 6:08 | | | |
| Notification that sentence has been carried out to witnesses | 6:08 | | | |
| Deactivate Public Address (PA) System | 6:08 | | | |
| Curtain Closes | 6:09 | | | |
| Official/Media Witnesses departed witness room | 6:15 | | | |
| Escort Minister of Religion out of execution chamber N/A | N/A | | No Minister | |
| Medical Team departs | 6:13 | | | |
| Body Removal Team | Enters 6:09 / Exits 6:17 | | | |
| Debriefing | 6:20 | | **Team Warden** [redacted] | |

# EXECUTIONERS ROOM CHECKLIST

INMATE NAME Time Specific Training NUMBER ________ DATE 8/27/2025

| PREPARATION CHECKLIST | TIME | Responsible Team Member |
|---|---|---|
| 8 syringes labeled to include chemical name – Verified (Stand A & B) | | |
| 8 syringes w/18 gauge needle for chemical draw – Verified (Stand A & B) | | |
| Two (2) Team Members along w/FDLE verify expiration date of lethal chemicals | | |
| Two (2) Team Members along w/FDLE observe preparation of lethal injection chemical mix | | |
| Syringes filled with chemicals:<br>Syringe #1 and #2: **Etomidate, Trays A & B (Total 4)**<br>Syringe #3: **Saline Solution, Trays A &B (Total 2)**<br>Syringe #4 and #5: **Rocuronium Bromide, Trays A & B (Total 4)**<br>Syringe #6: **Saline Solution, Trays A & B (Total 2)**<br>Syringe #7 and #8: **Potassium Acetate, Trays A & B (Total 4)** | Simulated | |
| All syringes secured in Stands A & B w/18 gauge, 1 inch blunt cannula Verified (Total 16) | | |
| Verify Expiration Date of Hydroxyzine | | |
| Verify Drawing of syringes and disposal of remainder of Hydroxyzine | | |
| Stand A and Stand B transported to Execution Room | | |
| Execution Room secured | | |

TEAM WARDEN [redacted]

2/21/2023 Removed Diazepam and added Hydroxyzine

**DATE:** 8/27/2025

| **EXECUTION PHASE BEGINS** | **TIME** | | **STM Number** |
|---|---|---|---|
| Two (2) Standard IV infusion sets and extension sets that will be clearly marked #1 and #2 | 5:44p | | [redacted] |
| Technical Team confirmed with Executioners that **LINE #1** is the **PRIMARY LINE** | 5:58p | | |
| Phase 1 Begins | 6:00p | | |
| Syringe 1 Etomidate | Begins<br>6:00p | Ends<br>6:01p | |
| Syringe 2 Etomidate | Begins<br>6:02p | Ends<br>6:03p | |
| Syringe 3 Saline Solution | Begins<br>6:03p | Ends<br>6:03p | |
| Phase 1 Ends | 6:03p | | |
| Team Warden checks for consciousness | 6:03p | | |
| Inmate medically checked for consciousness | 6:04p | | |
| Phase 2 Begins | 6:04p | | |
| Syringe 4 Rocuronium Bromide | Begins<br>6:04p | Ends<br>6:05p | |
| Syringe 5 Rocuronium Bromide | Begins<br>6:05p | Ends<br>6:06p | |
| Syringe 6 Saline Solution | Begins<br>6:06p | Ends<br>6:07p | |
| Phase 2 Ends | 6:07p | | |
| Phase 3 Begins | 6:07p | | |
| Syringe 7 Potassium Acetate<br>Medical advises [illegible] @ 6:07p | Begins<br>6:07p | Ends | |
| Syringe 8 Potassium Acetate | Begins | Ends | |
| Phase 3 Ends | | | |
| Sentence has been carried out | 6:06p | | |
| All materials/chemical mix disposed of according to State and Federal Law | 6:11p | | |
| **CONTINGENCY LOG:** | | | |
| | | | |
| | | | |

2/21/2023 Removed diazepam and added Hydrozyzine

Observer: [redacted]
Date: 8/28/25
Location: CHAMBER

# LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1:30 PM | **Arrived Florida State Prison (Time)** | |
| N/A | Syringe fill begin | |
| N/A | Syringe fill complete | |
| N/A | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| 3:57 PM | Inmate moved to chamber prep. Cell # Q1101 | |
| N/A | Explanation of lethal injection procedures to inmate | |
| 4:58 PM | Sedative offered to inmate | (Accepted)/Declined |
| | | |
| 5:25 PM | **Communication link established with EOG** | |
| 5:36 PM | **Inmate moved to Death Chamber** | |
| | ****************** **BEGIN TWO MINUTE INCREMENTAL ENTRIES** ****************** | |
| 5:36PM | Restraint process initiated | |
| 5:38PM | Restraint process continued | |
| 5:40PM | | |
| | | |
| 5:40PM | Restraint process completed | |
| | | |
| 5:41 PM | IV initiated L & R arm | |
| | IV placement continued | |
| | | |
| 5:42PM | IV placement completed | |
| | | |
| N/A | **Minister of Religion escorted into chamber** | |
| 5:44 PM | 5:46 PM 5:48 PM 5:50PM 5:52PM 5:54 PM | 5:56PM |
| 5:57PM | IV final check by medical personnel | |
| 5:59PM | | |
| | | |
| 6:00PM | **Warden check with EOG for last minute stays** | |
| 6:00 PM | Inmate final statement | (Rendered)/Declined |
| 6:00 PM | **Warden authorizes Execution Phase One initiated** | |
| 6:02PM | | |
| 6:03 PM | Execution Phase One complete | |
| 6:03PM | **Check for unconsciousness by Warden** | |
| 6:04 PM | Execution Phase Two initiated | |
| 6:06PM | | |
| 6:07 PM | Execution Phase Two complete | |
| 6:07 PM | Execution Phase Three initiated | |
| | | 6:07PM FLATLINE |
| N/A | Execution Phase Three complete | |
| 6:08 PM | Check for cardiac activity by medical personnel | |
| 6:08 PM | Medical Personnel notifies Warden time of death | |
| 6:08 PM | **EOG notified of time of death** | |
| 6:09 PM | **Death pronounced and announced by Warden** | |
| N/A | **Minister of Religion escorted from chamber** | |

**N/A = Not Applicable**
**N/O = Not Observed**

Revised 06/23/2025

Observer: [redacted]
Date: 8/27/25
Location: Chem Room

## LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1:30 | **Arrived Florida State Prison (Time)** | |
| | Syringe fill begin | |
| | Syringe fill complete | |
| | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| | Inmate moved to chamber prep. Cell # Q1101 | |
| | Explanation of lethal injection procedures to inmate | |
| 4:58 | Sedative offered to inmate | Accepted/Declined |
| | | |
| | **Communication link established with EOG** | |
| 5:36 | **Inmate moved to Death Chamber** | |
| | ****************** **BEGIN TWO MINUTE INCREMENTAL ENTRIES** ****************** | |
| 5:36 | Restraint process initiated | |
| 5:38 | Restraint process continued | |
| 5:40 | | |
| | | |
| 5:41 | Restraint process completed | |
| | | |
| 5:41 | IV initiated L & R arm | |
| 5:43 | IV placement continued | |
| | | |
| 5:43 | IV placement completed | |
| | | |
| N/A | **Minister of Religion escorted into chamber** | |
| | | |
| 5:44 | IV final check by medical personnel | |
| 5:46 | | |
| 5:48 | 5:50, 5:52, 5:34, 5:56, 5:58 | |
| 6:00 | **Warden check with EOG for last minute stays** | |
| 6:00 | Inmate final statement | Rendered/Declined |
| 6:00 | **Warden authorizes Execution Phase One initiated** | |
| 6:02 | 6:03 | |
| 6:03 | Execution Phase One complete | |
| 6:04 | **Check for unconsciousness by Warden** | |
| 6:04 | Execution Phase Two initiated | |
| 6:06 | | |
| 6:07 | Execution Phase Two complete | |
| 6:07 | Execution Phase Three initiated | |
| [illegible] | | |
| N/A | Execution Phase Three complete | |
| 6:08 | Check for cardiac activity by medical personnel | |
| 6:08 | Medical Personnel notifies Warden time of death | |
| 6:08 | **EOG notified of time of death** | |
| 6:09 | **Death pronounced and announced by Warden** | |
| N/A | **Minister of Religion escorted from chamber** | |

**N/A = Not Applicable**
**N/O = Not Observed**

Revised 06/23/2025

# EXECUTION TEAM TRAINING SIGN-IN SHEETS

| Team Number |
| --- |
| [redacted] |

[redacted] 8/27/25

SIGNATURE DATE

# EXECUTION TEAM DRUG TEST

| POSITION | TEAM MEMBER STM# | DRUG TEST TIME | DRUG TEST RESULT |
|---|---|---|---|
| **SECURITY TEAM MEMBERS** | [redacted] | 1:02 | N |
| | | — | — |
| | | 1:55 | N |
| | | 1:09 | N |
| | | 1:51 | N |
| | | 1:35 | N |
| | | 1:04 | N |
| | | 1:04 | N |
| | | 1:40 | N |
| | | 1:41 | N |
| | | 1:04 | N |
| | | 1:26 | N |
| | | — | — |
| | | 1:10 | N |
| | | 1:05 | N |
| | | 1:17 | N |
| | | 1:15 | N |
| [redacted] 1:12 N | | 1:03 | N |
| | | | |
| **TECHNICAL TEAM MEMBERS** | | 1:50 | N |
| | | 1:50 | N |
| | | — | — |
| | | 1:07 | N |
| | | 1:47 | N |
| | | 1:50 | N |
| | | 4:55 | N |
| | | 4:55 | N |
| | | — | — |
| | | | |
| **EXECUTIONERS** | | 4:45 | N |
| | | 4:45 | N |
| | | — | — |

**TEAM WARDEN** [redacted]

**DATE** 8/27/25

Revised 12/13/18

Name: Practice

DC#: 1

**Inmate's Last Statement**

I'm not guilty

Date: 8/27/25

Recorded by [redacted]