# EXHIBIT
# 4

# OFFICIAL WITNESS SIGN-IN

**INMATE NAME: JONES, Victor Tony**
**DC#: 420481**
**DATE OF EXECUTION: September 30, 2025**
**TIME: 6:00 PM**

| | NAME | [redacted] |
|---|---|---|
| 1 | Rochelle Kemple | [redacted] |
| 2 | Lisa Kinard | [redacted] |
| 3 | Erik Howard | [redacted] |
| [redacted] | [redacted] | [redacted] |
| 10 | Myran Piggot | [redacted] |
| 11 | Hollie Hodgson | [redacted] |
| 12 | Amanda Rewis | [redacted] |
| 13 | Scottie Pleasant | [redacted] |
| [redacted] | [redacted] | Not in attendance |
| 15 | Kellie Williams | [redacted] |
| 16 | Suzanne Keffer | [redacted] |
| 17 | Chatile Moore | [redacted] |
| 18 | Gregory Whitney | [redacted] |
| 19 | Heather Clower | [redacted] |
| 20 | Veronica Perkins | [redacted] |
| 21 | Kayla Hettich | [redacted] |
| | | |

# EXECUTION PREPARATIONS CHECKLIST

## TEAM WARDEN

| EXECUTION PREPARATIONS | DATE | TIME |
|---|---|---|
| Receipt of Warrant from Institutional Warden | 8/29/25 | |
| Advised of Execution Scheduled For Victor T. Jones #420481 By Institutional Warden | 8/29/25 | 12:15pm |
| Selection of Executioners | 8/29/25 | 1:30pm |
| • Provided Executioners with copy of procedure | 8/29/25 | 1:30pm |
| • Explained to Executioners respective duties/responsibilities | 8/29/25 | 1:30pm |
| • Explained to Executioners training will occur | 8/29/25 | 1:30pm |
| • Designate Executioners as Primary and Secondary | 8/29/25 | 1:30pm |
| Ensure purchase/ maintenance of chemicals by assigned team member | 8/27/25 | 1:30pm |
| Approximately one (1) week prior to Execution, Team Warden designates execution team members to: | 9/23/25 | 9:00am |
| • Review of Inmate Medical File | 9/23/25 | 9:00am |
| • Limited Physical Examination | 9/23/25 | 9:00am |
| • Execution Team Members report findings to Team Warden | 9/23/25 | 9:00am |
| Review of examination/confer with designated team members, the Team Warden shall conclude the more suitable method of venous access | 9/23/25 | 9:45am |
| **Contingency Log:** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

[redacted]

**TEAM WARDE**[redacted] **DATE** 9/30/25

# EXECUTIONERS ROOM CHECKLIST

**INMATE NAME** Victor T. Jones **NUMBER** 420481 **DATE** 9/30/2025

| **PREPARATION CHECKLIST** | **TIME** | **Responsible Team Member** |
|---|---|---|
| 8 syringes labeled to include chemical name – Verified (Stand A & B) | 2:59 | [redacted] |
| 8 syringes w/18 gauge needle for chemical draw – Verified (Stand A & B) | 2:59 | |
| Two (2) Team Members along w/FDLE verify expiration date of lethal chemicals | 3:00 | |
| Two (2) Team Members along w/FDLE observe preparation of lethal injection chemical mix | 3:00 | |
| Syringes filled with chemicals: | 3:03 | |
| Syringe #1 and #2: **Etomidate, Trays A & B (Total 4)** | 3:08 | |
| Syringe #3: **Saline Solution, Trays A &B (Total 2)** | 3:11 | |
| Syringe #4 and #5: **Rocuronium Bromide, Trays A & B (Total 4)** | 3:18 | |
| Syringe #6: **Saline Solution, Trays A & B (Total 2)** | 3:16 | |
| Syringe #7 and #8: **Potassium Acetate, Trays A & B (Total 4)** | | |
| All syringes secured in Stands A & B w/18 gauge, 1 inch blunt cannula Verified (Total 16) | 3:19 | |
| Verify Expiration Date of Hydroxyzine | 3:20 | |
| Verify Drawing of syringes and disposal of remainder of Hydroxyzine | 3:20 | |
| Stand A and Stand B transported to Execution Room | 3:21 | |
| Execution Room secured | 3:21 | |

**TEAM WARDE**[redacted]

2/21/2023 Removed Diazepam and added Hydroxyzine

**DATE:** 9/30/25

| **EXECUTION PHASE BEGINS** | **TIME** | | **STM Number** |
|---|---|---|---|
| Two (2) Standard IV infusion sets and extension sets that will be clearly marked #1 and #2 | 5:53 | | [redacted] |
| Technical Team confirmed with Executioners that **LINE #1** is the **PRIMARY LINE** | 5:58 | | [redacted] |
| Phase 1 Begins | 6:02 | | [redacted] |
| Syringe 1 Etomidate | Begins 6:02 | Ends 6:03 | [redacted] |
| Syringe 2 Etomidate | Begins 6:03 | Ends 6:04 | [redacted] |
| Syringe 3 Saline Solution | Begins 6:04 | Ends 6:05 | [redacted] |
| Phase 1 Ends | 6:05 | | [redacted] |
| Team Warden checks for consciousness | 6:05 | | [redacted] |
| Inmate medically checked for consciousness | 6:05 | | [redacted] |
| Phase 2 Begins | 6:05 | | [redacted] |
| Syringe 4 Rocuronium Bromide | Begins 6:05 | Ends 6:06 | [redacted] |
| Syringe 5 Rocuronium Bromide | Begins 6:06 | Ends 6:08 | [redacted] |
| Syringe 6 Saline Solution | Begins 6:08 | Ends 6:08 | [redacted] |
| Phase 2 Ends | 6:08 | | [redacted] |
| Phase 3 Begins | 6:08 | | [redacted] |
| Syringe 7 Potassium Acetate | Begins 6:08 | Ends 6:10 | [redacted] |
| Syringe 8 Potassium Acetate medical advises flat line @ 6:11 pm | Begins 6:10 | Ends | [redacted] |
| Phase 3 Ends | | | [redacted] |
| Sentence has been carried out | 6:13 | | [redacted] |
| All materials/chemical mix disposed of according to State and Federal Law | 6:20 | | [redacted] |
| **CONTINGENCY LOG:** | | | |
| | | | |
| | | | |

2/21/2023 Removed diazepam and added Hydrozyzine

# EXECUTION CHECKLIST

**INMATE NAME** Victor T. Jones **NUMBER** 420481 **DATE:** 9/30/2025

| EXECUTION PREPARATION – PRIOR TO RECEIVING INMATE | TIME | RESPONSIBLE TEAM MEMBER | CONTINGENCY LOG: | TIME |
|---|---|---|---|---|
| All team members present | 1:45 | [redacted] | | |
| Arrive on site | 1:58 | | | |
| Telephone check | 1:58 | | | |
| Obtain keys/Key check/Key log | 2:00 | | | |
| Public Address System check | 2:04 | | | |
| Radio check/Radio accountability | 2:07 | | | |
| Visual Monitor/Video Equipment Check | 2:00 | | | |
| Confirm cell phones are on vibrate/silenced | 2:03 | | | |
| Equipment bag check | 2:08 | | | |
| Suit/Undergarments present | 1:59 | | | |
| Shower supplies | 2:00 | | | |
| Search shower | 2:00 | | | |
| Search holding cell | 2:00 | | | |
| Ensure sheets pressed and several back-ups | 2:08 | | | |
| Ensure IV Pole is on medical cart | 2:09 | | | |
| Checked Phase Light system | 2:07 | | | |
| Medical Equipment Check: Wireless Telemetry Monitors | 2:09 | | | |
| UPS for Wireless Telemetry Monitors | 2:09 | | | |
| Cardiac Monitors | 2:09 | | | |
| Cardiac Monitor Leads | 2:09 | | | |
| Drug test completed | 4:53 | | | |
| Verify checklist co[redacted]<br>**Team Warden** [redacted] | 5:56 | | | |
| **EXECUTION PREPARATION PROCESS** | **TIME** | **RESPONSIBLE TEAM MEMBERS** | **CONTINGENCY LOG:** | **TIME** |
| Receive Inmate/Obtain log book | 3:30 | [redacted] | | |
| Complete shower | refused | | | |
| Secure in holding cell | 3:59 | | | |
| Issue clothing | 5:01 | | | |
| Explanation to inmate of lethal injection | 3:30 | | | |

Revised 5/25/2021-added Minster of Religion entry and exit/08212025 Extra signature space

| | | | |
|---|---|---|---|
| Inmate offered injection for anxiety – one (1) hour prior | 4:59 | | [redacted] |
| Inmate (accepted)/declined injection for anxiety | 5:00 | | |
| Open phone line with Governor's Office | 5:26 | | |
| Read Warrant – (Waived) reading of the Warrant | 3:45 | | |
| Restraints applied at holding cell | 5:27 | | |
| Escorted to gurney | 5:28 | | |
| Security Team Restraint process begun/completed | Begins 5:28 | Ends 5:35 | |
| Technical Team process begun/completed. IV method utilized: (Peripheral) Femoral | Begins 5:29 | Ends 5:53 | |
| Security Team and Technical Team depart execution chamber | 5:56 | | |
| Official/Media Witnesses Entered and Secured in witness room | 5:44 | | |
| Confirm Witnesses Secured in Witness Room | 5:45 | | |
| Escort Minister of Religion into the execution chamber | NA | | |
| Death Chamber Entrance Door Secured | 5:58 | | |
| Verify checklist co[redacted] to proceed:<br>**Team Warden** | 5:56 | | |
| Curtain Opened | 6:00 | | |
| Communication with Governor's Office reference any last stays | 6:00 | | |
| Activate Public Address (PA) System | 6:01 | | |
| Last statement | 6:01 | | |
| Execution Phase Begins | 6:02 | | |
| Deactivate Public Address (PA) System | 6:02 | | |
| Initiate phases | 6:02 | | |
| Physician pronounces death/Team Warden in agreement | 6:13 | | |
| Notification that sentence has been carried out to Governor's Office | 6:13 | | |
| Activate Public Address (PA) System | 6:13 | | |
| Notification that sentence has been carried out to witnesses | 6:13 | | |
| Deactivate Public Address (PA) System | 6:13 | | |
| Curtain Closes | 6:13 | | |
| Official/Media Witnesses departed witness room | 6:17 | | |
| Escort Minister of Religion out of execution chamber | NA | | |
| Medical Team departs | 6:19 | | |
| Body Removal Team | Enters 6:17 | Exits 6:25 | |
| Debriefing | 630 | | |

eam Warden [redacted]

Type: [redacted] JONES
Observer: [redacted]
Date: 9-30-25
Location: INJ. Room

## LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1330 | **Arrived Florida State Prison (Time)** | |
| 1500 | Syringe fill begin | |
| 1520 | Syringe fill complete | |
| N/O | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| N/O | Inmate moved to chamber prep. Cell # Q1101 | |
| N/O | Explanation of lethal injection procedures to inmate | |
| N/O | Sedative offered to inmate | Accepted/Declined |
| | | |
| N/O | **Communication link established with EOG** | |
| 1728 | **Inmate moved to Death Chamber** | |
| | ****************** BEGIN TWO MINUTE INCREMENTAL ENTRIES ****************** | |
| 1728 | Restraint process initiated | |
| 1730 | Restraint process continued | |
| 1732 | | |
| | | |
| 1734 | Restraint process completed | |
| | | |
| 1734 | IV initiated L & R arm | |
| 1736 | IV placement continued | |
| 1738 | 1740, 1742, 1744, 1746, 1748, 1750 | |
| 1752 | IV placement completed | |
| 1754 | 1756 | |
| N/O | **Minister of Religion escorted into chamber** | |
| | | |
| 1757 | IV final check by medical personnel | |
| 1759 | | |
| | | |
| 1800 | **Warden check with EOG for last minute stays** | |
| 1801 | Inmate final statement | Rendered/Declined (Declined circled) |
| 1802 | **Warden authorizes Execution Phase One initiated** | |
| 1804 | | |
| 1805 | Execution Phase One complete | |
| 1805 | **Check for unconsciousness by Warden** | |
| 1805 | Execution Phase Two initiated | |
| 1807 | | |
| 1808 | Execution Phase Two complete | |
| 1808 | Execution Phase Three initiated | |
| 1810 | | |
| 1811 | Execution Phase Three complete | FLATLINE |
| 1811 | Check for cardiac activity by medical personnel | |
| 1813 | Medical Personnel notifies Warden time of death | TOD: 1813 |
| 1813 | **EOG notified of time of death** | |
| 1813 | **Death pronounced and announced by Warden** | |
| N/O | **Minister of Religion escorted from chamber** | |

**N/A = Not Applicable**
**N/O = Not Observed**

Revised 06/23/2025

Type: Victor T. Jones
Observer: [redacted]
Date: 9/30/2025
Location: Chamber

# LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1:30PM | Arrived Florida State Prison (Time) | |
| N/O | Syringe fill begin | |
| N/O | Syringe fill complete | |
| N/O | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| 3:58PM | Inmate moved to chamber prep. Cell # Q1101 | |
| 4:36PM | Explanation of lethal injection procedures to inmate | 5:20PM - 5:50PM 5:58PM |
| 5:00PM | Sedative offered to inmate | Accepted/Declined |
| | | |
| 5:27PM | Communication link established with EOG | |
| 5:28PM | Inmate moved to Death Chamber | |
| | ****************** BEGIN TWO MINUTE INCREMENTAL ENTRIES ****************** | |
| 5:28PM | Restraint process initiated | |
| 5:30PM | Restraint process continued | |
| 5:32PM | | |
| 5:34PM | | |
| 5:34PM | Restraint process completed | |
| 5:36PM | | |
| 5:37PM | IV initiated L & R arm | |
| 5:39PM | IV placement continued | |
| 5:41PM | 5:43PM 5:45PM 5:47PM 5:49PM | |
| 5:50PM | IV placement completed | |
| | | |
| N/A | Minister of Religion escorted into chamber | |
| 5:52PM | 5:54PM | |
| 5:56PM | IV final check by medical personnel | |
| | | |
| 5:58PM | | |
| 6:00PM | Warden check with EOG for last minute stays | |
| 6:01PM | Inmate final statement | Rendered/Declined |
| 6:01PM | Warden authorizes Execution Phase One initiated | |
| 6:03PM | | |
| 6:05PM | Execution Phase One complete | |
| 6:05PM | Check for unconsciousness by Warden | |
| 6:05PM | Execution Phase Two initiated | |
| 6:07PM | | |
| 6:08PM | Execution Phase Two complete | |
| 6:09PM | Execution Phase Three initiated | |
| 6:11PM | | 6:11 PM FLARZINE |
| N/A | Execution Phase Three complete | |
| 6:11PM | Check for cardiac activity by medical personnel | |
| 6:13PM | Medical Personnel notifies Warden time of death | |
| 6:13PM | EOG notified of time of death | |
| 6:13PM | Death pronounced and announced by Warden | |
| N/A | Minister of Religion escorted from chamber | |

N/A = Not Applicable
N/O = Not Observed

Revised 08/23/2025

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HOUSING UNIT LOG**

**Florida State Prison**
**(INSTITUTION)**

Victor Jones DC# 420481

**HOUSING UNIT** Death Watch Cell-front Monitor **DATE** 9-30- 2025

| TIME | LOG OF EVENTS | INITIALS |
|---|---|---|
| 3:59 pm | Inmate placed in holding cell. [redacted] explaining the execution process | [redacted] |
| 4:15 pm | [redacted] speaking with inmate cell front | |
| 4:19 pm | [redacted] speaking with inmate cell front. | |
| 4:30 pm | [redacted] speaking with inmate cell front. | |
| 4:45 pm | [redacted] speaking with inmate cell front. | |
| 5:00 pm | Inmate offered and received the Sedative | |
| 5:04 pm | Inmate using the restroom | |
| 5:05 pm | Inmate changed into dress clothes | |
| 5:15 pm | Inmate sitting quietly on bunk. | |
| 5:21 pm | Inmate asked the [redacted] for a small cup of water. | |
| 5:22 pm | [redacted] gave inmate a bottle of water. | |
| 5:27 pm | Inmate removed from holding cell and escorted to Chamber | |

**Housing Sergeant Signature:**

**Housing Officer Signature:**

Each Correctional Officer and Correctional Officer Sergeant will make entry as to the time she/he assumed duties for the housing unit and the time relieved. Signature of the Housing Officer and Sergeant indicates that she/he has relieved the preceding shift, read the previous entries on the Housing Unit Log, and assumes the responsibility for any corrective action or follow-up action required. This log will be forwarded daily to the office of the Chief of Security at the conclusion of the Day Shift.

**EXECUTION TEAM TRAINING SIGN-IN SHEETS**

Team Number

[redacted]

9/30/25

DATE

# EXECUTION TEAM DRUG TEST

| POSITION | TEAM MEMBER STM# | DRUG TEST TIME | DRUG TEST RESULT |
|---|---|---|---|
| SECURITY TEAM MEMBERS | [redacted] | 103 | N |
| | | 110 | N |
| | | 140 | N |
| | | 105 | N |
| | | 136 | N |
| | | — | — |
| | | 105 | N |
| | | 106 | N |
| | | 122 | N |
| | | 120 | N |
| | | 109 | N |
| | | 105 | N |
| | | 124 | N |
| | | 105 | N |
| | | 110 | N |
| | | — | — |
| | | 107 | N |
| | | 103 | N |
| | | | |
| TECHNICAL TEAM MEMBERS | | 142 | N |
| | | 129 | N |
| | | 148 | N |
| | | 106 | N |
| | | 146 | N |
| | | 142 | N |
| | | 450 | N |
| | | 450 | N |
| | | 126 | N |
| | | | |
| EXECUTIONERS | | 448 | N |
| | | 448 | N |
| | | — | — |

TEAM WARDEN [redacted]

DATE 9/30/25

Revised 12/13/18

Name: Victor T. Jones

DC#: 480481

## Inmate's Last Statement

Date: 9.30.25

Recorded by: [redacted]

**EXECUTION CHECKLIST**

**INMATE NAME** Practice **NUMBER** ________ **DATE:** 9.29.25

| EXECUTION PREPARATION – PRIOR TO RECEIVING INMATE | TIME | RESPONSIBLE TEAM MEMBER | CONTINGENCY LOG: | TIME |
|---|---|---|---|---|
| All team members present | 1:55 | [redacted] | | |
| Arrive on site | 2:00 | | | |
| Telephone check | 2:03 | | | |
| Obtain keys/Key check/Key log | 2:02 | | | |
| Public Address System check | 2:07 | | | |
| Radio check/Radio accountability | 2:08 | | | |
| Visual Monitor/Video Equipment Check | 2:06 | | | |
| Confirm cell phones are on vibrate/silenced | 2:07 | | | |
| Equipment bag check | 2:09 | | | |
| Suit/Undergarments present | 2:05 | | | |
| Shower supplies | 2:04 | | | |
| Search shower | 2:03 | | | |
| Search holding cell | 2:04 | | | |
| Ensure sheets pressed and several back-ups | 2:10 | | | |
| Ensure IV Pole is on medical cart | 2:12 | | | |
| Checked Phase Light system | 2:10 | | | |
| Medical Equipment Check: Wireless Telemetry Monitors | 2:15 | | | |
| UPS for Wireless Telemetry Monitors | 2:15 | | | |
| Cardiac Monitors | 2:15 | | | |
| Cardiac Monitor Leads | 2:15 | | | |
| Drug test completed | 4:56 | | | |
| Verify checklist complete at this time: **Team Warden** [redacted] | 5:58 | | | |
| **EXECUTION PREPARATION PROCESS** | **TIME** | **RESPONSIBLE TEAM MEMBERS** | **CONTINGENCY LOG:** | **TIME** |
| Receive Inmate/Obtain log book | 4:00 | [redacted] | | |
| Complete shower refused | Sim | | | |
| Secure in holding cell | 4:00 | | | |
| Issue clothing | 5:01 | | | |
| Explanation to inmate of lethal injection | 3:30 | | | |

Revised 5/25/2021-added Minster of Religion entry and exit/08212025 Extra signature space

| | | | |
|---|---|---|---|
| Inmate offered injection for anxiety – one (1) hour prior | 5:00 | | [redacted] |
| Inmate accepted/declined injection for anxiety | 5:00 | | |
| Open phone line with Governor's Office | 5:30 | | |
| Read Warrant – Waived reading of the Warrant | 5:30 | | |
| Restraints applied at holding cell | 5:31 | | |
| Escorted to gurney | 5:32 | | |
| Security Team Restraint process begun/completed | Begins<br>5:33 | Ends<br>5:41 | |
| Technical Team process begun/completed.<br>IV method utilized: Peripheral Femoral | Begins<br>5:34 | Ends<br>5:42 | |
| Security Team and Technical Team depart execution chamber | 5:42 | | |
| Official/Media Witnesses Entered and Secured in witness room | 5:45 | | |
| Confirm Witnesses Secured in Witness Room | 5:45 | | |
| Escort Minister of Religion into the execution chamber | NA | | |
| Death Chamber Entrance Door Secured | 5:43 | | |
| Verify checklist completed/Executioners Room ready to proceed:<br>**Team Warden** [redacted] | 5:58 | | |
| Curtain Opened | 6:00 | | |
| Communication with Governor's Office reference any last stays | 6:00 | | |
| Activate Public Address (PA) System | 6:00 | | |
| Last statement | 6:00 | | |
| Execution Phase Begins | 6:00 | | |
| Deactivate Public Address (PA) System | 6:00 | | |
| Initiate phases | 6:00 | | |
| Physician pronounces death/Team Warden in agreement | 6:08 | | |
| Notification that sentence has been carried out to Governor's Office | 6:09 | | |
| Activate Public Address (PA) System | 6:09 | | |
| Notification that sentence has been carried out to witnesses | 6:09 | | |
| Deactivate Public Address (PA) System | 6:09 | | |
| Curtain Closes | 6:09 | | |
| Official/Media Witnesses departed witness room | 6:11 | | |
| Escort Minister of Religion out of execution chamber | NA | | |
| Medical Team departs | 6:12 | | |
| Body Removal Team | Enters<br>6:10 | Exits<br>6:12 | |
| Debriefing | | | |

**Team Warden** [redacted]

# EXECUTIONERS ROOM CHECKLIST

**INMATE NAME** Time Specific **NUMBER** ________ **DATE** 9/29/25

| **PREPARATION CHECKLIST** | **TIME** | **Responsible Team Member** |
|---|---|---|
| 8 syringes labeled to include chemical name – Verified (Stand A & B) | 2:12 | [redacted] |
| 8 syringes w/18 gauge needle for chemical draw – Verified (Stand A & B) | 2:12 | |
| Two (2) Team Members along w/FDLE verify expiration date of lethal chemicals | | |
| Two (2) Team Members along w/FDLE observe preparation of lethal injection chemical mix | | |
| Syringes filled with chemicals: | | |
| Syringe #1 and #2: **Etomidate, Trays A & B (Total 4)** | | |
| Syringe #3: **Saline Solution, Trays A &B (Total 2)** | | |
| Syringe #4 and #5: **Rocuronium Bromide, Trays A & B (Total 4)** | | |
| Syringe #6: **Saline Solution, Trays A & B (Total 2)** | | |
| Syringe #7 and #8: **Potassium Acetate, Trays A & B (Total 4)** | | |
| All syringes secured in Stands A & B w/18 gauge, 1 inch blunt cannula Verified (Total 16) | | |
| Verify Expiration Date of Hydroxyzine | | |
| Verify Drawing of syringes and disposal of remainder of Hydroxyzine | | |
| Stand A and Stand B transported to Execution Room | 2:12 | |
| Execution Room secured | 2:13 | |

**TEAM WARDEN** [redacted]

2/21/2023 Removed Diazepam and added Hydroxyzine

**DATE:** 9/29/25

| EXECUTION PHASE BEGINS | TIME | | STM Number |
|---|---|---|---|
| Two (2) Standard IV infusion sets and extension sets that will be clearly marked #1 and #2 | 5:42 | | [redacted] |
| Technical Team confirmed with Executioners that **LINE #1** is the **PRIMARY LINE** | 5:58 | | |
| Phase 1 Begins | 6:00 | | |
| Syringe 1 Etomidate | Begins 6:00 | Ends 6:01 | |
| Syringe 2 Etomidate | Begins 6:01 | Ends 6:03 | |
| Syringe 3 Saline Solution | Begins 6:03 | Ends 6:03 | |
| Phase 1 Ends | 6:03 | | |
| Team Warden checks for consciousness | 6:03 | | |
| Inmate medically checked for consciousness | 6:03 | | |
| Phase 2 Begins | 6:04 | | |
| Syringe 4 Rocuronium Bromide | Begins 6:04 | Ends 6:05 | |
| Syringe 5 Rocuronium Bromide | Begins 6:05 | Ends 6:06 | |
| Syringe 6 Saline Solution | Begins 6:06 | Ends | |
| Phase 2 Ends | 6:07 | | |
| Phase 3 Begins | 6:07 | | |
| Syringe 7 Potassium Acetate | Begins 6:07 | Ends | |
| Syringe 8 Potassium Acetate | Begins | Ends | |
| Phase 3 Ends Medical advises of flat line @ 6:07 | | | |
| Sentence has been carried out | | | |
| All materials/chemical mix disposed of according to State and Federal Law | | | |
| **CONTINGENCY LOG:** | | | |
| | | | |
| | | | |

2/21/2023 Removed diazepam and added Hydrozyzine

Type: ___
Observer: [redacted]
Date: 9-29-25
Location: INJ. Room

# LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1330 | **Arrived Florida State Prison (Time)** | |
| N/O | Syringe fill begin | |
| N/O | Syringe fill complete | |
| N/O | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| N/O | Inmate moved to chamber prep. Cell # Q1101 | |
| N/O | Explanation of lethal injection procedures to inmate | |
| N/O | Sedative offered to inmate | Accepted/Declined |
| | | |
| N/O | **Communication link established with EOG** | |
| 1733 ~~N/O~~ | **Inmate moved to Death Chamber** | |
| ****************** **BEGIN TWO MINUTE INCREMENTAL ENTRIES** ****************** | | |
| 1733 | Restraint process initiated | |
| 1735 | Restraint process continued | |
| 1737 | | |
| | | |
| 1738 | Restraint process completed | |
| | | |
| 17 38 | IV initiated L & R arm | |
| | IV placement continued | |
| | | |
| 1740 | IV placement completed | |
| 1742 | 1744, 1746, 1748, 1750 | |
| N/O | **Minister of Religion escorted into chamber** | |
| 1752 | 1754, 1756 | |
| 1757 | IV final check by medical personnel | |
| 1759 | | |
| | | |
| 1800 | **Warden check with EOG for last minute stays** | |
| 1800 | Inmate final statement | (Rendered)/Declined |
| 1800 | **Warden authorizes Execution Phase One initiated** | |
| 1802 | | |
| 1803 | Execution Phase One complete | |
| 1803 | **Check for unconsciousness by Warden** | |
| 1804 | Execution Phase Two initiated | |
| 1806 | | |
| 1807 | Execution Phase Two complete | |
| 1807 | Execution Phase Three initiated | |
| | | |
| 1807 | Execution Phase Three complete | FLAT LINE. |
| 1808 | Check for cardiac activity by medical personnel | |
| 1808 | Medical Personnel notifies Warden time of death | TOD: 1808 |
| 1809 | **EOG notified of time of death** | |
| 1809 | **Death pronounced and announced by Warden** | |
| N/O | **Minister of Religion escorted from chamber** | |

**N/A = Not Applicable**
**N/O = Not Observed**

Revised 06/23/2025

Observer: [redacted]
Date: 9/29/2025
Location: CHAMBER

# LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1:30PM | Arrived Florida State Prison (Time) | |
| N/A | Syringe fill begin | |
| N/A | Syringe fill complete | |
| N/A | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| 3:58P | Inmate moved to chamber prep. Cell # Q1101 | |
| N/A | Explanation of lethal injection procedures to inmate | |
| 4:59PM | Sedative offered to inmate | Accepted/Declined (Accepted circled) |
| | | |
| 5:25PM | Communication link established with EOG | |
| 5:33PM | Inmate moved to Death Chamber | |
| | ****************** BEGIN TWO MINUTE INCREMENTAL ENTRIES ****************** | |
| 5:33PM | Restraint process initiated | |
| 5:35PM | Restraint process continued | |
| 5:37PM | | |
| | | |
| 5:38PM | Restraint process completed | |
| | | |
| 5:39 PM | IV initiated L & R arm | |
| | IV placement continued | |
| | | |
| 5:40PM | IV placement completed | |
| 5:42 PM | 5:44PM 5:46PM 5:48PM 5:50PM | 5:52PM 5:54PM |
| N/A | Minister of Religion escorted into chamber | |
| 5:56PM | | |
| 5:57PM | IV final check by medical personnel | |
| | | |
| 5:59PM | | |
| 6:00PM | Warden check with EOG for last minute stays | |
| 6:00PM | Inmate final statement | Rendered/Declined (Rendered circled) |
| 6:00PM | Warden authorizes Execution Phase One initiated | |
| 6:02PM | | |
| 6:03PM | Execution Phase One complete | |
| 6:03PM | Check for unconsciousness by Warden | |
| 6:04PM | Execution Phase Two initiated | |
| 6:06PM | | |
| 6:07PM | Execution Phase Two complete | |
| 6:07PM | Execution Phase Three initiated | 6:07 PM FLATLINE |
| | | |
| N/A | Execution Phase Three complete | |
| 6:08PM | Check for cardiac activity by medical personnel | |
| 6:08PM | Medical Personnel notifies Warden time of death | |
| 6:09PM | EOG notified of time of death | |
| 6:09PM | Death pronounced and announced by Warden | |
| N/A | Minister of Religion escorted from chamber | |

N/A = Not Applicable
N/O = Not Observed

Revised 06/23/2025

# EXECUTION TEAM TRAINING SIGN-IN SHEETS

Team Number

[redacted]

9/29/25

DATE

# EXECUTION TEAM DRUG TEST

| POSITION | TEAM MEMBER STM# | DRUG TEST TIME | DRUG TEST RESULT |
|---|---|---|---|
| **SECURITY TEAM MEMBERS** | [redacted] | 109 | N |
| | | 109 | N |
| | | 128 | N |
| | | 117 | N |
| | | 138 | N |
| | | — | — |
| | | 109 | N |
| | | 110 | N |
| | | 122 | N |
| | | 130 | N |
| | | 113 | N |
| | | 115 | N |
| | | 129 | N |
| | | 115 | N |
| | | 113 | N |
| | | — | — |
| | | 110 | N |
| | | 110 | N |
| | | — | — |
| | | — | — |
| | | | |
| **TECHNICAL TEAM MEMBERS** | | 141 | N |
| | | 139 | N |
| | | 152 | N |
| | | 109 | N |
| | | 145 | N |
| | | 142 | N |
| | | 455 | N |
| | | 455 | N |
| | | 130 | N |
| | | | |
| **EXECUTIONERS** | | 447 | N |
| | | 447 | N |
| | | — | — |

**TEAM WARDEN** [redacted] **DATE** 9/29/25

Revised 12/13/18