# EXHIBIT 5

# OFFICIAL WITNESS SIGN-IN

**INMATE NAME: SMITHERS, Samuel**
**DC#: 124639**
**DATE OF EXECUTION: October 14, 2025**
**TIME: 6:00 PM**

| | NAME | SIGNATURE |
|---|---|---|
| [redacted] | [redacted] | Not in attendance |
| 2 | Lisa Kinard | [redacted] |
| 3 | Jay Arnold | [redacted] |
| 4 | Leda Kelly | [redacted] |
| [redacted] | [redacted] | [redacted] |
| 6 | Hollie Hodgson | [redacted] |
| 7 | Amanda Rewis | [redacted] |
| 8 | Scottie Pleasant | [redacted] |
| 9 | Lasonica Lockridge | [redacted] |
| 10 | Kellie Williams | [redacted] |
| 11 | Emma Perron | [redacted] |
| 12 | Jordan Stark | [redacted] |
| 13 | Lisa Tyre | [redacted] |
| 14 | Mike Kelly | [redacted] |
| 15 | Mary Rose Vanderveur | [redacted] |
| 16 | John Blitch | [redacted] |
| 17 | Kri Oberschlake | [redacted] |
| 18 | Jeremy King | [redacted] |
| 19 | Melody Jacquay-Acosta | [redacted] |
| 20 | Chatlie Moore | [redacted] |
| [redacted] | [redacted] | |
| [redacted] | [redacted] | |
| [redacted] | [redacted] | |
| [redacted] | [redacted] | |
| [redacted] | [redacted] | |

# EXECUTION CHECKLIST

**INMATE NAME** Samuel Smithers **NUMBER** 124639 **DATE:** 10/14/2025

| EXECUTION PREPARATION – PRIOR TO RECEIVING INMATE | TIME | RESPONSIBLE TEAM MEMBER | CONTINGENCY LOG: | TIME |
|---|---|---|---|---|
| All team members present | 1:47 | [redacted] | | |
| Arrive on site | 2:00 | | | |
| Telephone check | 2:07 | | | |
| Obtain keys/Key check/Key log | 2:00 | | | |
| Public Address System check | 2:07 | | | |
| Radio check/Radio accountability | 2:13 | | | |
| Visual Monitor/Video Equipment Check | 2:06 | | | |
| Confirm cell phones are on vibrate/silenced | 2:07 | | | |
| Equipment bag check | 2:11 | | | |
| Suit/Undergarments present | 2:04 | | | |
| Shower supplies | 2:05 | | | |
| Search shower | 2:04 | | | |
| Search holding cell | 2:04 | | | |
| Ensure sheets pressed and several back-ups | 2:10 | | | |
| Ensure IV Pole is on medical cart | 2:09 | | | |
| Checked Phase Light system | 2:07 | | | |
| Medical Equipment Check: Wireless Telemetry Monitors | 2:08 | | | |
| UPS for Wireless Telemetry Monitors | 2:08 | | | |
| Cardiac Monitors | 2:08 | | | |
| Cardiac Monitor Leads | 2:09 | | | |
| Drug test completed | 4:50 | | | |
| Verify checklist complete at this time: Team Warden [redacted] | 5:58 | [redacted] | | |

| EXECUTION P[redacted]ATION PROCESS | TIME | RESPONSIBLE TEAM MEMBERS | CONTINGENCY LOG: | TIME |
|---|---|---|---|---|
| Receive Inmate/Obtain log book | 3:30 | [redacted] | | |
| Complete shower *refused* | 3:45 | | | |
| Secure in holding cell | 4:00 | | | |
| Issue clothing | 5:02 | | | |
| Explanation to inmate of lethal injection | 5:01 | | | |

Revised 5/25/2021-added Minster of Religion entry and exit/08212025 Extra signature space

| | | | | |
|---|---|---|---|---|
| Inmate offered injection for anxiety – one (1) hour prior | 5:00 | | [redacted] | |
| Inmate accepted/declined injection for anxiety (accepted circled) | 5:00 | | | |
| Open phone line with Governor's Office | 5:25 | | | |
| Read Warrant – Waived reading of the Warrant (Waived circled) | 4:02 | | | |
| Restraints applied at holding cell | 5:28 | | | |
| Escorted to gurney | 5:29 | | | |
| Security Team Restraint process begun/completed | Begins | Ends | | |
| | 5:29 | 5:34 | | |
| Technical Team process begun/completed.<br>IV method utilized: Peripheral Femoral | Begins<br>5:31 | Ends<br>5:38 | | |
| Security Team and Technical Team depart execution chamber | 5:39 | | | |
| Official/Media Witnesses Entered and Secured in witness room | 5:44 | | | |
| Confirm Witnesses Secured in Witness Room | 5:44 | | | |
| Escort Minister of Religion into the execution chamber N/A | 5:40 | | | Confirmed no Minister of Religion |
| Death Chamber Entrance Door Secured | 5:40 | | | |
| Verify checklist completed/Executioners Room ready to proceed:<br>**Team Warden** [redacted] | 5:28 | | | |
| Curtain Opened | 6:00 | | | |
| Communication with Governor's Office reference any last stays | 6:00 | | | |
| Activate Public Address (PA) System | 6:01 | | | |
| Last statement | 6:01 | | | |
| Execution Phase Begins | 6:02 | | | |
| Deactivate Public Address (PA) System | 6:02 | | | |
| Initiate phases | 6:02 | | | |
| Physician pronounces death/Team Warden in agreement | 6:15 | | | |
| Notification that sentence has been carried out to Governor's Office | 6:15 | | | |
| Activate Public Address (PA) System | 6:15 | | | |
| Notification that sentence has been carried out to witnesses | 6:15 | | | |
| Deactivate Public Address (PA) System | 6:15 | | | |
| Curtain Closes | 6:15 | | | |
| Official/Media Witnesses departed witness room | 6:18 | | | |
| Escort Minister of Religion out of execution chamber | N/A | | | No Minister of Religion |
| Medical Team departs | 6:19 | | | |
| Body Removal Team | Enters | Exits | | |
| | 6:18 | 6:24 | | |
| Debriefing | 6:35 | | | **Team Warden** [redacted] |

# EXECUTIONERS ROOM CHECKLIST

**INMATE NAME** Samuel Smithers **NUMBER** 123639 **DATE** 10/14/2025

| PREPARATION CHECKLIST | TIME | Responsible Team Member |
|---|---|---|
| 8 syringes labeled to include chemical name – Verified (Stand A & B) | 2:55 | [redacted] |
| 8 syringes w/18 gauge needle for chemical draw – Verified (Stand A & B) | 2:55 | |
| Two (2) Team Members along w/FDLE verify expiration date of lethal chemicals | 3:00 | |
| Two (2) Team Members along w/FDLE observe preparation of lethal injection chemical mix | 3:00 | |
| Syringes filled with chemicals:<br>Syringe #1 and #2: **Etomidate, Trays A & B (Total 4)**<br>Syringe #3: **Saline Solution, Trays A &B (Total 2)**<br>Syringe #4 and #5: **Rocuronium Bromide, Trays A & B (Total 4)**<br>Syringe #6: **Saline Solution, Trays A & B (Total 2)**<br>Syringe #7 and #8: **Potassium Acetate, Trays A & B (Total 4)** | 3:05<br>3:20<br>3:13<br>3:22<br>3:19 | |
| All syringes secured in Stands A & B w/18 gauge, 1 inch blunt cannula Verified (Total 16) | 3:22 | |
| Verify Expiration Date of Hydroxyzine | 3:24 | |
| Verify Drawing of syringes and disposal of remainder of Hydroxyzine | 3:24 | |
| Stand A and Stand B transported to Execution Room | 3:26 | |
| Execution Room secured | 3:26 | |

**TEAM WARDE**[redacted]

2/21/2023 Removed Diazepam and added Hydroxyzine

**DATE:** 10/14/26

| EXECUTION PHASE BEGINS | TIME | | STM Number |
|---|---|---|---|
| Two (2) Standard IV infusion sets and extension sets that will be clearly marked #1 and #2 | 5:38 | | [redacted] |
| Technical Team confirmed with Executioners that **LINE #1** is the **PRIMARY LINE** | 5:55 | | |
| Phase 1 Begins | 6:02 | | |
| Syringe 1 Etomidate | Begins 6:02 | Ends 6:03 | |
| Syringe 2 Etomidate | Begins 6:03 | Ends 6:05 | |
| Syringe 3 Saline Solution | Begins 6:05 | Ends | |
| Phase 1 Ends | 6:06 | | |
| Team Warden checks for consciousness | 6:06 | | |
| Inmate medically checked for consciousness | 6:06 | | |
| Phase 2 Begins | 6:06 | | |
| Syringe 4 Rocuronium Bromide | Begins 6:06 | Ends 6:08 | |
| Syringe 5 Rocuronium Bromide | Begins 6:08 | Ends 6:10 | |
| Syringe 6 Saline Solution | Begins 6:10 | Ends | |
| Phase 2 Ends | 6:10 | | |
| Phase 3 Begins | 6:10 | | |
| Syringe 7 Potassium Acetate | Begins 6:10 | Ends 6:13 | |
| Syringe 8 Potassium Acetate — medical advises of flat line 6:14 | Begins 6:13 | Ends | |
| Phase 3 Ends | | | |
| Sentence has been carried out | 6:15 | | |
| All materials/chemical mix disposed of according to State and Federal Law | 6:20 | | |
| **CONTINGENCY LOG:** | | | |
| | | | |
| | | | |

2/21/2023 Removed Diazepam and added Hydroxyzine

Type: Samuel Smithers
Observer: [redacted]
Date: 10/14/25
Location: Chamber

# LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1:30 PM | **Arrived Florida State Prison (Time)** | |
| N/O | Syringe fill begin | |
| N/O | Syringe fill complete | |
| N/O | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| 3:58 PM | Inmate moved to chamber prep. Cell # Q1101 | |
| 4:00 PM | Explanation of lethal injection procedures to inmate | 5:28PM-5:40PM 5:56PM-6:00PM |
| 5:00PM | Sedative offered to inmate | Accepted/Declined (Accepted circled) |
| | | |
| 5:25 PM | **Communication link established with EOG** | |
| 5:28 PM | **Inmate moved to Death Chamber** | |
| | ****************** BEGIN TWO MINUTE INCREMENTAL ENTRIES ****************** | |
| 5:28PM | Restraint process initiated | |
| 5:30PM | Restraint process continued | |
| 5:32PM | | |
| | | |
| 5:34PM | Restraint process completed | |
| | | |
| 5:35PM | IV initiated L & R arm | |
| | IV placement continued | |
| | | |
| 5:37 PM | IV placement completed | |
| 5:39PM | 5:41PM 5:43PM 5:45PM 5:47PM 5:49PM | |
| N/A | **Minister of Religion escorted into chamber** | |
| 5:51 PM | 5:53PM 5:55PM | |
| 5:57 PM | IV final check by medical personnel | |
| | | |
| 5:59 PM | | |
| 6:00 PM | **Warden check with EOG for last minute stays** | |
| 6:01 PM | Inmate final statement | Rendered/Declined (Declined circled) |
| 6:02PM | **Warden authorizes Execution Phase One initiated** | |
| 6:04 PM | | |
| 6:06 PM | Execution Phase One complete | |
| 6:06PM | **Check for unconsciousness by Warden** | |
| 6:06PM | Execution Phase Two initiated | |
| 6:08 PM | | |
| 6:10 PM | Execution Phase Two complete | |
| 6:10 PM | Execution Phase Three initiated | |
| 6:12PM | | 6:14 PM Flatline |
| N/O | Execution Phase Three complete | |
| 6:14 PM | Check for cardiac activity by medical personnel | |
| 6:15 PM | Medical Personnel notifies Warden time of death | |
| 6:15 PM | **EOG notified of time of death** | |
| 6:15 PM | **Death pronounced and announced by Warden** | |
| N/A | **Minister of Religion escorted from chamber** | |

**N/A = Not Applicable**
**N/O = Not Observed**

Revised 06/23/2025

Type: SMITHERS
Observer: [redacted]
Date: 10.14.2025
Location: CHEM

# LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1:30 | Arrived Florida State Prison (Time) | |
| 3:00 | Syringe fill begin | |
| 3:25 | Syringe fill complete | |
| N/O | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| N/O | Inmate moved to chamber prep. Cell # Q1101 | |
| N/O | Explanation of lethal injection procedures to inmate | |
| N/O | Sedative offered to inmate | Accepted/Declined |
| | | |
| N/O | Communication link established with EOG | |
| 5:28 | Inmate moved to Death Chamber | |
| ****************** BEGIN TWO MINUTE INCREMENTAL ENTRIES ****************** | | |
| 5:28 | Restraint process initiated | |
| 5:30 | Restraint process continued | |
| 5:32 | 5:34 | |
| ~~5:3~~ [illegible] | | |
| 5:34 | Restraint process completed | |
| | | |
| 5:35 | IV initiated L & R arm | |
| 5:37 | IV placement continued | |
| | | |
| 5:39 | IV placement completed | |
| 5:41 | 5:43, 5:45, 5:47, 5:49, 5:51, 5:53, 5:55 | |
| N/O | Minister of Religion escorted into chamber | |
| | | |
| 5:57 | IV final check by medical personnel | |
| 5:59 | | |
| | | |
| 6:00 | Warden check with EOG for last minute stays | |
| 6:01 | Inmate final statement | Rendered/**Declined** |
| 6:02 | Warden authorizes Execution Phase One initiated | |
| 6:04 | 6:06 | |
| 6:06 | Execution Phase One complete | |
| 6:06 | Check for unconsciousness by Warden | |
| 6:06 | Execution Phase Two initiated | |
| 6:08 | 6:10 | |
| 6:10 | Execution Phase Two complete | |
| 6:10 | Execution Phase Three initiated | |
| 6:12 | 6:14 | |
| N/A | Execution Phase Three complete | FLATLINE AT 6:14 |
| 6:15 | Check for cardiac activity by medical personnel | |
| 6:15 | Medical Personnel notifies Warden time of death | |
| 6:15 | EOG notified of time of death | |
| 6:15 | Death pronounced and announced by Warden | |
| N/O | Minister of Religion escorted from chamber | |

N/A = Not Applicable
N/O = Not Observed

Revised 06/23/2025

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HOUSING UNIT LOG**

**Florida State Prison**
**(INSTITUTION)**

**HOUSING UNIT** Samuel Smithers DC# 124639 Death Watch Cell-front Monitor **DATE** 10-14- 2025

| TIME | LOG OF EVENTS | INITIALS |
|---|---|---|
| 4:00 pm | Inmate placed in holding cell. [redacted] explaining the execution process. | [redacted] |
| 4:15 pm | [redacted] speaking with inmate cell front. | |
| 4:30 pm | Speaking with inmate cell front. | |
| 4:45 pm | [redacted] Speaking with inmate cell front. | |
| 4:48 pm | Inmate using the restroom | |
| 4:54 pm | [redacted] speaking with inmate Cell front. | |
| 5:00 pm | Inmate offered and received the sedative | |
| 5:04 pm | Inmate changed into dress clothes. | |
| 5:15 pm | [redacted] Speaking with inmate cell front. | |
| 5:26 pm | Inmate using the restroom. | |
| 5:28 pm | Inmate removed from holding cell and escorted to chamber | |

| | |
|---|---|
| **Housing Sergeant Signature:** | |
| **Housing Officer Signature:** | |

Each Correctional Officer and Correctional Officer Sergeant will make entry as to the time she/he assumed duties for the housing unit and the time relieved. Signature of the Housing Officer and Sergeant indicates that she/he has relieved the preceding shift, read the previous entries on the Housing Unit Log, and assumes the responsibility for any corrective action or follow-up action required. This log will be forwarded daily to the office of the Chief of Security at the conclusion of the Day Shift.

# EXECUTION TEAM DRUG TEST

| POSITION | TEAM MEMBER STM# | DRUG TEST TIME | DRUG TEST RESULT |
|---|---|---|---|
| SECURITY TEAM MEMBERS | [redacted] | 130 | N |
| | | 148 | N |
| | | 136 | N |
| | | 140 | N |
| | | 137 | N |
| | | 140 | N |
| | | 130 | N |
| | | 152 | N |
| | | 138 | N |
| | | 150 | N |
| | | 142 | N |
| | | 139 | N |
| | | 130 | N |
| | | 147 | N |
| | | 139 | N |
| | | 133 | N |
| | | — | — |
| | | 132 | N |
| | | 132 | N |
| | | — | — |
| | | | |
| TECHNICAL TEAM MEMBERS | | 140 | N |
| | | — | — |
| | | 142 | N |
| | | 148 | N |
| | | 152 | N |
| | | 141 | N |
| | | 450 | N |
| | | 450 | N |
| | | 150 | N |
| | | | |
| EXECUTIONERS | | 445 | N |
| | | 445 | N |
| | | — | — |

TEAM WARDEN [redacted]

DATE 10/14/2025

Revised 12/13/18

**EXECUTION TEAM TRAINING SIGN-IN SHEETS**

| Team Number |
| --- |
| [redacted] |

[redacted]

10/14/2025

DATE

# EXECUTION PREPARATIONS CHECKLIST

## TEAM WARDEN

| EXECUTION PREPARATIONS | DATE | TIME |
|---|---|---|
| Receipt of Warrant from Institutional Warden | 9/12/25 | 6:10 |
| Advised of Execution Scheduled For Samuel Smithers 124639 By Institutional Warden | 9/12/25 | 5:00 |
| Selection of Executioners | 9/12/25 | 5:05 |
| • Provided Executioners with copy of procedure | 9/12/25 | 5:05 |
| • Explained to Executioners respective duties/responsibilities | 9/12/25 | 5:05 |
| • Explained to Executioners training will occur | 9/12/25 | 5:05 |
| • Designate Executioners as Primary and Secondary | 9/12/25 | 5:05 |
| Ensure purchase/ maintenance of chemicals by assigned team member | 9/12/25 | 5:15 |
| Approximately one (1) week prior to Execution, Team Warden designates execution team members to: | 10/7/25 | 9:00 |
| • Review of Inmate Medical File | 10/7/25 | 9:05 |
| • Limited Physical Examination | 10/7/25 | 9:10 |
| • Execution Team Members report findings to Team Warden | 10/7/25 | 9:10 |
| Review of examination/confer with designated team members, the Team Warden shall conclude the more suitable method of venous access | 10/7/25 | 9:15 |
| **Contingency Log:** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TEAM WARDEN** [redacted] **DATE** 10/14/25

Name: Samuel Smithers

DC#: 124639

## Inmate's Last Statement

No, sir

Date: 10/14/2025

Recorded b[redacted]

Name: Samuel Smithers

DC#: 124639

**Inmate's Last Statement**

No statement.

Date: 10/14/25

Recorded by: [redacted]

**EXECUTION CHECKLIST**

INMATE NAME Practice NUMBER 1 DATE: 10/13/2025

| EXECUTION PREPARATION – PRIOR TO RECEIVING INMATE | TIME | RESPONSIBLE TEAM MEMBER | CONTINGENCY LOG: | TIME |
|---|---|---|---|---|
| All team members present | 1:51 | [redacted] | | |
| Arrive on site | 2:00 | | | |
| Telephone check | 2:02 | | | |
| Obtain keys/Key check/Key log | 2:01 | | | |
| Public Address System check | 2:05 | | | |
| Radio check/Radio accountability | 2:38 | | | |
| Visual Monitor/Video Equipment Check | 2:04 | | | |
| Confirm cell phones are on vibrate/silenced | 2:10 | | | |
| Equipment bag check | 2:04 | | | |
| Suit/Undergarments present | 2:01 | | | |
| Shower supplies | 2:03 | | | |
| Search shower | 2:04 | | | |
| Search holding cell | 2:03 | | | |
| Ensure sheets pressed and several back-ups | 2:08 | | | |
| Ensure IV Pole is on medical cart | 2:08 | | | |
| Checked Phase Light system | 2:05 | | | |
| Medical Equipment Check: Wireless Telemetry Monitors | 2:09 | | | |
| UPS for Wireless Telemetry Monitors | 2:09 | | | |
| Cardiac Monitors | 2:09 | | | |
| Cardiac Monitor Leads | 2:09 | | | |
| Drug test completed | 5:20 | | | |
| Verify checklist complete at this time: Team Warden [redacted] | 5:56 | [redacted] | | |

| EXECUTION PR[redacted]TION PROCESS | TIME | RESPONSIBLE TEAM [redacted] | CONTINGENCY LOG: | TIME |
|---|---|---|---|---|
| Receive Inmate/Obtain log book [redacted] | 3:30 | | | |
| Complete shower | 3:30 | | | |
| Secure in holding cell | 4:00 | | | |
| Issue clothing | 5:01 | | | |
| Explanation to inmate of lethal injection | 3:45 | | | |

Revised 5/25/2021-added Minster of Religion entry and exit/08212025 Extra signature space

| | | | | |
|---|---|---|---|---|
| Inmate offered injection for anxiety – one (1) hour prior | 5:00 | | [redacted] | |
| Inmate accepted/declined injection for anxiety (accepted circled) | 5:00 | | | |
| Open phone line with Governor's Office SIM | 5:25 | | | |
| Read Warrant – Waived reading of the Warrant (Waived reading circled) | 3:45 | | | |
| Restraints applied at holding cell | 5:34 | | | |
| Escorted to gurney | 5:35 | | | |
| Security Team Restraint process begun/completed | Begins 5:35 | Ends 5:39 | | |
| Technical Team process begun/completed. IV method utilized: Peripheral (circled) Femoral | Begins 5:36 | Ends 5:43 | | |
| Security Team and Technical Team depart execution chamber | 5:44 | | | |
| Official/Media Witnesses Entered and Secured in witness room | 5:45 | | | |
| Confirm Witnesses Secured in Witness Room | 5:45 | | | |
| Escort Minister of Religion into the execution chamber N/A | 5:43 | | | Confirmed no minister of religion |
| Death Chamber Entrance Door Secured | 5:44 | | | |
| Verify checklist completed/Executioners Room ready to proceed: **Team Warden** [redacted] | 5:58 | | | |
| Curtain Opened | 6:00 | | | |
| Communication with Governor's Office reference any last stays | 6:00 | | | |
| Activate Public Address (PA) System | 6:00 | | | |
| Last statement | 6:00 | | | |
| Execution Phase Begins | 6:01 | | | |
| Deactivate Public Address (PA) System | 6:01 | | | |
| Initiate phases | 6:01 | | | |
| Physician pronounces death/Team Warden in agreement | 6:09 | | | |
| Notification that sentence has been carried out to Governor's Office | 6:10 | | | |
| Activate Public Address (PA) System | 6:10 | | | |
| Notification that sentence has been carried out to witnesses | 6:10 | | | |
| Deactivate Public Address (PA) System | 6:10 | | | |
| Curtain Closes | 6:10 | | | |
| Official/Media Witnesses departed witness room | 6:13 | | | |
| Escort Minister of Religion out of execution chamber N/A | N/A | | | |
| Medical Team departs | 6:12 | | | |
| Body Removal Team | Enters 6:11 | Exits 6:12 | | |
| Debriefing | 6:22 | | | **Team Warden** [redacted] |

# EXECUTIONERS ROOM CHECKLIST

**INMATE NAME** Time Specific **NUMBER** ____________ **DATE** 10/13/25

| **PREPARATION CHECKLIST** | **TIME** | **Responsible Team Member** |
|---|---|---|
| 8 syringes labeled to include chemical name – Verified (Stand A & B) | 2:14 | [redacted] |
| 8 syringes w/18 gauge needle for chemical draw – Verified (Stand A & B) | 214 | |
| Two (2) Team Members along w/FDLE verify expiration date of lethal chemicals | | |
| Two (2) Team Members along w/FDLE observe preparation of lethal injection chemical mix | | |
| Syringes filled with chemicals:<br>Syringe #1 and #2: **Etomidate, Trays A & B (Total 4)**<br>Syringe #3: **Saline Solution, Trays A &B (Total 2)**<br>Syringe #4 and #5: **Rocuronium Bromide, Trays A & B (Total 4)**<br>Syringe #6: **Saline Solution, Trays A & B (Total 2)**<br>Syringe #7 and #8: **Potassium Acetate, Trays A & B (Total 4)** | | |
| All syringes secured in Stands A & B w/18 gauge, 1 inch blunt cannula Verified (Total 16) | | |
| Verify Expiration Date of Hydroxyzine | | |
| Verify Drawing of syringes and disposal of remainder of Hydroxyzine | | |
| Stand A and Stand B transported to Execution Room | 2:14 | |
| Execution Room secured | 2:15 | |

**TEAM WARDEN** [redacted]

2/21/2023 Removed Diazepam and added Hydroxyzine

# EXECUTION TEAM DRUG TEST

| POSITION | TEAM MEMBER STM# | DRUG TEST TIME | DRUG TEST RESULT |
|---|---|---|---|
| SECURITY TEAM MEMBERS | [redacted] | 1:05 | N |
| | | 134 | N |
| | | 141 | N |
| | | 106 | N |
| | | 141 | N |
| | | 133 | N |
| | | 105 | N |
| | | 108 | N |
| | | 126 | N |
| | | 132 | N |
| | | 109 | N |
| | | 115 | N |
| | | 122 | N |
| | | 112 | N |
| | | 117 | N |
| | | 110 | N |
| | | — | — |
| | | 105 | N |
| | | 120 | N |
| | | — | — |
| | | | |
| TECHNICAL TEAM MEMBERS | | — | — |
| | | — | — |
| | | 145 | N |
| | | 110 | N |
| | | 150 | N |
| | | 138 | N |
| | | 455 | N |
| | | 455 | N |
| | | 122 | N |
| | | | |
| EXECUTIONERS | | 445 | N |
| | | 445 | N |
| | | — | — |

TEAM WARDEN [redacted]

DATE 10/13/2025

Revised 12/13/18

**DATE:** 10/13/25

| EXECUTION PHASE BEGINS | TIME | | STM Number |
|---|---|---|---|
| Two (2) Standard IV infusion sets and extension sets that will be clearly marked #1 and #2 | 5:45 | | [redacted] |
| Technical Team confirmed with Executioners that **LINE #1** is the **PRIMARY LINE** | 5:58 | | |
| Phase 1 Begins | 6:00 | | |
| Syringe 1 Etomidate | Begins 6:00 | Ends 6:02 | |
| Syringe 2 Etomidate | Begins 6:02 | Ends 6:03 | |
| Syringe 3 Saline Solution | Begins 6:03 | Ends 6:04 | |
| Phase 1 Ends | 6:04 | | |
| Team Warden checks for consciousness | 6:04 | | |
| Inmate medically checked for consciousness | 6:04 | | |
| Phase 2 Begins | 6:04 | | |
| Syringe 4 Rocuronium Bromide | Begins 6:04 | Ends 6:06 | |
| Syringe 5 Rocuronium Bromide | Begins 6:06 | Ends 6:07 | |
| Syringe 6 Saline Solution | Begins 6:07 | Ends 6:08 | |
| Phase 2 Ends | 6:08 | | |
| Phase 3 Begins | 6:08 | | |
| Syringe 7 Potassium Acetate | Begins 6:08 | Ends | |
| Syringe 8 Potassium Acetate | Begins | Ends | |
| Phase 3 Ends medical release of flat line @ 6:09 | | | |
| Sentence has been carried out | 6:09 | | |
| All materials/chemical mix disposed of according to State and Federal Law | Sin[illegible] | | |
| **CONTINGENCY LOG:** | | | |
| | | | |
| | | | |

2/21/2023 Removed diazepam and added Hydrozyzine

Type: PRACTICE
Observer: [redacted]
Date: 10/13/25
Location: CHAMBER

# LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1:30PM | Arrived Florida State Prison (Time) | |
| N/A | Syringe fill begin | |
| N/A | Syringe fill complete | |
| N/A | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| 3:58 PM | Inmate moved to chamber prep. Cell # Q1101 | |
| N/A | Explanation of lethal injection procedures to inmate | |
| 5:00 PM | Sedative offered to inmate | (Accepted)/Declined |
| | | |
| 5:25 PM | Communication link established with EOG | |
| 5:34PM | Inmate moved to Death Chamber | |
| | ****************** BEGIN TWO MINUTE INCREMENTAL ENTRIES ****************** | |
| 5:34PM | Restraint process initiated | |
| 5:36PM | Restraint process continued | |
| 5:38 PM | | |
| | | |
| 5:39PM | Restraint process completed | |
| | | |
| 5:39 PM | IV initiated L & R arm | |
| 5:41 PM | IV placement continued | |
| | | |
| 5:42 PM | IV placement completed | |
| 5:44PM | 5:46 PM 5:48 PM 5:50PM 5:52PM | 5:54PM 5:56PM |
| N/A | Minister of Religion escorted into chamber | |
| | | |
| 5:57 PM | IV final check by medical personnel | |
| | | |
| 5:59PM | | |
| 6:00 PM | Warden check with EOG for last minute stays | |
| 6:00 PM | Inmate final statement | (Rendered)/Declined |
| 6:01 PM | Warden authorizes Execution Phase One initiated | |
| 6:03PM | | |
| 6:04PM | ~~Execution Phase One complete~~ | |
| 6:04PM | Check for unconsciousness by Warden | |
| 6:04PM | Execution Phase Two initiated | |
| 6:06PM | 6:08PM | |
| 6:08 PM | Execution Phase Two complete | 6:09PM FLATLINE |
| 6:08 PM ~~[illegible]~~ [illegible] | Execution Phase Three initiated | |
| | | |
| N/A | Execution Phase Three complete | |
| 6:09PM | Check for cardiac activity by medical personnel | |
| 6:09PM | Medical Personnel notifies Warden time of death | |
| 6:10PM | EOG notified of time of death | |
| 6:10PM | Death pronounced and announced by Warden | |
| N/A | Minister of Religion escorted from chamber | |

N/A = Not Applicable
N/O = Not Observed

Revised 06/23/2025

Type: MACTIVE
Observer: [redacted]
Date: 10/13/22
Location: CHbm

# LETHAL INJECTION LOG

| TIME/OBS | EVENT | COMMENTS / ISSUES |
|---|---|---|
| 1:31 | **Arrived Florida State Prison (Time)** | |
| N/A | Syringe fill begin | |
| | Syringe fill complete | |
| | Inmate moved from death watch cell to shower | Shower Accepted/Declined |
| | Inmate moved to chamber prep. Cell # Q1101 | |
| | Explanation of lethal injection procedures to inmate | |
| ↓ | Sedative offered to inmate | Accepted/Declined |
| | | |
| N/O | **Communication link established with EOG** | |
| 5:35 | **Inmate moved to Death Chamber** | |
| | ****************** **BEGIN TWO MINUTE INCREMENTAL ENTRIES** ****************** | |
| 5:36 | Restraint process initiated | |
| 5:38 | Restraint process continued | |
| | | |
| | | |
| 5:39 | Restraint process completed | |
| | | |
| 5:40 | IV initiated L & R arm | |
| 5:42 | IV placement continued | |
| | | |
| 5:42 | IV placement completed | |
| 5:44 | 5:46 5:48 5:50 5:52 5:54 | |
| 5:56 | | |
| 5:57 | IV final check by medical personnel | |
| 5:59 | | |
| N/A | **Minister of Religion escorted into chamber** | |
| | | |
| 6:00 | **Warden check with EOG for last minute stays** | |
| 6:00 | Inmate final statement | Rendered/Declined [Rendered circled] |
| 6:00 | **Warden authorizes Execution Phase One initiated** | |
| 6:02 | 6:0[illegible] | |
| 6:04 | Execution Phase One complete | |
| 6:04 | **Check for unconsciousness by Warden** | |
| 6:04 | Execution Phase Two initiated | |
| 6:04 | 6:06 [illegible] 6:08 | |
| 6:08 | Execution Phase Two complete | |
| 6:08 | Execution Phase Three initiated | |
| | | FLATLINE @ 6:09 PM |
| N/A | Execution Phase Three complete | |
| 6:09 | Check for cardiac activity by medical personnel | |
| 6:09 | Medical Personnel notifies Warden time of death | |
| 6:10 | **EOG notified of time of death** | |
| 6:10 | **Death pronounced and announced by Warden** | |
| N/A | **Minister of Religion escorted from chamber** | |

**N/A = Not Applicable**
**N/O = Not Observed**

Revised 02/04/2022

EXECUTION TEAM TRAINING SIGN-IN SHEETS

Team Number

[redacted]

10/13/2025

DATE

Name: Pradice

DC#: )

**Inmate's Last Statement**

I would like to apologize to no one.

Date: 10/13/25

Recorded by [redacted]

EXECUTION TEAM TRAINING SIGN-IN SHEETS

| Team Number |
| --- |
| [redacted] |

*

* Make-up training held 10/12/2025

[redacted]

10 / 13 / 2025

DATE