# EXHIBIT 6

# REPORT OF INVESTIGATION

Medical Examiner District 8
3217 SW 47th Avenue
Gainesville Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

Deceased: **Bates, Kayle**

**ME25-0562**

| Race | Gender | DOB: MM | DD | YYYY | Age |
|---|---|---|---|---|---|
| Black | Male | 02 | 19 | 1958 | 67 years 6 months |

Address

## SCENE RESPONSE

| Scene Investigator | Arrival Date | Time | Scene Pathologist | Arrival Date | Time | Yes No Meds Collected |
|---|---|---|---|---|---|---|
| MV Occupant | | | Vehicle Type | | | |

## INFORMATION ABOUT OCCURRENCE

Reason for Assuming Jurisdiction

Initial Synopsis

Kayle B Bates is a 67 year old black male inmate at Florida State Prison. The decedent was executed by lethal injection on 8/19 and pronounced by [redacted] at 1817 hours.

| | Date | Time | Location | | County | Type of Premises | Other |
|---|---|---|---|---|---|---|---|
| Injury | 08/19/2025 | 18:00 | Florida State Prison | | Bradford | Correctional Institution | |
| Onset | | | | | | | |
| Last Seen Alive | | | Name & Title | | | | |
| Date of Death | 08/19/2025 | 18:17 | Location | Florida State Prison, 23916 NW 83rd Ave, Raiford, FL 32026 | | | |
| Pronounced or Found by | | | Name & Title | | | | |
| M.E.O. Notified | 08/19/2025 | 18:57 | Name & Title | [redacted] | | | |
| County of Death | Bradford | Inside City Limits Yes No | | On the Job Yes No | Billing Agency/County Bradford FSP | | |

| Agency | Officer / Agent | Case Number |
|---|---|---|
| | | |

## NARRATIVE

On 8/19 at approximately 1857 hours, this office received a call from [redacted] He was reporting the death of Kayle B Bates is a 67 year old black male inmate at Florida State Prison. The decedent was executed by lethal injection on 8/19. The execution began at approximately 1800 hours and the decedent was pronounced by [redacted] at 1817 hours hours.

NOK was notified of the MEO involvement by Florida State Prison.

OFFICE OF THE MEDICAL EXAMINER DISTRICT EIGHT

www.district8me.com
Alachua, Baker, Bradford, Dixie,
Gilchrist, Levy & Union Counties

3217 SW 47th Avenue
Gainesville, FL 32608
Office 352-384-3366
Fax 352-384-3365

# AUTOPSY REPORT

**NAME:** Bates, Kayle
**AGE:** 67
**GENDER:** Male
**RACE:** Black
**CASE NUMBER:** ME25-0562
**DATE OF DEATH:** August 19, 2025
**DATE OF EXAMINATION:** August 20, 2025 @ 0815 hrs.

**CAUSE OF DEATH:** Multi-substance toxicity

**MANNER OF DEATH:** Homicide

**HOW INJURY OCCURRED:** Judicial execution with etomidate, rocuronium and Potassium acetate

Noel A. Palma, M.D.
Associate Medical Examiner
Completed: August 20, 2025

**ME25-0562** **Bates, Kayle** **67, B, M** **DOB:** 2/19/1958 **DOD:** 8/19/2025

**PATHOLOGIST:** BODY EXAMINATION **Prisoner:** ☒ **Infectious:**




**Pathologist** **Noel A. Palma, MD** Date Body Viewed 8:15 Am 8/20/25 Time

**- CONFIDENTIAL -**

**University of Florida Pathology Laboratories**
Department of Pathology and Laboratory Medicine
1200 SW 34th Street
Gainesville, FL 32607
Phone: 352-627-2001 Fax: 352-265-9904

Page: 1 of 1

LAB NUMBER: R25-01538
NAME: Bates, Kayle
CASE NO: 25-562
RECEIPT DATE: 08/20/2025

**Forensic Toxicology Laboratory**

---

**SUBMITTER:** Dr. Noel Palma, District 8 Medical Examiners Office, 3217 SW 47th Ave., Gainesville, FL 32608.

**SPECIMENS RECEIVED:**

A. Blood, femoral
B. Vitreous Humor

---

| | Analyte | Qualitative Results | Quantitative Results |
|---|---|---|---|
| **VOLATILES** | | | |
| A. Blood | None Detected | | |
| **COMPREHENSIVE DRUG SCREEN** | | | |
| A. Blood | Etomidate | Positive (tentative ID by GC-MS) | |
| **DRUG IDENTIFICATION/QUANTITATION** | | | |
| A. Blood | Etomidate | See Attached - 2 pages | |

**RESULT CERTIFICATION:**

Results Certified by: [signature]

Chris W. Chronister, Ph.D., F-ABFT
Director of Toxicology

R2501538 - 01/ CC 10/07/25 [ 0001, 1503 ]
PRINTED: 10/07/25

NMS Labs
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued** 10/06/2025 12:03

**To:** **60168**
University of Florida Pathology Laboratories
1200 SW 34th St.

Gainesville, FL 32607-4107

| | |
|---|---|
| **Patient Name** | BATES, KAYLE |
| **Patient ID** | R25-01538 |
| **Chain** | NMSCP477073 |
| **DOB** | Not Given |
| **Sex** | Male |
| **Workorder** | 25377102 |

**Page 1 of 2**

### Positive Findings:

| Analyte | Result | Units | Matrix Source |
|---|---|---|---|
| **Etomidate** | **0.22** | **mcg/mL** | **001 - Femoral Blood** |

See Detailed Findings section for additional information

### Testing Requested:

| Test | Test Name |
|---|---|
| 2063B | Etomidate, Blood |

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Red Stopper Glass Tube | 7.75 mL | 08/20/2025 | Femoral Blood | R25-01538 |

All sample volumes/weights are approximations.
Specimens received on 08/29/2025.

NMS LABS

**CONFIDENTIAL**

| | |
|---|---|
| **Workorder** | 25377102 |
| **Chain** | NMSCP477073 |
| **Patient ID** | R25-01538 |



**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Etomidate | 0.22 | mcg/mL | 0.10 | 001 - Femoral Blood | GC/MS |

**Examination of the specimen(s) submitted did not reveal any reportable findings by procedure(s) outlined in the accompanying Analysis Summary, other than those listed above. Interpretation of reported findings should be based on the totality of available case information. Reference information is not case-specific but is provided as a general guide.**

**Reference Comments:**

1. Etomidate (Amidate®) - Femoral Blood:

   Etomidate is a non-barbiturate hypnotic without analgesic activity. It is especially used in patients with cardiovascular problems since it has few effects on this system. IV administration of etomidate produces rapid hypnosis, which lasts approximately 3 to 5 minutes.

   Reported plasma concentrations of etomidate necessary to induce anesthesia are approximately 2 mcg/mL. Hypnosis can then be maintained with plasma concentrations greater than or equal to 0.23 mcg/mL (230 ng/mL).

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

**Analysis Summary and Reporting Limits:**

The following test(s) were performed for this case; the scope of each test includes the analyte(s) listed along with the associated reporting limit(s). The reporting limit is the lowest concentration of the analyte that will be reported as positive. Only results that meet reporting criteria at or above the reporting limit appear in the Positive Findings section of the report.

Test 2063B - Etomidate, Blood: 001 - Femoral Blood

-Analysis by Gas Chromatography/Mass Spectrometry (GC/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Etomidate | 0.10 mcg/mL | | |

Outlook

## Scanned from a Xerox Multifunction Printer

**From** chronist@pathology.ufl.edu <chronist@pathology.ufl.edu>
**Date** Tue 10/7/2025 4:20 PM
**To** chronist@pathology.ufl.edu <chronist@pathology.ufl.edu>; ME District 8 <medistrict8@alachuacounty.us>

1 attachment (88 KB)
251007_16_17_10.pdf;

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: machine location not set
Multifunction Printer Name: Xerox AltaLink B8155 (A0:8F:6A)

ME25-0562 Bates, Kayle 67, B, M **DOB:** 2/19/1958 **DOD:** 8/19/2025

**Investigator:** Rachel Hildreth

## INFORMATION ABOUT DECEDENT

**Prisoner:** ☒ **Infectious:**

| Gender | Race | Race Other | DOB mm | dd | yyyy | Actual Age |
|---|---|---|---|---|---|---|
| Male | Black | | 02 | 19 | 1958 | |

## SCENE RESPONSE

| Scene Investigator | Scene Arrival Date | Time | Scene Pathologist | Arrival Date | Time | Meds Collected: |
|---|---|---|---|---|---|---|
| | | | | | | ○ Yes ○ No |

| MV Occupant | Vehicle Type |
|---|---|
| | |

## INFORMATION ABOUT OCCURRENCE

☐ Accident ☐ Local Police Custody ☐ SAO Request ☐ Suicide ☐ Trauma
☐ Disaster ☐ Poison ☐ State Police Custody ☐ Surgical or Anesthesia ☐ Unattended Natural
☐ Homicide ☐ Public Health ☐ Sudden/Unexpected ☐ Suspicious

Reason for Assuming Jurisdiction

Kayle B Bates is a 67 year old black male inmate at Florida State Prison. The decedent was executed by lethal injection on 8/19 and pronounced by [redacted] at 1817 hours.

Initial Synopsis

| ITEM | DATE | TIME | LOCATION | COUNTY | TYPE OF PREMISES | IF OTHER |
|---|---|---|---|---|---|---|
| Injury or Onset | 08/19/2025 | 18:00 | Florida State Prison | Bradford | Correctional Institution | |
| Last Seen Alive | | | | | | |
| Date of Death | 08/19/2025 | 18:17 | Florida State Prison, 23916 NW 83rd Ave, Raiford, FL 32026 | | | |
| Pronounced or Found By | | | | | | |
| M.E. Notified | 08/19/2025 | 18:57 | [redacted] | | | |

| County of Death | In City Limits | On the Job | Billing Agency |
|---|---|---|---|
| Bradford | ○ Yes ○ No | ○ Yes ○ No | Bradford FSP |

| | Agency | Agency Representative | Agency Case# |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

# Medical Examiner District 8
# Processing Worksheets

**Case Number: ME25-0562** **Bates, Kayle** **67, B, M**

**DOB:** 2/19/1958 **DOD:** 8/19/2025 **Location:** Florida State Prison

**Initial synopsis:** Kayle B Bates is a 67 year old black male inmate at Florida State Prison. The decedent was executed by lethal injection on 8/19 and pronounced by [redacted] at 1817 hours.

**Pathologist** DESCRIPTION OF THE BODY **Prisoner:** ☒ **Infectious:**

| | | | | | |
|---|---|---|---|---|---|
| Height | Weight | Temp | Blood ○ Yes ○ No | ☐ Ears | ☐ Mouth |
| Hair Head | | Hair Face | | ☐ Nose | ☐ Clothing |
| Rigor: Neck | Arms | Legs | Eye Color | Pl Left | Pl Right |
| Froth | Livor | Decomp | Clothed? | | |

*Present, Absent* *Anterior, Posterior, Lateral* *None, Early, Advanced, Skeletal* *Fully Clothed, Partly Clothed, Unclothed*

| | |
|---|---|
| Probable COD | |
| Due to: | |
| Due to: | |
| Part II | |

How Injury Occurred:

**Manner of Death:**

○Natural ○Acc Drug Intoxication ○Acc All Other ○Homicide ○Pending
○Acc MVA ○Acc Fall ○Suicide ○Undetermined ○Fetal Death

**Pathologists Processing Comments:**

I hereby certify that after receiving notice of the death described herein, I took charge of the body and made inquiries regarding the cause of death in accordance with Chapter 406, Florida Statutes and the information contained herein regarding such death is true and correct to the best of my knowledge and belief.

**Pathologist** **Noel A. Palma, MD** Date Body Viewed ____________ Time ____________

**Technician:** Personal Effects **Prisoner:** ☒ **Infectious:**

PE's Collected: ○Yes ○No | Blood Drawn ○Yes ○No | Why Not:

**Actual Fluids Drawn:**

Blood-Femoral - 2GT, 2 RT, 2 TT 73"
1vit 206 lbs

○ Autopsy ◉ External ○ Investigation | 815 **Tox Hold:** ○

| | | | | |
|---|---|---|---|---|
| ☐ Bile | ☐ Cultures Submitted | ☐ Donor Organs | ☐ Fixed Brain | ☐ Rape Kit |
| ☐ Consult Brain | ☒ DNA Card | ☐ Donor Tissues | ☐ Fixed Heart | ☒ Tox Run |
| ☐ Consult Eye | ☐ Donor EyeBank | ☐ Donor Tissues Other | ☐ Gastric Contents | ☐ X-Ray |
| ☐ Consult Heart | ☐ Donor EyeBank Other | ☒ Fingerprints | ☐ Histo Submitted | |

**A. Personal Effects / Jewelry / Other**

| Quantity | Description | Quantity | Description |
|---|---|---|---|
| 1 | Suit jacket | | |
| 1 | button-up shirt | | |
| 1 | underwear | | |
| 1 | pants | | |
| 2 | socks | | |
| 1 | Knit head cap | | |

**B. Money Collected** ○ Yes ○ N

**Bills**

$100 ........ $50 ........ $20 ........ $10 ........ $5 ........ $2 ........ $1 ........ Total $ ........

**Coins** $1.00 ........ .50 ........ .25 ........ .10 ........ .05 ........ .01 ........ Total $ ........

**Grand Total $** ........

Personal Effects Inventory: The listed personal effects were recorded in my presence and were witnessed by:

Collector: MQ Witness: ________ Date: ________ Time: ________

# Toxicology Laboratory Request Form

**College of Medicine**
Department of Pathology, Immunology and Laboratory Medicine
UF Health Pathology Laboratories
Forensic Toxicology Laboratory

4800 S.W. 35th Drive
Gainesville, FL 32608
Tel: (352) 265-0680 ext.72001
Fax: (352) 265-9904

Medical Examiner District 8
3217 SW 47th Avenue, Gainesville, FL 32608

**Phone: 352-273-9292**
**Fax 352-273-9288**

**County of Death:** Bradford ☐ Routine ☒ Pending Tox ☐ Traffic **Decomp ?** ☐ Yes ☒ No

**CaseNumber: ME25-0562** **Bates, Kayle 67, B, M** **If Yes:** ☐ Mild ☐ Moderate ☐ Advanced

**Initial Synopsis:**

Kayle B Bates is a 67 year old black male inmate at Florida State Prison. The decedent was executed by lethal injection on 8/19 and pronounced by [redacted] at 1817 hours

**Autopsy Findings:**

**Drugs Suspected:** Etomidate, Rocuronium bromide, potassium acetate

**Specimens Submitted:**

- ☒ Blood Source 1. Femoral
- ☐ Blood Source 2. ______
- ☐ Blood Source 3. ______
- ☐ Blood Source 4. ______
- ☐ Serum (post-mortem)
- ☐ Urine
- ☐ Bile
- ☒ Vitreous Humor
- ☐ Stomach Contents
- ☐ Other: ______

**Analyses Requested:**

- ☐ PRIORITY CASE
- ☒ Comprehensive Toxicology (includes volatiles)
- ☒ Drug Quantitation: Etomidate
- ☐ Carboxyhemoglobin ☐ Cyanide
- ☐ Other: ______
- ☐ Volatiles Only
- ☐ Vitreous Chemistries
- ☐ Hepatitis B
- ☐ Hepatitis C
- ☐ HIV

***SUBMITTER USE ONLY***

**To be completed by an authorized representative of the Medical Examiners Office:**

**I verify that the specimens were obtained, labeled, sealed and placed into a tamperproof bag with the original chain of custody form and closed with a tamperproof evidence seal.**

NOEL PALOMA
**Print Name**

[signature]
**Signature:**

**Date:** 8/20/25 **Time:** ______ ☐AM ☐PM

***LABORATORY USE ONLY***

LAB ACCESSION #

**Specimens received with seals intact from:** Pedro [illegible]

**By:** [signature]

**Date:** 8-20-25 **Time:** 3 ☐AM ☒PM

**Received From:** ______

**By:** ______

**Date:** ______ **Time:** ______ ☐AM ☐PM

**Received From:** ______

**By:** ______

**Date:** ______ **Time:** ______ ☐AM ☐PM

Medical Examiner District 8
3217 SW 47th Avenue
Gainesville Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

**ME25-0562**

## Body Release

### MEDICAL EXAMINER STAFF / REPRESENTATIVE

I hereby authorize the release of the body of:

Decedent:

**Bates, Kayle**

Date of Birth: 2/19/1958
Date of Death: 8/19/2025
Time of Death : 18:17

Per: Email
Type of Release

Signature: [signature]
ME Staff

Funeral Home Selected by NOK: Memorial Chapel
Phone: 904-397-0481

### TRANSPORT DRIVER OR OTHER PERSONS ASSUMING CUSTODY OF BODY

DAVID Johnson
Funeral Home Representative (Print Name)

[signature]
Signature

NAME OF TRANSPORT COMPANY
*(If different from receiving Funeral Home listed above)*

North Fla. Removal / Svc.
Transport Company

Jax.
City

DAVID Johnson
Person Accepting Custody (Print Name)

[signature]
Signature

ID Checked: ☒ Yes ☐ No

Personal Effects to Release: ☒ Yes ☐ No

Date/Time Body Released : 8/20/25 1115

Mattie Quarles
Body Released By ( Medical Examiner Staff or Representative )

[signature]
Signature

Date Printed: 8/20/2025, 7:50:49 AM

Medical Examiner District 8
3217 SW 47th Avenue, Gainesville,Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

**Personal Effects Release**

**Concerning: ME-case: ME25-0562** Name: **Bates, Kayle**

Personal Effects released to Family / Funeral Home / Agency:

| | |
|---|---|
| 1 | Suit jacket |
| 1 | Button-up shirt |
| 1 | Underwear |
| 1 | Pants |
| 2 | Shoes |
| 1 | Knit skull cap |

_____ End of List _____

Released by: Mattie Quarles
Print Name
Signature: [signature]

Received by: DAVID Johnson
Print Name
Signature: [signature]

# OFFICE OF THE MEDICAL EXAMINER DISTRICT EIGHT

www.District8ME.com
Alachua, Baker, Bradford, Dixie, Gilchrist, Levy & Union Counties

3217 SW 47th Avenue
Gainesville, FL 32608
Office 352-273-9292
Fax 352-273-9288

## BODY RELEASE AUTHORIZATION FAX TRANSMITTAL SHEET

| | |
|---|---|
| TO: Investigations | FROM: Memorial Chapel 904 397 0481 |
| COMPANY: Medical Examiner Office | DATE: 8/14/2025 Re: 8/20/2025 |
| FAX NUMBER: 352-273-9288 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: 352-273-9292 | memorialchapeljax@gmail.com |

Pursuant to permission documented in our files and granted by the next-of-kin

Alea LaTonceia Bates (name of next-of-kin)

[signature] (signature of next-of-kin)

Whose relationship is Offspring (spouse, offspring, parent, etc.).

The remains of Kayle Barrington Bates (deceased name) may be

Released to Memorial Chapel (funeral service provider),

Address 36 S. 6th St. City Macclenny, State FL

Phone number 904 397 0481 Fax number 904 397 0481

Furthermore, I certify that we are not aware of any other next-of-kin of higher priority trying to make arrangements with another funeral service provider at this time.

Barbara L. Smith [signature]
Funeral Service Provider (signature)

Barbara L. Smith
Printed Name

Outlook

## ME25-0562: Bates, Kayle

**From** ME District 8 <medistrict8@alachuacounty.us>
**Date** Thu 8/21/2025 5:54 PM
**To** Starlin, Karen <karen.starlin@fdc.myflorida.com>

2 attachments (270 KB)
ME25-0562 ROI.pdf; me25-0562 ER.pdf;

Good Afternoon,
Please see the attached reports for ME25-0562: Bates, Kayle
Toxicology is pending

Thank you,
Stephanie

**ME District 8**
ME District 8
Office of the Medical Examiner
3217 SW 47th Avenue • Gainesville • FL • 32608
352-384-3366 (office)

DISCOVER 200 1824–2024 | ALACHUA COUNTY BICENTENNIAL

COUNTY NEWS

PLEASE NOTE: Florida has a very broad public records law (F.S.119).
All e-mails to and from County Officials and County Staff are kept as public records. Your e-mail communications, including your e-mail address, may be disclosed to the public and media at any time.

Outlook

## ME25-0562: Bates, Kayle

**From** ME District 8 <medistrict8@alachuacounty.us>
**Date** Wed 8/27/2025 12:38 PM
**To** Starlin, Karen <karen.starlin@fdc.myflorida.com>

2 attachments (270 KB)
ME25-0562 ROI.pdf; me25-0562 ER.pdf;

Good Afternoon,
Please see the attached requested reports for ME25-0562: Bates, Kayle
The toxicology is pending

Thank you,
Stephanie

**ME District 8**
ME District 8
Office of the Medical Examiner
3217 SW 47th Avenue • Gainesville • FL • 32608
352-384-3366 (office)

DISCOVER 200 1824-2024 | ALACHUA COUNTY BICENTENNIAL

COUNTY NEWS

PLEASE NOTE: Florida has a very broad public records law (F.S.119).
All e-mails to and from County Officials and County Staff are kept as public records. Your e-mail communications, including your e-mail address, may be disclosed to the public and media at any time.

---

**From:** Alachua County <noreply@alachuacounty.us>
**Sent:** Wednesday, August 27, 2025 10:35 AM
**To:** ME District 8 <medistrict8@alachuacounty.us>
**Subject:** Autopsy Report Request

| | |
|---|---|
| **First Name:** | karen |
| **Last Name:** | STARLIN-COX |
| **Email:** | karen.starlin@fdc.myflorida.com |
| **Decedent First Name:** | KAYLE |
| **Decedent Last Name:** | BATES |

| | |
|---|---|
| **Date of Birth:** | 1958-02-19 |
| **Date of Death:** | 2025-08-19 |
| **Send Report:** | Yes |
| **Fax Number:** | |
| **Address Line 1:** | |
| **Address Line 2** | |
| **City:** | |
| **State:** | Florida |
| **Zip:** | |
| **Contact Number:** | 904-368-8699 |
| **Comments:** | The death sentence for Kayle Bates was carried out at Florida State Prison on 8/19/2025. This request is to finalize all necessary documents here at FSP and for the Governor's Office. Your assistance is greatly appreciated. Respectfully, Karen Starlin-Cox, on behalf of Warden David Allen |

*Office of the*
**FEDERAL PUBLIC DEFENDER**
*NORTHERN DISTRICT OF FLORIDA*

**JOSEPH F. DEBELDER**
Federal Public Defender

**Gainesville Office**
101 S.E. Second Place
Suite 112
Gainesville, FL 32601-6591
(352) 373-5823 Fax: 373-7644

**Reply to Tallahassee Office**
227 N. Bronough Street, Suite 4200
Tallahassee, FL 32301-1300
(850) 942-8818 Fax (850) 942-8809

**Pensacola Office**
3 W. Garden Street
Suite 200
Pensacola, FL 32502-5654
(850) 432-1418 Fax: 434-3855

---

August 13, 2025

Office of the Medical Examiner Florida –
District 8
3217 SW 47th Avenue
Gainesville, Florida 32608

Dear Medical Examiner:

I represent Kayle Barrington Bates, a Black Muslim male also known as Maud Dib Al Sharif Qu'un. Mr. Bates is currently scheduled to be executed on August 19, 2025, at 6:00 p.m. at Florida State Prison.

Mr. Bates has been a practicing Muslim for well-over three decades. His religion has played a significant role in his life and has contributed to his impeccable prison record. It is important to Mr. Bates that his religious beliefs concerning his death and burial be fulfilled. Thus, Mr. Bates respectfully requests that you honor his request to forego an autopsy.

My understanding is that Mr. Bates has made arrangements for a Muslim burial in accordance with his religious beliefs. I join Mr. Bates in requesting that you not conduct an autopsy of his body and enclose Mr. Bates' notarized affidavit along with James Abdur-Rahman's affidavit. Mr. Abdur-Rahman is Mr. Bates' spiritual advisor.

Thank you for considering this matter,

Linda McDermott
Chief, Capital Habeas Unit
(850) 322-2172 (cell)

STATE OF FLORIDA

COUNTY OF BRADFORD

Before me, the undersigned authority, this day personally appeared KAYLE BARRINGTON BATES, also known as MAUD DIB AL SHARIF QU'UN, who deposes and says:

1. For deeply held spiritual beliefs as a Muslim, it is my wish that my body not be violated by the performance of an autopsy at the time of my death. In following the teachings of Islam, it is my deeply held religious belief that my body should remain intact at the time of its final disposition.

2. I therefore request that there not be an autopsy performed on my body after my death.

Kayle B. Bates

aka Muab'Dib Al Sharif Qu'un

Sworn to and subscribed before me this 8 day of August, 2025, by

( )personally known

(✓)produced Department of Corrections identification.

Notary Public State of Florida
Shannon Tollick
My Commission
HH 271266
Exp. 6/4/2026

NOTARY PUBLIC

AFFIDAVIT OF SPIRITUAL ADVISOR

STATE OF FLORIDA

ss,

COUNTY OF Duval

I, James Abdur-Rahman having been duly sworn and hereby depose and say:

1. My name is James Abdur-Rahman. I am a Duval County resident in the State of Florida. I am a member of the Islamic Center of North East Florida acting as an outreach Coordinator.

2. I am the spiritual advisor to Maud Dib Al Sharif Qu'un, also known as **Kayle Barrington Bates**, whose deeply held religious beliefs mandated by the teachings of Islam require that there be no autopsy on his body after his death, that his whole body be returned to the earth in a manner and place in accordance with the teachings of Islam, Maud Dib Al Sharif Qu'un, aka **Kayle Barrington Bates**, requests that an autopsy not be performed on his body.

FURTHER AFFIANT SAITH NAUGHT

James Abdur Rahman

Sworn to and subscribed by me this 12th day of August, 2025, by James Abdur-Rahman (________) personally (✓) produced identification Florida Driver License.

Noelita Smith

Notary Public

My commission expires: 4/27/2026

NOELITA SMITH
Notary Public, State of Florida
Commission# HH 258194
My comm. expires April 27, 2026