# EXHIBIT

# 7

# REPORT OF INVESTIGATION

Medical Examiner District 8
3217 SW 47th Avenue
Gainesville Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

Deceased: **Windom, Curtis**

**ME25-0585**

| Race | Gender | DOB: MM | DD | YYYY | Age |
|---|---|---|---|---|---|
| Black | Male | 01 | 29 | 1966 | 59 years 6 months 30 days |

Address

## SCENE RESPONSE

| Scene Investigator | Arrival Date | Time | Scene Pathologist | Arrival Date | Time | ◯Yes ◯No Meds Collected |
|---|---|---|---|---|---|---|
| MV Occupant | | | Vehicle Type | | | |

## INFORMATION ABOUT OCCURRENCE

Reason for Assuming Jurisdiction

Initial Synopsis

Curtis Windom is a 59 year old black male inmate at Florida State Prison. The decedent was executed by lethal injection on 8/28 and pronounced by [redacted] at 1817 hours.

| | Date | Time | Location | County | Type of Premises | Other |
|---|---|---|---|---|---|---|
| Injury | 08/28/2025 | 18:00 | Florida State Prison | Bradford | Correctional Institution | |
| Onset | | | | | | |
| Last Seen Alive | | | Name & Title | | | |
| Date of Death | 08/28/2025 | 18:17 | Location | Florida State Prison, 23916 NW 83rd Ave, Raiford, FL 32026 | | |
| Pronounced or Found by | | | Name & Title | [redacted] | | |
| M.E.O. Notified | 08/28/2025 | 18:58 | Name & Title | [redacted] | | |
| County of Death | Bradford | Inside City Limits ◯Yes ◯No | On the Job ◯Yes ◯No | Billing Agency/County | | |

| Agency | Officer / Agent | Case Number |
|---|---|---|
| | | |

## NARRATIVE

On 8/28 at approximately 1858 hours, this office received a call from [redacted] He was reporting the death of Curtis Windom, a 59-year-old black male inmate at Florida State Prison. The decedent was executed by lethal injection on 8/28. The execution began at approximately 1800 hours, and the decedent was pronounced by [redacted] at 1817 hours.

NOK was notified of the MEO involvement by Florida State Prison

**OFFICE OF THE MEDICAL EXAMINER DISTRICT EIGHT**

www.district8me.com
Alachua, Baker, Bradford, Dixie, Gilchrist, Levy & Union Counties

3217 SW 47th Avenue
Gainesville, FL 32608
Office 352-384-3366
Fax 352-384-3365

# AUTOPSY REPORT

**NAME:** Curtis Windom
**AGE:** 59
**GENDER:** Male
**RACE:** Black
**CASE NUMBER:** 25-0585
**DATE OF DEATH:** 8/28/2025
**DATE OF EXAMINATION:** 8/29/2025

## AUTOPSY FINDINGS:

1. Pulmonary edema
2. No evidence of trauma
3. Intravascular catheters in the upper extremities

**CAUSE OF DEATH:** Multi-substance Toxicity

**MANNER OF DEATH:** Homicide

**HOW INJURY OCCURRED:** Judicial execution with etomidate, rocuronium, and potassium acetate.

Andrew Koopmeiners, M.D.
Associate Medical Examiner

Completed: 9/19/2025

The heart weighs 510 grams. The epicardial surface has a normal amount of adipose tissue. The heart is of the usual configuration. The circumferences of the valves are within normal range. The endocardium is tan. The valvular tissues are thin, pliable, and without vegetation or calcification. The mural and valvular endocardia have no vegetations or thrombi. The papillary muscles and projecting myocardial muscle bundles are of normal prominence. The chordae tendineae have no abnormalities. The coronary ostia are in their usual location and give rise to normally distributed arteries. The major coronary arteries are free of atherosclerosis. The cut surfaces of the red-brown myocardium have no hemorrhage, necrosis, or scars. The right and left ventricles are of normal thickness.

The pulmonary trunk and arteries have no thromboemboli. The intimal surface of the aorta is free of atherosclerosis. The aorta and its major branches arise normally and are widely patent. The inferior vena cava and tributaries have no antemortem clots.

**Respiratory System**

The lungs weigh 790 grams and 520 grams, right and left, respectively. The upper and lower airways are free of foreign material. The pleural surfaces are thin and free of exudates. The trachea and bronchi are lined by smooth tan epithelium. The cut surfaces of the lungs are variegated red-purple and have mild edema. The lung parenchyma is of the usual consistency. There is no bronchopneumonia, neoplasm, consolidation, fibrosis, or calcification.

**Reticuloendothelial System**

The spleen weighs 280 grams. The capsule is smooth and intact. The cut surfaces are dark red and firm. The lymphoid tissue in the spleen is within a normal range. The lymph nodes throughout the body are not enlarged.

**Liver and Biliary System**

The liver weighs 2220 grams. The liver edge is sharp. The capsule is intact. The cut surfaces are red-brown and of normal consistency. There are no focal lesions and no evidence of fatty change or cirrhosis. The gallbladder contains dark green bile. There are no stones. The mucosa is unremarkable. The large bile ducts are patent and non-dilated.

**Gastrointestinal System**

no abnormalities. There is no uncal or tonsillar herniation. The structures of the base of the brain, including cranial nerves and blood vessels, are intact and unremarkable. The cerebral arteries are free of atherosclerosis and patent. The cut surfaces of the brain have normal relations of grey and white matter. There are no intraparenchymal hemorrhages and no evidence of neoplasm. The cerebral ventricles are of normal size and are filled with clear cerebrospinal fluid. There are no fractures of the base of the skull. The dura mater is free of stains and discolorations.

- CONFIDENTIAL -

**University of Florida Pathology Laboratories**
Department of Pathology and Laboratory Medicine
1200 SW 34th Street
Gainesville, FL 32607
Phone: 352-627-2001 Fax: 352-265-9904

**Forensic Toxicology Laboratory**

Page: 1 of 1

LAB NUMBER: R25-01603
NAME: Windom, Curtis
CASE NO: 25-585
RECEIPT DATE: 08/29/2025

**SUBMITTER:** Dr. Andrew Koopmeiners, District 8 Medical Examiners Office, 3217 SW 47th Ave., Gainesville, FL 32608.

**SPECIMENS RECEIVED:**

A. Blood, heart
B. Urine
C. Vitreous Humor

| | Analyte | Qualitative Results | Quantitative Results |
|---|---|---|---|
| **VOLATILES** | | | |
| A. Blood | None Detected | | |
| B. Urine | None Detected | | |
| **COMPREHENSIVE DRUG SCREEN** | | | |
| A. Blood | Etomidate | Positive (tentative ID by GC-MS) | |
| B. Urine | Etomidate | Positive (tentative ID by GC-MS) | |
| **DRUG IDENTIFICATION/QUANTITATION** | | | |
| A. Blood | Etomidate | See Attached - 2 pages | |

**RESULT CERTIFICATION:**

Results Certified by:

[signature]

Chris W. Chronister, Ph.D., F-ABFT
Director of Toxicology

R2501603 - 01/ CC
PRINTED: 10/07/25

10/07/25 [ 0001, 1503 ]

NMS Labs
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

# Toxicology Report

**Report Issued** 10/06/2025 12:03

**To:** **60168**
University of Florida Pathology Laboratories
1200 SW 34th St.

Gainesville, FL 32607-4107

| | |
|---|---|
| **Patient Name** | WINDOM, CURTIS |
| **Patient ID** | R25-01603 |
| **Chain** | NMSCP479210 |
| **DOB** | Not Given |
| **Sex** | Male |
| **Workorder** | 25390227 |



## Positive Findings:

| **Analyte** | **Result** | **Units** | **Matrix Source** |
|---|---|---|---|
| **Etomidate** | **0.62** | **mcg/mL** | **001 - Heart Blood** |

See Detailed Findings section for additional information

## Testing Requested:

| **Test** | **Test Name** |
|---|---|
| 2063B | Etomidate, Blood |

## Specimens Received:

| **ID** | **Tube/Container** | **Volume/ Mass** | **Collection Date/Time** | **Matrix Source** | **Labeled As** |
|---|---|---|---|---|---|
| 001 | Gray Stopper Glass Tube | 6.5 mL | 08/29/2025 10:41 | Heart Blood | R25-01603 |

All sample volumes/weights are approximations.
Specimens received on 09/09/2025.

**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Etomidate | 0.62 | mcg/mL | 0.20 | 001 - Heart Blood | GC/MS |

**Examination of the specimen(s) submitted did not reveal any reportable findings by procedure(s) outlined in the accompanying Analysis Summary, other than those listed above. Interpretation of reported findings should be based on the totality of available case information. Reference information is not case-specific but is provided as a general guide.**

**Reference Comments:**

1. Etomidate (Amidate®) - Heart Blood:

   Etomidate is a non-barbiturate hypnotic without analgesic activity. It is especially used in patients with cardiovascular problems since it has few effects on this system. IV administration of etomidate produces rapid hypnosis, which lasts approximately 3 to 5 minutes.

   Reported plasma concentrations of etomidate necessary to induce anesthesia are approximately 2 mcg/mL. Hypnosis can then be maintained with plasma concentrations greater than or equal to 0.23 mcg/mL (230 ng/mL).

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

**Analysis Summary and Reporting Limits:**

The following test(s) were performed for this case; the scope of each test includes the analyte(s) listed along with the associated reporting limit(s). The reporting limit is the lowest concentration of the analyte that will be reported as positive. Only results that meet reporting criteria at or above the reporting limit appear in the Positive Findings section of the report.

Test 2063B - Etomidate, Blood: 001 - Heart Blood

-Analysis by Gas Chromatography/Mass Spectrometry (GC/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Etomidate | 0.20 mcg/mL | | |

ME25-0585 Windom, Curtis 59, B, M **DOB:** 1/29/1966 **DOD:** 8/28/2025

**PATHOLOGIST:** BODY EXAMINATION Prisoner: ☒ Infectious:




| Pathologist | Andrew S. Koopmeiners, MD | Date Body Viewed | | Time | |
|---|---|---|---|---|---|

# Office of the Medical Examiner District Eight

ME25-0585
Windom, Curtis
8/28/2025

www.district8me.com
Alachua, Baker, Bradford, Dixie,
Gilchrist, Levy & Union Counties

3217 SW 47th Avenue
Gainesville, FL 32608
Office 352-273-9292
Fax 352-273-9288

Physician: Koopmeiners
Date: 8/29/25 @ 1000
Case #: 25-0585
Name: Windom

Heart: 510
Spleen: 280
Age: 59
R. Lung: 790
R. Kidney: 180
Sex: M
L. Lung: 520
L. Kidney: 210
Ht.: 69
Liver: 2220
Brain: 1210
Wt.: 256










Urine: 90
Stones: —

Dominant: RT / LT
LAD: 0 CFX: 6 RCA: 0
LV:____ RV:____ IVS:____
TV:____ RV:____ MV:____ AV:____







Bile: +
Stones: —

Stomach Contents: 500 yellow/brown
Appendix: (+) NI
Stool:________
Tics:________
Fat:________

**Investigator:** Rachel Hildreth

## INFORMATION ABOUT DECEDENT

**Prisoner:** [X] **Infectious:**

| Gender | Race | Race Other | DOB mm / dd / yyyy | | | Actual Age |
|---|---|---|---|---|---|---|
| Male | Black | | 01 | 29 | 1966 | |

## SCENE RESPONSE

| Scene Investigator | Scene Arrival Date | Time | Scene Pathologist | Arrival Date | Time | Meds Collected: |
|---|---|---|---|---|---|---|
| | | | | | | O Yes O No |

MV Occupant

Vehicle Type

## INFORMATION ABOUT OCCURRENCE

- ☐ Accident
- ☐ Disaster
- ☐ Homicide
- ☐ Local Police Custody
- ☐ Poison
- ☐ Public Health
- ☐ SAO Request
- ☐ State Police Custody
- ☐ Sudden/Unexpected
- ☐ Suicide
- ☐ Surgical or Anesthesia
- ☐ Suspicious
- ☐ Trauma
- ☐ Unattended Natural

Reason for Assuming Jurisdiction

Curtis Windom is a 59 year old black male inmate at Florida State Prison. The decedent was executed by lethal injection on 8/28 and pronounced by [redacted] at 1817 hours.

Initial Synopsis

| ITEM | DATE | TIME | LOCATION | COUNTY | TYPE OF PREMISES | IF OTHER |
|---|---|---|---|---|---|---|
| Injury or Onset | 08/28/2025 | 18:00 | Florida State Prison | Bradford | Correctional Institution | |
| Last Seen Alive | | | | | | |
| Date of Death | 08/28/2025 | 18:17 | Florida State Prison, 23916 NW 83rd Ave, Raiford, FL 32026 | | | |
| Pronounced or Found By | | | [redacted] | | | |
| M.E. Notified | 08/28/2025 | 18:58 | [redacted] | | | |

| County of Death | In City Limits | On the Job | Billing Agency |
|---|---|---|---|
| Bradford | O Yes O No | O Yes O No | |

| | Agency | Agency Representative | Agency Case# |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

ME25-0585 Windom, Curtis 59, B, M **DOB:** 1/29/1966 **DOD:** 8/28/2025

**Technician:** Personal Effects **Prisoner:** [X] **Infectious:**

PE's Collected: (X) Yes ( ) No | Blood Drawn ( ) Yes ( ) No | Why Not:

**Actual Fluids Drawn:**

6 (2 TT, 3 GT, 1 RT) 69"
256lbs

(●) Autopsy ( ) External ( ) Investigation **Tox Hold:** [ ]

- [ ] Bile
- [ ] Consult Brain
- [ ] Consult Eye
- [ ] Consult Heart
- [ ] Cultures Submitted
- [ ] DNA Card
- [ ] Donor EyeBank
- [ ] Donor EyeBank Other
- [ ] Donor Organs
- [ ] Donor Tissues
- [ ] Donor Tissues Other
- [X] Fingerprints
- [ ] Fixed Brain
- [ ] Fixed Heart
- [ ] Gastric Contents
- [ ] Histo Submitted
- [ ] Rape Kit
- [ ] Tox Run
- [ ] X-Ray

**A. Personal Effects / Jewelry / Other**

| Quantity | Description | Quantity | Description |
|---|---|---|---|
| 6 | socks | | |
| 1 | underwear | | |
| 1 | pants | | |
| 1 | shirt | | |

**B. Money Collected** ( ) Yes (X) N

**Bills**

$100 ........ $50 ........ $20 ........ $10 ........ $5 ........ $2 ........ $1 ........ Total $ ........

**Coins** $1.00 ........ .50 ........ .25 ........ .10 ........ .05 ........ .01 ........ Total $ ........

**Grand Total $** ........

Personal Effects Inventory: The listed personal effects were recorded in my presence and were witnessed by:

Collector: MG Witness: PV Date: Time:

# Medical Examiner District 8
## Processing Worksheets

**Case Number: ME25-0585** **Windom, Curtis** **59, B, M**

**DOB:** 1/29/1966 **DOD:** 8/28/2025 **Location:** Florida State Prison

**Initial synopsis:** Curtis Windom is a 59 year old black male inmate at Florida State Prison. The decedent was executed by lethal injection on 8/28 and pronounced by [redacted] at 1817 hours.

**Pathologist** DESCRIPTION OF THE BODY **Prisoner:** [X] **Infectious:**

| | | | | | |
|---|---|---|---|---|---|
| Height | Weight | Temp | Blood ○ Yes ○ No | ☐ Ears ☐ Mouth | |
| Hair Head | | Hair Face | | ☐ Nose ☐ Clothing | |
| Rigor: Neck | Arms | Legs | Eye Color | Pl Left | Pl Right |
| Froth | Livor | Decomp | Clothed? | | |
| *Present, Absent* | *Anterior, Posterior, Lateral* | *None, Early, Advanced, Skeletal* | *Fully Clothed, Partly Clothed, Unclothed* | | |

Probable COD

Due to:

Due to:

Part II

How Injury Occurred:

**Manner of Death:**

○Natural ○Acc Drug Intoxication ○Acc All Other ○Homicide ○Pending
○Acc MVA ○Acc Fall ○Suicide ○Undetermined ○Fetal Death

**Pathologists Processing Comments:**

I hereby certify that after receiving notice of the death described herein, I took charge of the body and made inquiries regarding the cause of death in accordance with Chapter 406, Florida Statutes and the information contained herein regarding such death is true and correct to the best of my knowledge and belief.

**Pathologist** **Andrew S. Koopmeiners, MD** Date Body Viewed ____________ Time ____________

# Toxicology Laboratory Request Form

**College of Medicine**
Department of Pathology, Immunology and Laboratory Medicine
UF Health Pathology Laboratories
Forensic Toxicology Laboratory

4800 S.W. 35th Drive
Gainesville, FL 32608
Tel: (352) 265-0680 ext.72001
Fax: (352) 265-9904

Medical Examiner District 8
3217 SW 47th Avenue, Gainesville, FL 32608

**Phone: 352-273-9292**
**Fax 352-273-9288**

**County of Death:** Bradford ☐ Routine ☒ Pending Tox ☐ Traffic **Decomp ?** ☐ Yes ☒ No

**CaseNumber: ME25-0585** **Windom, Curtis 59, B, M** **If Yes:** ☐ Mild ☐ Moderate ☐ Advanced

**Initial Synopsis:**

Curtis Windom is a 59 year old black male inmate at Florida State Prison. The decedent was executed by lethal injection on 8/28 and pronounced by Dr. [illegible] at 1817 hours

**Autopsy Findings:**

**Drugs Suspected:** Etomidate, Rocuronium, Potassium Acetate

**Specimens Submitted:**

- ☒ Blood Source 1. Heart
- ☐ Blood Source 2. ____
- ☐ Blood Source 3. ____
- ☐ Blood Source 4. ____
- ☐ Serum (post-mortem)
- ☒ Urine
- ☐ Bile
- ☒ Vitreous Humor
- ☐ Stomach Contents
- ☐ Other: ____

**Analyses Requested:**

- ☐ PRIORITY CASE
- ☒ Comprehensive Toxicology (includes volatiles)
- ☒ Drug Quantitation: Etomidate
- ☐ Carboxyhemoglobin ☐ Cyanide
- ☐ Other: ____
- ☐ Volatiles Only
- ☐ Vitreous Chemistries
- ☐ Hepatitis B
- ☐ Hepatitis C
- ☐ HIV

***SUBMITTER USE ONLY***

**To be completed by an authorized representative of the Medical Examiners Office:**

**I verify that the specimens were obtained, labeled, sealed and placed into a tamperproof bag with the original chain of custody form and closed with a tamperproof evidence seal.**

Andrew Koopmans
**Print Name**

[signature]
**Signature:**

**Date:** 8-29-25 **Time:** 10:41 ☒AM ☐PM

***LABORATORY USE ONLY***

LAB ACCESSION # ____

**Specimens received with seals intact from:** Pedro V[illegible]

**By:** [signature]

**Date:** 8-29-25 **Time:** 3 ☐AM ☒PM

**Received From:** ____

**By:** ____

**Date:** ____ **Time:** ____ ☐AM ☐PM

**Received From:** ____

**By:** ____

**Date:** ____ **Time:** ____ ☐AM ☐PM

Medical Examiner District 8
3217 SW 47th Avenue
Gainesville Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

**ME25-0585** **Body Release**

## MEDICAL EXAMINER STAFF / REPRESENTATIVE

I hereby authorize the release of the body of:

Decedent:

**Windom, Curtis**

Date of Birth: 1/29/1966
Date of Death: 8/28/2025
Time of Death : 18:17

Per: emailed
Type of Release

Signature: 386-496-2008
ME Staff

Funeral Home Selected by NOK: Archer-Milton FH

Phone:

## TRANSPORT DRIVER OR OTHER PERSONS ASSUMING CUSTODY OF BODY

Bryan McElroy
Funeral Home Representative (Print Name)

Signature

NAME OF TRANSPORT COMPANY
*(If different from receiving Funeral Home listed above)*

Transport Company

City

Person Accepting Custody (Print Name)

Signature

ID Checked: ☒ Yes ☐ No

Personal Effects to Release: ☒ Yes ☐ No

Date/Time Body Released : 9/2/25 1445

Alyssa Elliott
Body Released By ( Medical Examiner Staff or Representative )

Signature

Date Printed: 8/29/2025, 8:11:06 AM

Medical Examiner District 8
3217 SW 47th Avenue, Gainesville,Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

**Personal Effects Release**

**Concerning: ME-case: ME25-0585** Name: **Windom, Curtis**

Personal Effects released to Family / Funeral Home / Agency:

| | |
|---|---|
| 6 | Socks |
| 1 | Underwear |
| 1 | Pants |
| 1 | Shirt |

_____ End of List _____

Released by: Alyssa Huot
Print Name

Signature: [signature]

Received by: Bryan McElroy
Print Name

Signature: [signature]

# OFFICE OF THE MEDICAL EXAMINER DISTRICT EIGHT

Alachua, Baker, Bradford, Dixie, Gilchrist, Levy & Union Counties
www.district8me.com

3217 SW 47th Avenue
Gainesville, FL 32608
Office 352-384-3366
Fax 352-384-3365

## Body Release Authorization

**To: District 8 Medical Examiner**
**Fax 352-384-3365**
**Phone 352-384-3366**

**Date:** 9/2/25

Pursuant to permission documented in our files and granted by the next-of-kin:

Name of next-of-kin Jim McClellon

Signature of next of kin INMATE

Whose relationship is Warden (spouse, child, parent, etc)

The remains of Curtis Windom (name of deceased)

May be released to Archer-Milton Funeral Home (funeral service provider)

Whose address is 55 N. Lake Ave., Lake Butler, FL 32054

Phone (386) 496-2008 Fax (386) 496-1956

Furthermore, I certify that we are not aware of any other next-of-kin of higher priority trying to make arrangements with another funeral service provider at this time.

AnnaDayle Milton
Printed Name

[signature]
Funeral Service Provider (signature)

Outlook

## Scanned from a Xerox Multifunction Printer

**From** chronist@pathology.ufl.edu <chronist@pathology.ufl.edu>
**Date** Tue 10/7/2025 4:21 PM
**To** chronist@pathology.ufl.edu <chronist@pathology.ufl.edu>; ME District 8 <medistrict8@alachuacounty.us>

1 attachment (148 KB)
251007_16_17_50.pdf;

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: machine location not set
Multifunction Printer Name: Xerox AltaLink B8155 (A0:8F:6A)

Outlook

## ME25-0585: Windom, Curtis

**From** ME District 8 <medistrict8@alachuacounty.us>
**Date** Fri 10/24/2025 2:46 PM
**To** Starlin, Karen <karen.starlin@fdc.myflorida.com>

3 attachments (429 KB)
ME25-0585 TOX.pdf; 25-0585 Windom.pdf; ME25-0585 ROI.pdf;

Good Afternoon,
Please see the attached reports!

Thank you,
Stephanie

**ME District 8**
ME District 8
Office of the Medical Examiner
3217 SW 47th Avenue • Gainesville • FL • 32608
352-384-3366 (office)

DISCOVER 200 1824-2024 ALACHUA COUNTY BICENTENNIAL

COUNTY NEWS

PLEASE NOTE: Florida has a very broad public records law (F.S.119).
All e-mails to and from County Officials and County Staff are kept as public records. Your e-mail communications, including your e-mail address, may be disclosed to the public and media at any time
.

**From:** Alachua County <noreply@alachuacounty.us>
**Sent:** Wednesday, September 10, 2025 2:12 PM
**To:** ME District 8 <medistrict8@alachuacounty.us>
**Subject:** Autopsy Report Request

| | |
|---|---|
| **First Name:** | karen |
| **Last Name:** | STARLIN-COX |
| **Email:** | karen.starlin@fdc.myflorida.com |
| **Decedent First Name:** | CURTIS |
| **Decedent Last Name:** | WINDOM |

| | |
|---|---|
| **Date of Birth:** | 1966-01-29 |
| **Date of Death:** | 2025-08-28 |
| **Send Report:** | Yes |
| **Fax Number:** | |
| **Address Line 1:** | |
| **Address Line 2** | |
| **City:** | |
| **State:** | Florida |
| **Zip:** | |
| **Contact Number:** | 904-368-8699 |
| **Comments:** | The death sentence for Curtis Windom was carried out at Florida State Prison on 8/28/2025. This request is to finalize all necessary documents here at FSP and for the Governor's office. Your assistance is greatly appreciated. Respectfully, Karen Starlin-Cox, on behalf of Warden David Allen |