# EXHIBIT 8

# REPORT OF INVESTIGATION

Medical Examiner District 8
3217 SW 47th Avenue
Gainesville Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

Deceased: **Pittman, David Joseph** **ME25-0627**

| Race | Gender | DOB: MM | DD | YYYY | Age |
|---|---|---|---|---|---|
| White | Male | 10 | 21 | 1961 | 63 years 10 months 27 days |

Address

## SCENE RESPONSE

| Scene Investigator | Arrival Date | Time | Scene Pathologist | Arrival Date | Time | ◯Yes ◯No Meds Collected |
|---|---|---|---|---|---|---|
| MV Occupant | | | Vehicle Type | | | |

## INFORMATION ABOUT OCCURRENCE

Reason for Assuming Jurisdiction

Initial Synopsis

David Joseph Pittman is a 63 year old white male inmate at Florida State Prison. The decedent was executed by lethal injection on 9/17 and pronounced by [redacted] at 1812 hours.

| | Date | Time | Location | County | Type of Premises | Other |
|---|---|---|---|---|---|---|
| Injury | 09/17/2025 | 18:00 | Florida State Prison | Bradford | Correctional Institution | |
| Onset | | | | | | |
| Last Seen Alive | | | Name & Title | | | |
| Date of Death | 09/17/2025 | 18:12 | Location | Florida State Prison, 23916 NW 83rd Ave, Raiford, FL 32026 | | |
| Pronounced or Found by | | | Name & Title | [redacted] | | |
| M.E.O. Notified | 09/17/2025 | 19:15 | Name & Title | [redacted] | | |
| County of Death | | Inside City Limits ◯Yes ◯No | On the Job ◯Yes ◯No | Billing Agency/County | | |

| Agency | Officer / Agent | Case Number |
|---|---|---|
| | | |

## NARRATIVE

On 9/17 at approximately 1915 hours, this office received a call from [redacted] He was reporting the death of David Joseph Pittman, a 63-year-old white male inmate at Florida State Prison. The decedent was executed by lethal injection on 9/17/25. The execution began at approximately 1800 hours, and the decedent was pronounced by [redacted] at 1812 hours.

NOK was notified of the MEO involvement by Florida State Prison.

This Report of Investigation is subject to revision and / or amendment if additional information is obtained.

# OFFICE OF THE MEDICAL EXAMINER DISTRICT EIGHT

Alachua, Baker, Bradford, Dixie, Gilchrist, Levy & Union Counties
www.district8me.com

3217 SW 47th Avenue
Gainesville, FL 32608
Office 352-384-3366
Fax 352-384-3365


## AUTOPSY REPORT

NAME: PITTMAN, DAVID JOSEPH
AGE: 63
RACE: W
GENDER: M
CASE NUMBER: ME25-0627
DATE OF DEATH: 09/17/2025
DATE OF AUTOPSY: 09/19/2025 1146 hours.

## AUTOPSY FINDINGS:

1. Cardiomegaly (800 g)
2. Remote myocardial infarction
3. Moderate to severe coronary atherosclerosis
4. Pulmonary congestion and edema
5. Peripheral edema
6. Enlarged prostate
7. Intravenous catheters in upper extremities

Cause of Death: Multi-substance Toxicity

Manner of Death: Homicide

How injury occurred: Judicial execution with etomidate, rocuronium, and potassium acetate

Jon R. Thogmartin, M.D.
Interim District Medical Examiner
Date: 09/19/2025

**EXTERNAL EXAMINATION:** the body is that of a 75 inch, 246 pound, man who appears the recorded age of 63 years. The body is clad in black socks white underpants black pants and a white shirt. The skin is light tan. The scalp is covered in short gray hair. A gray beard and mustache are on the face. EKG pads are on the body. Intravascular lines are in each antecubital fossa. Striae are on the hips and lower abdomen. The neck, chest, and abdomen have no trauma. The lower extremities have moderate edema. The eyes are blue hazel without petechiae. The mouth has natural dentition. The anterior buccal mucosa has no trauma. In the left orbital area are several xanthelasma. A few punctate crusts are on the right side of the nose. A faint tattoo is on the upper portion of the right arm. Several faint tattoos are on the upper portion of the left arm. A small tattoo is on the left upper back. A plastic strip is on the upper portion of the right arm. On the medial surface of the left elbow is a somewhat obliquely oriented curvilinear 8 cm scar. A vertically oriented 6 x 2 mm crust is on the upper portion of the right knee. A few minute hypopigmented scars are on the shins. Multiple punctate crusts and minute abrasions are on the on the calves. A punctate crust is on the anterior surface of the left ankle. A few punctate crusts are on the left shin. On the lateral surface of the lower right calf is and linear 2 cm scar. The skin of the back has blanching lividity. The skin of the penis and scrotum is somewhat dried. The penis is circumcised and otherwise unremarkable.

**INTERNAL EXAMINATION:** the muscles of the chest and abdominal walls are not remarkable. The sternum is atraumatic. The ribs are intact. The left pleural cavity is smooth without adhesions. A few focal adhesions are noted along the posterior portion of the right pleural cavity. The pericardial sac is smooth without adhesions. The diaphragm is intact. No ascites is noted.

**GASTROINTESTINAL SYSTEM:** the stomach is normally located. Adhesions are noted of the omentum to the spleen. The stomach is normally located and is pink, tan without perforations. The stomach contains 20 mL of brown, red liquid. The large and small bowels are somewhat distended by gas. The cecum is distended by a large amount of gas. The bowels are tan to pink, green without perforations. The omentum is fatty. The mesentery is fatty. The omentum has adhesions to the left side of the peritoneal cavity. The stomach has intact purple, gray mucosa with slight congestion. No ulcerations are detected.

**ENDOCRINE SYSTEM:** the pancreas is tan, lobular, and not remarkable. No pancreatitis or tumors are noted. The left adrenal gland is yellow and not remarkable. The right adrenal gland is yellow brown and not remarkable.

**HEMOLYMPHATIC SYSTEM:** the bone marrow of the ribs is not remarkable. No enlarged lymph nodes are detected. The spleen is 390 g and has an intact capsule. The spleen has dark red congested mildly fibrotic parenchyma without tumors, cysts, or infarcts.

**MUSCULOSKELETAL SYSTEM:** the muscles are normally developed without obvious degeneration or atrophy. The thoracic spinal column is atraumatic. No scoliosis is noted.

**NECK:** the soft tissue of the anterior neck has no hemorrhage or trauma. The larynx is intact. The hyoid bone is intact. There are prominent osteophytes along the anterior portion of the cervical spine. No objects obstruct the throat. The thyroid cartilage is intact. The proximal

esophagus has light tan, pink unremarkable mucosa. The larynx has intact light tan, pink unremarkable mucosa. The thyroid gland is somewhat enlarged tan, pink, purple. No tumors are noted.

**CENTRAL NERVOUS SYSTEM:** the brain is 1410 g and is normally developed sulci and gyri and thin delicate leptomeninges. The arteries at the base of the brain have no aneurysms. The basilar artery shows mild to moderate atherosclerosis without occlusion. The sulci and gyri have no contusions. The pineal gland is not remarkable. The cerebral spinal fluid is clear and colorless. No subdural or subarachnoid hemorrhages are noted. No abnormalities are noted in the cortical gray or white matter, midbrain, cerebellum, pons, or medulla.

**GENITOURINARY SYSTEM:** the right and left kidneys are 250 and 330 g respectively. The right kidney shows an inferior accessory renal artery. The left kidney has a 1.2 cm diameter cyst on its posterior surface. The cyst is filled with clear serous fluid. The collecting systems have no visible stones. No tumors are noted. The external surfaces of the kidneys are dark purple brown and granular. The testicles are palpable in the scrotal sac. The scrotal sac is somewhat edematous. The prostate gland is enlarged tan and nodular. The urinary bladder is distended by 900 mL of clear yellow urine.

**HEPATOBILIARY SYSTEM:** the liver is 2140 g and has an intact transparent capsule. No hepatic trauma is noted. The brown, purple parenchyma has no fibrosis, tumors, cysts, or infarcts. The gallbladder has 5 mL of green bile without stones.

**RESPIRATORY SYSTEM:** the right and left lungs are 890 and 690 g respectively. The outer surfaces are pink purple and smooth. The lungs have congestion with foamy fluid exuding from all lung lobes. No tumors are noted. No cysts are noted. There is a background of mild interstitial anthracosis. The hilar lymph nodes are mildly anthracotic. No pulmonary emboli are noted.

**CARDIOVASCULAR SYSTEM:** the heart is 800 g and has a markedly globular shape. The heart has an abundant amount of fat on its external surface. The lateral anterior and posterior portion of the left ventricular free wall shows scattered areas of scarring. This extends from the apex of the heart to the base of the heart. The coronary ostia are in their usual locations. No ventricular aneurysm or appreciable thinning of the left ventricular free wall is noted. The right coronary artery appears to supply the posterior portion of the interventricular septum and has minimal atherosclerosis in its proximal portion. The posterior descending coronary artery shows no atherosclerosis. The left anterior descending coronary artery and its branches have severe occlusive atherosclerosis with approximately 50 to 90% calcified stenosis. The circumflex coronary artery shows severe atherosclerosis at a location approximately 1 cm from its origin with approximately 99-100% stenosis of its lumen. The left common coronary artery has severe atherosclerosis with approximately 90 to 95% stenosis with atherosclerotic plaque. The cardiac valves have no vegetations. The interventricular septum is intact. The descending aorta and aortic arch show moderate to severe somewhat ulcerative atherosclerosis. No aneurysms are noted. Examination of the antecubital fossae shows IV catheter is installed into the cephalic/antecubital veins. No infiltration or hemorrhage is noted in the soft tissue of the antecubital fossae.

**- CONFIDENTIAL -**

**University of Florida Pathology Laboratories**
Department of Pathology and Laboratory Medicine
1200 SW 34th Street
Gainesville, FL 32607
Phone: 352-627-2001 Fax: 352-265-9904

**Forensic Toxicology Laboratory**

Page: 1 of 1

LAB NUMBER: R25-01737
NAME: Pittman, David
CASE NO: 25-627
RECEIPT DATE: 09/19/2025

**SUBMITTER:** Dr. Jon Thogmartin, District 8 Medical Examiners Office, 3217 SW 47th Ave., Gainesville, FL 32608.

**SPECIMENS RECEIVED:**

A. Blood, heart
B. Urine
C. Vitreous Humor

| | Analyte | Qualitative Results | Quantitative Results |
|---|---|---|---|
| **VOLATILES** | | | |
| A. Blood | None Detected | | |
| B. Urine | None Detected | | |
| **COMPREHENSIVE DRUG SCREEN** | | | |
| A. Blood | Etomidate | Positive (tentative ID by GC-MS) | |
| | Hydroxyzine | Positive (trace) | |
| B. Urine | Etomidate | Positive (tentative ID by GC-MS) | |
| **DRUG IDENTIFICATION/QUANTITATION** | | | |
| A. Blood | Etomidate | See Attached - 2 pages | |

**RESULT CERTIFICATION:**

Results Certified by: [signature]

Chris W. Chronister, Ph.D., F-ABFT
Director of Toxicology

R2501737 - 01/ CC 10/20/25 [ 0001, 1503 ]
PRINTED: 10/20/25

NMS Labs
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued** 10/15/2025 13:00

**To:** **60168**
University of Florida Pathology Laboratories
1200 SW 34th St.
Gainesville, FL 32607-4107

| | |
|---|---|
| **Patient Name** | PITTMAN, DAVID |
| **Patient ID** | R25-01737 |
| **Chain** | NMSCP485056 |
| **DOB** | Not Given |
| **Sex** | Male |
| **Workorder** | 25429459 |

**Positive Findings:**

| Analyte | Result | Units | Matrix Source |
|---|---|---|---|
| Etomidate | 0.37 | mcg/mL | 001 - Heart Blood |

See Detailed Findings section for additional information

**Testing Requested:**

| Test | Test Name |
|---|---|
| 2063B | Etomidate, Blood |

**Specimens Received:**

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Red Stopper Glass Tube | 8 mL | 09/19/2025 | Heart Blood | R25-01737 |

All sample volumes/weights are approximations.
Specimens received on 10/03/2025.

**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Etomidate | 0.37 | mcg/mL | 0.040 | 001 - Heart Blood | GC/MS |

**Examination of the specimen(s) submitted did not reveal any reportable findings by procedure(s) outlined in the accompanying Analysis Summary, other than those listed above. Interpretation of reported findings should be based on the totality of available case information. Reference information is not case-specific but is provided as a general guide.**

**Reference Comments:**

1. Etomidate (Amidate®) - Heart Blood:

   Etomidate is a non-barbiturate hypnotic without analgesic activity. It is especially used in patients with cardiovascular problems since it has few effects on this system. IV administration of etomidate produces rapid hypnosis, which lasts approximately 3 to 5 minutes.

   Reported plasma concentrations of etomidate necessary to induce anesthesia are approximately 2 mcg/mL. Hypnosis can then be maintained with plasma concentrations greater than or equal to 0.23 mcg/mL (230 ng/mL).

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

**Analysis Summary and Reporting Limits:**

The following test(s) were performed for this case; the scope of each test includes the analyte(s) listed along with the associated reporting limit(s). The reporting limit is the lowest concentration of the analyte that will be reported as positive. Only results that meet reporting criteria at or above the reporting limit appear in the Positive Findings section of the report.

Test 2063B - Etomidate, Blood: 001 - Heart Blood

-Analysis by Gas Chromatography/Mass Spectrometry (GC/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Etomidate | 0.040 mcg/mL | | |

***End of Report***

ME25-0627 Pittman, David Joseph 63, W, M **DOB:** 10/21/1961 **DOD:** 9/17/2025

**PATHOLOGIST:** BODY EXAMINATION Prisoner: [X] Infectious:




| Pathologist | Jon R. Thogmartin, MD | Date Body Viewed | 9/19/25 | Time | 1146 |
|---|---|---|---|---|---|

ME25-0627 **Pittman, David Joseph** **63, W, M** **DOB:** 10/21/1961 **DOD:** 9/17/2025

**Investigator:** Rachel Hildreth

## INFORMATION ABOUT DECEDENT

**Prisoner:** [X] **Infectious:**

| Gender | Race | Race Other | DOB mm / dd / yyyy | | | Actual Age |
|---|---|---|---|---|---|---|
| Male | White | | 10 | 21 | 1961 | |

## SCENE RESPONSE

| Scene Investigator | Scene Arrival Date | Time | Scene Pathologist | Arrival Date | Time | Meds Collected: |
|---|---|---|---|---|---|---|
| | | | | | | ○ Yes ○ No |

MV Occupant

Vehicle Type

## INFORMATION ABOUT OCCURRENCE

- ☐ Accident
- ☐ Disaster
- ☐ Homicide
- ☐ Local Police Custody
- ☐ Poison
- ☐ Public Health
- ☐ SAO Request
- ☐ State Police Custody
- ☐ Sudden/Unexpected
- ☐ Suicide
- ☐ Surgical or Anesthesia
- ☐ Suspicious
- ☐ Trauma
- ☐ Unattended Natural

Reason for Assuming Jurisdiction

David Joseph Pittman is a 63 year old white male inmate at Florida State Prison. The decedent was executed by lethal injection on 9/17 and pronounced by [redacted] at 1812 hours.

Initial Synopsis

| ITEM | DATE | TIME | LOCATION | COUNTY | TYPE OF PREMISES | IF OTHER |
|---|---|---|---|---|---|---|
| Injury or Onset | 09/17/2025 | 18:00 | Florida State Prison | Bradford | Correctional Institution | |
| Last Seen Alive | | | | | | |
| Date of Death | 09/17/2025 | 18:12 | Florida State Prison, 23916 NW 83rd Ave, Raiford, FL 32026 | | | |
| Pronounced or Found By | | | [redacted] | | | |
| M.E. Notified | 09/17/2025 | 19:15 | [redacted] | | | |

| County of Death | In City Limits | On the Job | Billing Agency |
|---|---|---|---|
| | ○ Yes ○ No | ○ Yes ○ No | |

| | Agency | Agency Representative | Agency Case# |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

# Medical Examiner District 8 Processing Worksheets

**Case Number: ME25-0627** **Pittman, David Joseph** **63, W, M**

**DOB:** 10/21/1961 **DOD:** 9/17/2025 **Location:** Florida State Prison

**Initial synopsis:** David Joseph Pittman is a 63 year old white male inmate at Florida State Prison. The decedent was executed by lethal injection on 9/17 and pronounced by [redacted] at 1812 hours.

**Pathologist** DESCRIPTION OF THE BODY **Prisoner:** ☒ **Infectious:**

| | | | | | |
|---|---|---|---|---|---|
| Height | Weight | Temp | Blood ○ Yes ○ No | ☐ Ears ☐ Mouth | |
| Hair Head | | Hair Face | | ☐ Nose ☐ Clothing | |
| Rigor: Neck | Arms | Legs | Eye Color | Pl Left | Pl Right |
| Froth | Livor | Decomp | Clothed? | | |

*Present, Absent* *Anterior, Posterior, Lateral* *None, Early, Advanced, Skeletal* *Fully Clothed, Partly Clothed, Unclothed*

Probable COD

Due to:

Due to:

Part II

How Injury Occurred:

**Manner of Death:**

○Natural ○Acc Drug Intoxication ○Acc All Other ○Homicide ○Pending
○Acc MVA ○Acc Fall ○Suicide ○Undetermined ○Fetal Death

**Pathologists Processing Comments:**

I hereby certify that after receiving notice of the death described herein, I took charge of the body and made inquiries regarding the cause of death in accordance with Chapter 406, Florida Statutes and the information contained herein regarding such death is true and correct to the best of my knowledge and belief.

**Pathologist** **Jon R. Thogmartin, MD** Date Body Viewed ______ Time ______

ME25-0627 Pittman, David Joseph 63, W, M **DOB:** 10/21/1961 **DOD:** 9/17/2025

**Technician:** Personal Effects **Prisoner:** ☒ **Infectious:**

PE's Collected: ○Yes ○No | Blood Drawn ○Yes ○No | Why Not:

**Actual Fluids Drawn:**

75"
246 lbs

◉ Autopsy ○ External ○ Investigation **Tox Hold:** ○

| | | | | |
|---|---|---|---|---|
| ☐Bile | ☐Cultures Submitted | ☐Donor Organs | ☐Fixed Brain | ☐Rape Kit |
| ☐Consult Brain | ☐DNA Card | ☐Donor Tissues | ☐Fixed Heart | ☐Tox Run |
| ☐Consult Eye | ☐Donor EyeBank | ☐Donor Tissues Other | ☐Gastric Contents | ☐X-Ray |
| ☐Consult Heart | ☐Donor EyeBank Other | ☒Fingerprints | ☐Histo Submitted | |

**A. Personal Effects / Jewelry / Other**

| Quantity | Description | Quantity | Description |
|---|---|---|---|
| 2 | socks | | |
| 1 | pants | | |
| 1 | underwear | | |
| 1 | button-down | | |

**ME25-0627**
**Pittman, David Joseph**
**09/17/2025**

**B. Money Collected** ○ Yes ○ N

**Bills**

$100 ........ $50 ........ $20 ........ $10 ........ $5 ........ $2 ........ $1 ........ Total $ ........

**Coins** $1.00 ........ .50 ........ .25 ........ .10 ........ .05 ........ .01 ........ Total $ ........

**Grand Total $** ........

Personal Effects Inventory: The listed personal effects were recorded in my presence and were witnessed by:

Collector: AH Witness: MQ Date: Time:

# Toxicology Laboratory Request Form

**College of Medicine**
Department of Pathology, Immunology and Laboratory Medicine
UF Health Pathology Laboratories
Forensic Toxicology Laboratory

4800 S.W. 35th Drive
Gainesville, FL 32608
Tel: (352) 265-0680 ext.72001
Fax: (352) 265-9904

Medical Examiner District 8
3217 SW 47th Avenue, Gainesville, FL 32608
**Phone: 352-273-9292**
**Fax 352-273-9288**

**County of Death:** ☐ Routine ☒ Pending Tox ☐ Traffic **Decomp ?** ☐ Yes ☒ No

**CaseNumber: ME25-0627** **Pittman, David Joseph 63, W, M** **If Yes:** ☐ Mild ☐ Moderate ☐ Advanced

**Initial Synopsis:**

David Joseph Pittman is a 63 year old white male inmate at Florida State Prison. The decedent was [illegible] [redacted] [illegible]

**Autopsy Findings:**

**Drugs Suspected:** Etomidate, Rocuronium bromide, Potassium acetate

**Specimens Submitted:**

- ☒ Blood Source 1. heart
- ☐ Blood Source 2.
- ☐ Blood Source 3.
- ☐ Blood Source 4.
- ☐ Serum (post-mortem)
- ☒ Urine
- ☐ Bile
- ☒ Vitreous Humor
- ☐ Stomach Contents
- ☐ Other:

**Analyses Requested:**

- ☐ PRIORITY CASE
- ☒ Comprehensive Toxicology (includes volatiles)
- ☒ Drug Quantitation: Etomidate
- ☐ Carboxyhemoglobin ☐ Cyanide
- ☐ Other:
- ☐ Volatiles Only
- ☐ Vitreous Chemistries
- ☐ Hepatitis B
- ☐ Hepatitis C
- ☐ HIV

## *SUBMITTER USE ONLY*

**To be completed by an authorized representative of the Medical Examiners Office:**

**I verify that the specimens were obtained, labeled, sealed and placed into a tamperproof bag with the original chain of custody form and closed with a tamperproof evidence seal.**

Thomas Martin
**Print Name**

**Signature:** [signature]

**Date:** 9/19/2025 **Time:** ______ ☐AM ☐PM

## *LABORATORY USE ONLY*

LAB ACCESSION #

**Specimens received with seals intact from:** Pedro Viv
**By:** [signature]
**Date:** 9-19-25 **Time:** 2 ☐AM ☒PM

**Received From:**
**By:**
**Date:** ______ **Time:** ______ ☐AM ☐PM

**Received From:**
**By:**
**Date:** ______ **Time:** ______ ☐AM ☐PM

Medical Examiner District 8
3217 SW 47th Avenue
Gainesville Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

**ME25-0627**

# Body Release

## MEDICAL EXAMINER STAFF / REPRESENTATIVE

I hereby authorize the release of the body of:

Decedent:

**Pittman, David Joseph**

Date of Birth: 10/21/1961
Date of Death: 9/17/2025
Time of Death : 18:12

Per: EMAIL
Type of Release

Signature: [signature]
ME Staff

Funeral Home Selected by NOK: ARCHER
Phone: 386-496-2008

## TRANSPORT DRIVER OR OTHER PERSONS ASSUMING CUSTODY OF BODY

x Carter Whitehead
Funeral Home Representative (Print Name)

x [signature]
Signature

NAME OF TRANSPORT COMPANY
*(If different from receiving Funeral Home listed above)*

Transport Company

City

Person Accepting Custody (Print Name)

Signature

ID Checked: ☒ Yes ☐ No

Personal Effects to Release: ☒ Yes ☐ No

Date/Time Body Released : 9/18/25 1440

Pedro V[illegible]
Body Released By ( Medical Examiner Staff or Representative)

[signature]
Signature

Date Printed: 9/18/2025, 2:52:41 PM

Medical Examiner District 8
3217 SW 47th Avenue, Gainesville,Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

**Personal Effects Release**

**Concerning: ME-case**: **ME25-0627** Name: **Pittman, David Joseph**

Personal Effects released to Family / Funeral Home / Agency:

| | |
|---|---|
| 2 | Socks |
| 1 | Pants |
| 1 | Underwear |
| 1 | Button-down |

_____ End of List _____

Released by: Pedi ? Vorg
Print Name

Signature:

Received by: x Carter Whitehead
Print Name

Signature:

# OFFICE OF THE MEDICAL EXAMINER DISTRICT EIGHT

Alachua, Baker, Bradford, Dixie, Gilchrist, Levy & Union Counties
www.district8me.com

3217 SW 47th Avenue
Gainesville, FL 32608
Office 352-384-3366
Fax 352-384-3365

## Body Release Authorization

**To: District 8 Medical Examiner**
**Fax 352-384-3365**
**Phone 352-384-3366**

**Date:** 9/18/25

Pursuant to permission documented in our files and granted by the next-of-kin:

Name of next-of-kin Paul Allen

Signature of next of kin INMATE

Whose relationship is Warden (spouse, child, parent, etc)

The remains of David Pittman (name of deceased)

May be released to Archer-Milton Funeral Home (funeral service provider)

Whose address is 55 N. Lake Ave., Lake Butler, FL 32054

Phone (386) 496-2008 Fax (386) 496-1956

Furthermore, I certify that we are not aware of any other next-of-kin of higher priority trying to make arrangements with another funeral service provider at this time.

AnnaDayle Milton
Printed Name

[signature]
Funeral Service Provider (signature)

Outlook

## Scanned from a Xerox Multifunction Printer

**From** chronist@pathology.ufl.edu <chronist@pathology.ufl.edu>
**Date** Mon 10/20/2025 12:47 PM
**To** chronist@pathology.ufl.edu <chronist@pathology.ufl.edu>; ME District 8 <medistrict8@alachuacounty.us>

1 attachment (156 KB)
251020_12_44_20.pdf;

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: machine location not set
Multifunction Printer Name: Xerox AltaLink B8155 (A0:8F:6A)

Outlook

## ME25-0627: Pittman, David

**From** ME District 8 <medistrict8@alachuacounty.us>
**Date** Fri 10/24/2025 2:52 PM
**To** Starlin, Karen <karen.starlin@fdc.myflorida.com>

3 attachments (436 KB)
ME25-0627 TOX.pdf; 25-0627a.pdf; ME25-0627 ROI.pdf;

Good Afternoon,
Please see the attached reports!

Thank you,
Stephanie

**ME District 8**
ME District 8
Office of the Medical Examiner
3217 SW 47th Avenue • Gainesville • FL • 32608
352-384-3366 (office)

DISCOVER 200 1824-2024 | ALACHUA COUNTY BICENTENNIAL

PLEASE NOTE: Florida has a very broad public records law (F.S.119).
All e-mails to and from County Officials and County Staff are kept as public records. Your e-mail communications, including your e-mail address, may be disclosed to the public and media at any time
.

---

**From:** Alachua County <noreply@alachuacounty.us>
**Sent:** Friday, September 19, 2025 3:16 PM
**To:** ME District 8 <medistrict8@alachuacounty.us>
**Subject:** Autopsy Report Request

| | |
|---|---|
| **First Name:** | KAREN |
| **Last Name:** | STARLIN-COX |
| **Email:** | karen.starlin@fdc.myflorida.com |
| **Decedent First Name:** | DAVID |
| **Decedent Last Name:** | PITTMAN |

| | |
|---|---|
| **Date of Birth:** | 1961-12-10 |
| **Date of Death:** | 2025-09-17 |
| **Send Report:** | No |
| **Fax Number:** | |
| **Address Line 1:** | |
| **Address Line 2** | |
| **City:** | |
| **State:** | Florida |
| **Zip:** | |
| **Contact Number:** | 904-368-8699 |
| **Comments:** | The death sentence for David Pittman was carried out at Florida State Prison on 9/17/2025. This request is to finalize all necessary documents here at FSP and for the Governor's office. Your assistance is greatly appreciated. Respectfully, Karen Starlin-Cox, on behalf of Warden David Allen |