# EXHIBIT 9

# REPORT OF INVESTIGATION

Medical Examiner District 8
3217 SW 47th Avenue
Gainesville Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

Deceased: **Jones, Victor Tony**

**ME25-0655**

| Race | Gender | DOB: MM | DD | YYYY | Age |
|---|---|---|---|---|---|
| Black | Male | 05 | 01 | 1961 | 64 years 4 months 29 days |

Address

## SCENE RESPONSE

| Scene Investigator | Arrival Date | Time | Scene Pathologist | Arrival Date | Time | Meds Collected ◯Yes ◯No |
|---|---|---|---|---|---|---|
| | | | | | | |

| MV Occupant | | Vehicle Type | |
|---|---|---|---|

## INFORMATION ABOUT OCCURRENCE

Reason for Assuming Jurisdiction

Initial Synopsis

Victor Tony Jones is a 64-year-old black male inmate at Florida State Prison. The decedent was executed by lethal injection on 9/30 and pronounced by [redacted] at 1813 hours.

| | Date | Time | Location | County | Type of Premises | Other |
|---|---|---|---|---|---|---|
| Injury | 09/30/2025 | 18:00 | Florida State Prison | Bradford | Correctional Institution | |
| Onset | | | | | | |
| Last Seen Alive | | | Name & Title | | | |
| Date of Death | 09/30/2025 | 18:13 | Location | Florida State Prison, 23916 NW 83rd Ave, Raiford, FL 32026 | | |
| Pronounced or Found by | | | Name & Title | [redacted] | | |
| M.E.O. Notified | 09/30/2025 | 19:00 | Name & Title | [redacted] | | |
| County of Death | Bradford | Inside City Limits ◯Yes ◯No | On the Job ◯Yes ◯No | Billing Agency/County Bradford FSP | | |

| Agency | Officer / Agent | Case Number |
|---|---|---|
| | | |

## NARRATIVE

On 9/30 at approximately 1900 hours, this office received a call from [redacted] He was reporting the death of Victor Tony Jones, a 64-year-old black male inmate at Florida State Prison. The decedent was executed by lethal injection on 9/30/25. The execution began at approximately 1800 hours, and the decedent was pronounced by [redacted] at 1813 hours.

NOK was notified of the MEO involvement by Florida State Prison.

**OFFICE OF THE MEDICAL EXAMINER DISTRICT EIGHT**

**Alachua, Baker, Bradford, Dixie, Gilchrist, Levy & Union Counties**
**www.district8me.com**

**3217 SW 47th Avenue**
**Gainesville, FL 32608**
**Office 352-384-3366**
**Fax 352-384-3365**

# AUTOPSY REPORT

NAME: JONES, VICTOR TONY
AGE: 64
RACE: B
GENDER: M
CASE NUMBER: 25-0655
DATE OF DEATH: 09/30/2025
DATE OF AUTOPSY: 10/03/2025 1000 hrs.

## AUTOPSY FINDINGS:

1. Intravenous catheters in antecubital fossae
2. Pulmonary congestion and edema
3. Cardiomegaly (500 g)
4. Status post skull graft (remote)
5. Remote right frontal lobe injury with extension into the cerebral white matter

Cause of Death: Multi-Substance Toxicity

Manner of Death: Homicide

How injury occurred: Judicial execution with etomidate, rocuronium, and potassium acetate

Jon R. Thogmartin, M.D.
Interim District Medical Examiner

Date: 10/03/2025

**EXTERNAL EXAMINATION:** the body is that of a 69 inch, 179 pound, man who appears the recorded age of 64 years. The body is clad in a white shirt, white underpants, black pants, and black socks. The skin is brown. EKG pads are on the body. Intravascular lines are in each antecubital fossae. A plastic bandage strip is on the right deltoid area. A plastic bandage strip is on the anterior surface of the right forearm covering a minute punctate ecchymosis. Gray razor stubble is on the face. The scalp is covered in short gray black hair. On the posterior surface of the left scalp/upper left side of the neck is a 1 x 1 cm hypopigmented area of scarring with gray hair. The eyes are brown with arcus senilis. The mouth has natural dentition with a few missing teeth. On the left side of the scalp just posterior to the forehead extending onto the right side of the scalp is a coronally oriented 12-15 cm linear scar. The neck, chest, and abdomen are normally developed without obvious trauma. On the anterior portion of the forehead is a horizontally oriented 3 cm minute linear scar. Several minute vertical horizontal and obliquely oriented linear scars are on the anterior surface of the torso. The skin around the umbilicus has some faint somewhat punctate scarring. A few faint striae are on the hips. Several punctate scars are on the upper portion of the right leg. Scattered slightly hypopigmented punctate scars are on the shins. The toenails are somewhat thickened and brown. On the anterior surface of the left shoulder are several linear vertically oriented marks (scars/striae). On the anterior surface of the left forearm over the central portion of the left wrist is an obliquely oriented 2 cm linear scar. Several faint vertically oriented minute linear scars are on the anterior lateral surface of the left forearm. The skin of the back has a few punctate scars. The penis and scrotum are not remarkable.

**RADIOGAPHY:** the right frontal skull is absent and replaced with a graft. The graft has visible mesh and peripheral screws. No projectile or projectile fragments are noted.

**INTERNAL EXAMINATION:** the sternum is unremarkable. The ribs are intact. The panniculus is 3 cm. The muscles of the chest and abdominal walls have no trauma. The pericardial sac has no adhesions. The pleural cavities are smooth without adhesions. The diaphragm is intact. The omentum is not remarkable. The bowel appears unremarkable.

**CARDIOVASCULAR SYSTEM:** the thoracic and descending portions of the aorta have minimal atherosclerosis. The heart is 500 g and has a globular shape. The myocardium is red-brown and unremarkable without scarring or fibrosis. The right ventricle is not remarkable. The posterior portion of the right ventricle has a small amount of fatty infiltration near the septum. This area is no more than 4 x 5 x 3 mm. The coronary ostia are in their usual locations. Adjacent to the right coronary artery is a minute accessory coronary artery ostium. The right coronary artery appears to supply the posterior interventricular septum and has no atherosclerosis. The left anterior descending coronary artery has no atherosclerosis. The circumflex coronary artery has no atherosclerosis. The left common coronary artery appears widely patent without atherosclerosis. The interventricular septum is not remarkable. The catheter in the right antecubital fossae is installed in a deep small antecubital vein without surrounding hemorrhage or infiltration. There is some soft tissue hemorrhage inferior to the catheter associated with the previously described plastic strip and punctate ecchymosis. The left antecubital area has no infiltration of blood and has a catheter installed in the median cubital vein without perforation.

**HEPATOBILIARY SYSTEM:** the liver is 1630 g and has an intact transparent unremarkable capsule. The dark purple, brown parenchyma has no fibrosis, tumors, cysts, or infarcts. The gallbladder contains approximately 10 mL of green, tan bile without stones. The liver has a very slight nutmeg pattern without cirrhosis.

**RESPIRATORY SYSTEM:** the right and left lungs are 840 and 760 g respectively. The outer surfaces are dark purple pink and smooth. The bronchi contain foamy fluid. No fibrosis, tumors, cysts, or infarcts are noted. The hilar lymph nodes are not remarkable. No pulmonary emboli are noted.

**ENDOCRINE SYSTEM:** the adrenal glands are red brown and not remarkable. The pancreas is tan, lobular, and not remarkable.

**NECK:** the proximal esophagus has unremarkable pink mucosa. The larynx has is intact and has tan mucosa. The vocal cords are not remarkable. The thyroid gland is brown, red without tumors. The strap muscles of the neck are not remarkable.

**GASTROINTESTINAL SYSTEM:** the stomach contains approximately 5 mL of brown mostly liquid material. The gastric mucosa is pink, red with a few minute petechiae. No ulcerations are noted. The bowels appear normally rotated. No bowel perforations are noted. The appendix is not remarkable.

**GENITOURINARY SYSTEM:** the right and left kidneys are 170 g each. The capsules remove with difficulty. The kidneys are lobular and slightly granular. A few minute cortical cysts are noted in each kidney. The collecting systems have no stones. The prostate is light tan and somewhat enlarged and nodular. The urinary bladder contains approximately 500 mL of cloudy white yellow urine. The testicles are palpable in the scrotal sac.

**HEMOLYMPHATIC SYSTEM:** the spleen is 160 g and has an intact capsule. The parenchyma of the spleen is dark red purple without fibrosis, tumors, cysts, or infarcts. No enlarged lymph nodes are noted. The bone marrow of the ribs is not remarkable.

**MUSCULOSKELETAL SYSTEM:** the muscles are normally developed without degeneration or atrophy.

**CENTRAL NERVOUS SYSTEM:** the scalp has no trauma. The frontal scalp corresponding to the previously described scar has dense fibrous tissue. On the right frontal area is a green, brown skull implant/graft. The graft is 10 x 12 cm and is approximately 5 to 4 to 6 mm in thickness. The graft consists of metal mesh with green, brown material. There is associated silver metal visualized right temporal/frontal area. The brain is 1200 g. On the inferior surface of the right frontal lobe is a 3 x 3.5 cm cortical contusion with adhesions. The dura mater adjacent to this area is thickened. The brain is adherent to the dura in the frontal area. The cerebral cortex is fibrotic/contused, partially absent, and this extends through the full thickness of the inferior right frontal lobe and through the cerebral white matter extending to the anterior inferior lateral portion of the right lateral ventricle and inferior lateral portion of the right frontal cortex.

**- CONFIDENTIAL -**

**University of Florida Pathology Laboratories**
Department of Pathology and Laboratory Medicine
1200 SW 34th Street
Gainesville, FL 32607
Phone: 352-627-2001 Fax: 352-265-9904

**Forensic Toxicology Laboratory**



LAB NUMBER: R25-01843
NAME: Jones, Victor
CASE NO: 25-655
RECEIPT DATE: 10/03/2025

**SUBMITTER:** Dr. Jon Thogmartin, District 8 Medical Examiners Office, 3217 SW 47th Ave., Gainesville, FL 32608.

**SPECIMENS RECEIVED:**

A. Blood, heart
B. Urine
C. Vitreous Humor

| | Analyte | Qualitative Results | Quantitative Results |
|---|---|---|---|
| **VOLATILES** | | | |
| A. Blood | None Detected | | |
| B. Urine | None Detected | | |
| **COMPREHENSIVE DRUG SCREEN** | | | |
| A. Blood | Etomidate | Positive (tentative ID by GC-MS) | |
| B. Urine | Etomidate | Positive (tentative ID by GC-MS) | |
| **DRUG IDENTIFICATION/QUANTITATION** | | | |
| A. Blood | Etomidate | See Attached - 2 pages | |

**RESULT CERTIFICATION:**

Results Certified by:

Chris W. Chronister, Ph.D., F-ABFT
Director of Toxicology

R2501843 - 01/ CC 11/06/25 [ 0001, 1503 ]
PRINTED: 11/06/25

NMS Labs
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

# Toxicology Report

**Report Issued** 11/03/2025 15:00

**To:** **60168**
University of Florida Pathology Laboratories
1200 SW 34th St.
Gainesville, FL 32607-4107

| | |
|---|---|
| **Patient Name** | JONES, VICTOR |
| **Patient ID** | R25-01843 |
| **Chain** | NMSCP485992 |
| **DOB** | Not Given |
| **Sex** | Male |
| **Workorder** | 25435564 |

## Positive Findings:

| Analyte | Result | Units | Matrix Source |
|---|---|---|---|
| **Etomidate** | **1.2** | **mcg/mL** | **001 - Heart Blood** |

See Detailed Findings section for additional information

## Testing Requested:

| Test | Test Name |
|---|---|
| 2063B | Etomidate, Blood |

## Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Red Stopper Glass Tube | 8 mL | 10/03/2025 10:00 | Heart Blood | R25-01843 |

All sample volumes/weights are approximations.
Specimens received on 10/08/2025.

NMS LABS

CONFIDENTIAL

Workorder 25435564
Chain NMSCP485992
Patient ID R25-01843

**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Etomidate | 1.2 | mcg/mL | 0.20 | 001 - Heart Blood | GC/MS |

**Examination of the specimen(s) submitted did not reveal any reportable findings by procedure(s) outlined in the accompanying Analysis Summary, other than those listed above. Interpretation of reported findings should be based on the totality of available case information. Reference information is not case-specific but is provided as a general guide.**

**Reference Comments:**

1. Etomidate (Amidate®) - Heart Blood:

   Etomidate is a non-barbiturate hypnotic without analgesic activity. It is especially used in patients with cardiovascular problems since it has few effects on this system. IV administration of etomidate produces rapid hypnosis, which lasts approximately 3 to 5 minutes.

   Reported plasma concentrations of etomidate necessary to induce anesthesia are approximately 2 mcg/mL. Hypnosis can then be maintained with plasma concentrations greater than or equal to 0.23 mcg/mL (230 ng/mL).

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

**Analysis Summary and Reporting Limits:**

The following test(s) were performed for this case; the scope of each test includes the analyte(s) listed along with the associated reporting limit(s). The reporting limit is the lowest concentration of the analyte that will be reported as positive. Only results that meet reporting criteria at or above the reporting limit appear in the Positive Findings section of the report.

Test 2063B - Etomidate, Blood: 001 - Heart Blood

-Analysis by Gas Chromatography/Mass Spectrometry (GC/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Etomidate | 0.20 mcg/mL | | |

***End of Report***

**ME25-0635 Jones, Victor Tony 64, B, M** **DOB:** 5/1/1961 **DOD:** 9/30/2025

**PATHOLOGIST:** BODY EXAMINATION **Prisoner:** ☒ **Infectious:**




| Pathologist | Jon R. Thogmartin, MD | Date Body Viewed | 10/03/2025 | Time | 1000 |
|---|---|---|---|---|---|

ME25-0655 Jones, Victor Tony 64, B, M **DOB:** 5/1/1961 **DOD:** 9/30/2025

**Investigator:** Rachel Hildreth

## INFORMATION ABOUT DECEDENT

Prisoner: ☒ Infectious:

| Gender | Race | Race Other | DOB mm / dd / yyyy | | | Actual Age |
|---|---|---|---|---|---|---|
| Male | Black | | 05 | 01 | 1961 | |

## SCENE RESPONSE

| Scene Investigator | Scene Arrival Date | Time | Scene Pathologist | Arrival Date | Time | Meds Collected: |
|---|---|---|---|---|---|---|
| | | | | | | ○ Yes ○ No |

MV Occupant

Vehicle Type

## INFORMATION ABOUT OCCURRENCE

☐ Accident ☐ Local Police Custody ☐ SAO Request ☐ Suicide ☐ Trauma
☐ Disaster ☐ Poison ☐ State Police Custody ☐ Surgical or Anesthesia ☐ Unattended Natural
☐ Homicide ☐ Public Health ☐ Sudden/Unexpected ☐ Suspicious

Reason for Assuming Jurisdiction

Victor Tony Jones is a 64-year-old black male inmate at Florida State Prison. The decedent was executed by lethal injection on 9/30 and pronounced by [redacted] at 1813 hours.

Initial Synopsis

| ITEM | DATE | TIME | LOCATION | COUNTY | TYPE OF PREMISES | IF OTHER |
|---|---|---|---|---|---|---|
| Injury or Onset | 09/30/2025 | 18:00 | Florida State Prison | Bradford | Correctional Institution | |
| Last Seen Alive | | | | | | |
| Date of Death | 09/30/2025 | 18:13 | Florida State Prison, 23916 NW 83rd Ave, Raiford, FL 32026 | | | |
| Pronounced or Found By | | | [redacted] | | | |
| M.E. Notified | 09/30/2025 | 19:00 | [redacted] | | | |

| County of Death | In City Limits | On the Job | Billing Agency |
|---|---|---|---|
| Bradford | ○ Yes ○ No | ○ Yes ○ No | Bradford FSP |

| | Agency | Agency Representative | Agency Case# |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

# Medical Examiner District 8
## Processing Worksheets

**Case Number: ME25-0655** **Jones, Victor Tony** **64, B, M**

**DOB:** 5/1/1961 **DOD:** 9/30/2025 **Location:** Florida State Prison

**Initial synopsis:** Victor Tony Jones is a 64-year-old black male inmate at Florida State Prison. The decedent was executed by lethal injection on 9/30 and pronounced by [redacted] at 1813 hours.

**Pathologist** DESCRIPTION OF THE BODY **Prisoner:** ☒ **Infectious:**

| | | | | |
|---|---|---|---|---|
| Height | Weight | Temp | Blood ○ Yes ○ No | ☐ Ears ☐ Mouth |
| Hair Head | | Hair Face | | ☐ Nose ☐ Clothing |
| Rigor: Neck | Arms | Legs | Eye Color | Pl Left | Pl Right |
| Froth | Livor | Decomp | Clothed? | |

*Present, Absent* *Anterior, Posterior, Lateral* *None, Early, Advanced, Skeletal* *Fully Clothed, Partly Clothed, Unclothed*

Probable COD

Due to:

Due to:

Part II

How Injury Occurred:

**Manner of Death:**

○Natural ○Acc Drug Intoxication ○Acc All Other ○Homicide ○Pending
○Acc MVA ○Acc Fall ○Suicide ○Undetermined ○Fetal Death

**Pathologists Processing Comments:**

I hereby certify that after receiving notice of the death described herein, I took charge of the body and made inquiries regarding the cause of death in accordance with Chapter 406, Florida Statutes and the information contained herein regarding such death is true and correct to the best of my knowledge and belief.

**Pathologist** **Jon R. Thogmartin, MD** Date Body Viewed ______ Time ______

ME25-0655 Jones, Victor Tony 64, B, M **DOB:** 5/1/1961 **DOD:** 9/30/2025

**Technician:** Personal Effects **Prisoner:** ☒ **Infectious:**

PE's Collected: ☒ Yes ○ No | Blood Drawn ○ Yes ○ No | Why Not:

**Actual Fluids Drawn:**

69"
179 lbs

◉ Autopsy ○ External ○ Investigation **Tox Hold:** ○

☐ Bile ☐ Consult Brain ☐ Consult Eye ☐ Consult Heart
☐ Cultures Submitted ☐ DNA Card ☐ Donor EyeBank ☐ Donor EyeBank Other
☐ Donor Organs ☐ Donor Tissues ☐ Donor Tissues Other ☒ Fingerprints
☐ Fixed Brain ☐ Fixed Heart ☐ Gastric Contents ☐ Histo Submitted
☐ Rape Kit ☐ Tox Run ☐ X-Ray

**A. Personal Effects / Jewelry / Other**

| Quantity | Description | Quantity | Description |
|---|---|---|---|
| 1 | button-up shirt (cut) | | |
| 1 | pants | | |
| 1 | boxers | | |
| 4 | socks | | |

**B. Money Collected** ○ Yes ☒ N

**Bills**

$100 ........ $50 ........ $20 ........ $10 ........ $5 ........ $2 ........ $1 ........ Total $ ........

**Coins** $1.00 ........ .50 ........ .25 ........ .10 ........ .05 ........ .01 ........ Total $ ........

**Grand Total $** ........

Personal Effects Inventory: The listed personal effects were recorded in my presence and were witnessed by:

Collector: MQ Witness: AH Date: Time:

# Toxicology Laboratory Request Form

**College of Medicine**
Department of Pathology, Immunology and Laboratory Medicine
UF Health Pathology Laboratories
Forensic Toxicology Laboratory

4800 S.W. 35th Drive
Gainesville, FL 32608
Tel: (352) 265-0680 ext.72001
Fax: (352) 265-9904

Medical Examiner District 8
3217 SW 47th Avenue, Gainesville, FL 32608

**Phone: 352-273-9292**
**Fax 352-273-9288**

**County of Death:** Bradford ☑ Routine ☐ Pending Tox ☐ Traffic **Decomp ?** ☐ Yes ☑ No

**CaseNumber: ME25-0655** **Jones, Victor Tony 64, B, M** **If Yes:** ☐ Mild ☐ Moderate ☐ Advanced

**Initial Synopsis:**

Victor Tony Jones is a 64-year-old black male inmate at Florida State Prison. The decedent was executed [redacted]

**Autopsy Findings:**

**Drugs Suspected:**

**Specimens Submitted:**

- ☒ Blood Source 1. Heart
- ☐ Blood Source 2.
- ☐ Blood Source 3.
- ☐ Blood Source 4.
- ☐ Serum (post-mortem)
- ☑ Urine
- ☐ Bile
- ☒ Vitreous Humor
- ☐ Stomach Contents
- ☐ Other:

**Analyses Requested:**

- ☐ PRIORITY CASE
- ☑ Comprehensive Toxicology (includes volatiles)
- ☐ Drug Quantitation:
- ☐ Carboxyhemoglobin ☐ Cyanide
- ☐ Other:
- ☐ Volatiles Only
- ☐ Vitreous Chemistries
- ☐ Hepatitis B
- ☐ Hepatitis C
- ☐ HIV

ETOMIDATE Quant please

***SUBMITTER USE ONLY***

**To be completed by an authorized representative of the Medical Examiners Office:**

**I verify that the specimens were obtained, labeled, sealed and placed into a tamperproof bag with the original chain of custody form and closed with a tamperproof evidence seal.**

Throgmorton
**Print Name**

[signature]
**Signature:**

**Date:** 10/3/2025 **Time:** 1000 ☑ AM ☐ PM

***LABORATORY USE ONLY***

LAB ACCESSION #

**Specimens received with seals intact from:** Pedro Vazq

**By:** [signature]

**Date:** 10-3-25 **Time:** 2 ☐ AM ☑ PM

**Received From:**

**By:**

**Date:** **Time:** ☐ AM ☐ PM

**Received From:**

**By:**

**Date:** **Time:** ☐ AM ☐ PM

Medical Examiner District 8
3217 SW 47th Avenue
Gainesville Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

**ME25-0655**

# Body Release

## MEDICAL EXAMINER STAFF / REPRESENTATIVE

I hereby authorize the release of the body of:

Decedent:

**Jones, Victor Tony**

Date of Birth: 5/1/1961
Date of Death: 9/30/2025
Time of Death : 18:13

Per: Emailed
Type of Release

Signature: [signature]
ME Staff

Funeral Home Selected by NOK: Archer-Milton Phone: 386-496-2008

## TRANSPORT DRIVER OR OTHER PERSONS ASSUMING CUSTODY OF BODY

Chester Whitehead
Funeral Home Representative (Print Name)

[signature]
Signature

NAME OF TRANSPORT COMPANY
*(If different from receiving Funeral Home listed above)*

Transport Company

City

Person Accepting Custody (Print Name)

Signature

ID Checked: ☑ Yes ☐ No

Personal Effects to Release: ☒ Yes ☐ No

Date/Time Body Released : 10/03/2025 1227

[signature]
Body Released By ( Medical Examiner Staff or Representative )

Felicia Peña
Signature

Date Printed: 10/1/2025, 10:36:40 AM

Medical Examiner District 8
3217 SW 47th Avenue, Gainesville, Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

**Personal Effects Release**

**Concerning: ME-case: ME25-0655** Name: **Jones, Victor Tony**

Personal Effects released to Family / Funeral Home / Agency:

| | |
|---|---|
| 1 | Button-Up Shirt (Cut) |
| 1 | Pants |
| 1 | Boxers |
| 4 | Socks |

_____ End of List _____

Released by: Felicia Peña
Print Name
[signature]
Signature:

Received by: Carter Whitehead
Print Name
[signature]
Signature:

# OFFICE OF THE MEDICAL EXAMINER DISTRICT EIGHT

Alachua, Baker, Bradford, Dixie, Gilchrist, Levy & Union Counties
www.district8me.com

3217 SW 47th Avenue
Gainesville, FL 32608
Office 352-384-3366
Fax 352-384-3365

## Body Release Authorization

**To: District 8 Medical Examiner**
**Fax 352-384-3365**
**Phone 352-384-3366**

**Date:** 10/2/25

Pursuant to permission documented in our files and granted by the next-of-kin:

Name of next-of-kin Paul Allen

Signature of next of kin INMATE

Whose relationship is Warden (spouse, child, parent, etc)

The remains of Victor Jones (name of deceased)

May be released to Archer-Milton Funeral Home (funeral service provider)

Whose address is 55 N. Lake Ave., Lake Butler, FL 32054

Phone (386) 496-2008 Fax (386) 496-1956

Furthermore, I certify that we are not aware of any other next-of-kin of higher priority trying to make arrangements with another funeral service provider at this time.

AnnaDayle Milton
Printed Name

D. Barnett Milton F313074
Funeral Service Provider (signature)

Outlook

## Scanned from a Xerox Multifunction Printer

**From** chronist@pathology.ufl.edu <chronist@pathology.ufl.edu>
**Date** Thu 11/6/2025 3:43 PM
**To** chronist@pathology.ufl.edu <chronist@pathology.ufl.edu>; ME District 8 <medistrict8@alachuacounty.us>

1 attachment (151 KB)
251106_15_38_31.pdf;

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: machine location not set
Multifunction Printer Name: Xerox AltaLink B8155 (A0:8F:6A)

Outlook

## ME25-0655: Jones, Victor Tony

**From** ME District 8 <medistrict8@alachuacounty.us>
**Date** Fri 10/24/2025 2:55 PM
**To** Starlin, Karen <karen.starlin@fdc.myflorida.com>

2 attachments (304 KB)
ME25-0655 ROI.pdf; 25-0655A.pdf;

Good Afternoon,
Please see the attached requested reports!

Thank you,
Stephanie

**ME District 8**
ME District 8
Office of the Medical Examiner
3217 SW 47th Avenue • Gainesville • FL • 32608
352-384-3366 (office)

DISCOVER 200 1824-2024 ALACHUA COUNTY BICENTENNIAL

COUNTY NEWS

PLEASE NOTE: Florida has a very broad public records law (F.S.119).
All e-mails to and from County Officials and County Staff are kept as public records. Your e-mail communications, including your e-mail address, may be disclosed to the public and media at any time
.

---

**From:** Alachua County <noreply@alachuacounty.us>
**Sent:** Tuesday, October 7, 2025 3:03 PM
**To:** ME District 8 <medistrict8@alachuacounty.us>
**Subject:** Autopsy Report Request

| | |
|---|---|
| **First Name:** | KAREN |
| **Last Name:** | STARLIN-COX |
| **Email:** | karen.starlin@fdc.myflorida.com |
| **Decedent First Name:** | VICTOR |
| **Decedent Last Name:** | JONES |

| | |
|---|---|
| **Date of Birth:** | 1961-05-01 |
| **Date of Death:** | 2025-09-30 |
| **Send Report:** | Yes |
| **Fax Number:** | |
| **Address Line 1:** | |
| **Address Line 2** | |
| **City:** | |
| **State:** | Florida |
| **Zip:** | |
| **Contact Number:** | 904-368-8699 |
| **Comments:** | The death sentence for Victor Jones was carried out at Florida State Prion on 9/30/2025. This request is to finalize all necessary documents here at FSP and for the Governor's office. Your assistance is greatly appreciated. Respectfully, Karen Starlin-Cox, on behalf of Warden David Allen |