# EXHIBIT 10

# REPORT OF INVESTIGATION

Medical Examiner District 8
3217 SW 47th Avenue
Gainesville Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

Deceased: **Smithers, Samuel**

**ME25-0692**

| Race | Gender | DOB: MM | DD | YYYY | Age |
|---|---|---|---|---|---|
| White | Male | 01 | 30 | 1953 | 72 years 8 months 14 days |

,

Address

## SCENE RESPONSE

| Scene Investigator | Arrival Date | Time | Scene Pathologist | Arrival Date | Time | Meds Collected ○Yes ○No |
|---|---|---|---|---|---|---|
| | | | | | | |

| MV Occupant | | Vehicle Type | |
|---|---|---|---|

## INFORMATION ABOUT OCCURRENCE

Reason for Assuming Jurisdiction

Initial Synopsis

Samuel Smithers is a 72 year old white male who was a death row inmate at the Florida State Prison. He was executed via lethal injection on 10/14 and death was pronounced at 1815 hours.

| | Date | Time | Location | County | Type of Premises | Other |
|---|---|---|---|---|---|---|
| Injury | 10/14/2025 | 18:00 | Florida State Prison, 23916 NW 83rd Ave, Raiford, FL 32026 | Bradford | Correctional Institution | |
| Onset | | | | | | |
| Last Seen Alive | | | Name & Title | | | |
| Date of Death | 10/14/2025 | 18:15 | Location | Florida State Prison, 23916 NW 83rd Ave, Raiford, FL 32026 | | |
| Pronounced or Found by | 10/14/2025 | 18:15 | Name & Title | [redacted] | | |
| M.E.O. Notified | 10/14/2025 | 18:51 | Name & Title | [redacted] | | |
| County of Death | Bradford | Inside City Limits ○Yes ○No | On the Job ○Yes ●No | Billing Agency/County Bradford FSP | | |

| Agency | Officer / Agent | Case Number |
|---|---|---|
| | | |

## NARRATIVE

On October 14, 2025 at 1851 hours this office was contacted by [redacted] with the Florida State Prison to report the judicial execution of Samuel Smithers, a 72 year old white male.

Mr. Smithers (124639) was a death row inmate at Florida State Prison and has been incarcerated since July 1999. He was sentenced to death for first degree murder committed in May 1996. He was executed via lethal injection on 10/14 at 1800 hours. Death was pronounced at 1815 hours by [redacted]

Archer FH transported the decedent to the MEO.

NOK is unknown at this time.
-Inv. Newbanks

This Report of Investigation is subject to revision and / or amendment if additional information is obtained.

| Lauren Newbanks | | 10/15/2025 |
|---|---|---|
| Lead Investigator | Signature | Date |

**OFFICE OF THE MEDICAL EXAMINER DISTRICT EIGHT**

www.district8me.com
**Alachua, Baker, Bradford, Dixie, Gilchrist, Levy & Union Counties**

**3217 SW 47th Avenue**
**Gainesville, FL 32608**
**Office 352-384-3366**
**Fax 352-384-3365**

# AUTOPSY REPORT

| | |
|---|---|
| NAME: | Smithers, Samuel |
| AGE: | 72 y.o. |
| GENDER: | Male |
| RACE: | White |
| CASE NUMBER: | ME25-0692 |
| DATE OF DEATH: | 10/14/2025 |
| DATE OF AUTOPSY: | 10/16/2025 |

**CAUSE OF DEATH:** **Multi-Substance Toxicity**

**MANNER OF DEATH:** **Homicide**

**Susan S. Ignacio, MD**
**Associate Medical Examiner**

**Date: 10/23/2025**

## AUTOPSY FINDINGS

1. Cardiomegaly, 560 g
2. Nephrosclerosis
3. Pulmonary edema and congestion
4. Moderate atherosclerosis
5. Intravenous cannulas x 2, antecubital fossae

**EXTERNAL EXAMINATION:**

The body is that of a well-developed, well-nourished, 75 inch, 245 pound, white male, who appears the reported age of 72 years. The scalp has gray hair with male pattern baldness. The eyes have gray irides. The mouth has native dentition in fair repair. Facial hair consists of a gray mustache and beard. The neck is free of visible scar or injury. The chest is free of visible scar, tattoo or injury. The abdomen is free of visible scar, tattoo or injury. The upper and lower extremities are free of visible injury. Hypopigmented scars are in the left upper arm, forearm and left knee. A firm raised lesion is on the dorsum of the right hand. The external genitalia are normally developed. The penis is circumcised. The back is free of visible injury.

Intravenous cannulas are in place in each antecubital fossa. A bandage overlying a needle mark is on the right upper arm.

**EVIDENCE OF MEDICAL INTERVENTION:**

EKG leads are on the chest and abdomen.

**INTERNAL EXAMINATION:**

The anterior chest wall and abdominal wall are free of extravasated blood. The ribs, clavicles and sternum are intact. The pleural and abdominal cavities are free of excess fluid, blood or exudate. The pericardium is intact and contains a minimal amount of yellow serous fluid.

The 560 g heart has a smooth pink epicardial surface. The coronary arteries arise from the aorta in a normal fashion. The coronary ostia are patent. The right coronary artery supplies the posterior interventricular septum. The left anterior descending artery has moderate atherosclerosis. The right and left circumflex coronary arteries are thin-walled and patent. The myocardium is red brown and uniform throughout. The valve cusps and leaflets are thin, pliable and free of vegetations or fenestrations. The endocardium is smooth-walled and free of mural thrombi. The superior vena cava, inferior vena cava and pulmonary veins are intact and patent. The aorta is intact and has a smooth yellow intima with minimal fatty streaks.

The right and left lungs are 770 and 880 g, respectively. The pleural surfaces are smooth. The parenchyma is congested, edematous and free of visible suppuration, induration, granuloma or neoplasm. The bronchi are patent and intact. The pulmonary arteries are intact and free of thromboemboli.

The adrenal glands have firm yellow cortices and inconspicuous gray brown medullae.

The 2750 g liver has a smooth capsular surface. The parenchyma is red brown and has a 2.5 x 2.5 x 2 cm pink tan circular doughy mass in the left lobe. The gallbladder is intact and contains approximately 20 mL of yellow-green bile and no calculi.

The 280 g spleen has a wrinkled gray capsular surface. The parenchyma is dark red and uniform throughout.

The esophagus has a smooth tan serosal surface and a pale gray mucosal surface. The stomach has a smooth tan serosal surface and a gray mucosal surface with normal rugal folds. The stomach contains approximately 100 mL of gray green digested food material and liquid. The small bowel has a smooth serosal surface and is unremarkable. The large bowel has normal haustral markings and a vermiform appendix. The pancreas is tan and lobulated.

The strap muscles of the neck are pink red and free of injury. The thyroid cartilage and hyoid bone are intact. The epiglottis, larynx and trachea are patent and intact. The thyroid gland is dark red and uniform throughout.

The right and left kidneys are 200 and 220 g, respectively. The cortical surfaces are smooth. The parenchyma is dark red with well-defined corticomedullary junctions. The pelvicalyceal systems are normal. The urinary bladder is intact and contains approximately 240 mL of urine.

The subgalea is free of hemorrhage. The calvarium and dura mater are intact. The epidural, subdural and subarachnoid spaces are free of blood. The 1410 g brain has symmetric cerebral and cerebellar hemispheres covered by congested, transparent leptomeninges. The cerebral cortex is tan and uniform throughout. The white matter is uniform throughout. The basal ganglia, thalami and mamillary bodies are symmetric and free of abnormalities. The cerebellum, midbrain, pons and medulla oblongata are free of lesions. The proximal cervical spinal cord is intact. The anterior, middle and posterior cranial fossae are intact. The cerebral vasculature is thin-walled and patent.

- CONFIDENTIAL -

**University of Florida Pathology Laboratories**
Department of Pathology and Laboratory Medicine
1200 SW 34th Street
Gainesville, FL 32607
Phone: 352-627-2001 Fax: 352-265-9904

**Forensic Toxicology Laboratory**

Page: 1 of 1

LAB NUMBER: R25-01928
NAME: Smithers, Samuel
CASE NO: 25-692
RECEIPT DATE: 10/17/2025

**SUBMITTER:** Dr. Susan Ignacio, District 8 Medical Examiners Office, 3217 SW 47th Ave., Gainesville, FL 32608.

**SPECIMENS RECEIVED:**

A. Blood, iliac
B. Blood, heart
C. Urine
D. Vitreous Humor

| | Analyte | Qualitative Results | Quantitative Results |
|---|---|---|---|
| **VOLATILES** | | | |
| A. Blood | None Detected | | |
| C. Urine | None Detected | | |
| **COMPREHENSIVE DRUG SCREEN** | | | |
| A. Blood | Etomidate | Positive (tentative ID by GC-MS) | |
| C. Urine | Etomidate | Positive (tentative ID by GC-MS) | |
| **DRUG IDENTIFICATION/QUANTITATION** | | | |
| A. Blood | Etomidate | See Attached - 2 pages | |

**RESULT CERTIFICATION:**

Results Certified by:

Chris W. Chronister, Ph.D., F-ABFT
Director of Toxicology

R2501928 - 01/ CC 11/12/25 [ 0001, 1503 ]
PRINTED: 11/12/25

NMS LABS

NMS Labs
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

# Toxicology Report

**Report Issued** 11/03/2025 15:01

**To:** **60168**
University of Florida Pathology Laboratories
1200 SW 34th St.
Gainesville, FL 32607-4107

| | |
|---|---|
| **Patient Name** | SMITHERS, SAMUEL |
| **Patient ID** | R25-01928 |
| **Chain** | NMSCP489522 |
| **DOB** | Not Given |
| **Sex** | Male |
| **Workorder** | 25458925 |

## Positive Findings:

| Analyte | Result | Units | Matrix Source |
|---|---|---|---|
| **Etomidate** | **0.13** | **mcg/mL** | **001 - Iliac Blood** |

See Detailed Findings section for additional information

## Testing Requested:

| Test | Test Name |
|---|---|
| 2063B | Etomidate, Blood |

## Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Red Stopper Glass Tube | 6.75 mL | 10/16/2025 | Iliac Blood | R25-01928 |

All sample volumes/weights are approximations.
Specimens received on 10/23/2025.

NMS LABS

**CONFIDENTIAL**

| | |
|---|---|
| **Workorder** | 25458925 |
| **Chain** | NMSCP489522 |
| **Patient ID** | R25-01928 |

**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Etomidate | 0.13 | mcg/mL | 0.040 | 001 - Iliac Blood | GC/MS |

**Examination of the specimen(s) submitted did not reveal any reportable findings by procedure(s) outlined in the accompanying Analysis Summary, other than those listed above. Interpretation of reported findings should be based on the totality of available case information. Reference information is not case-specific but is provided as a general guide.**

**Reference Comments:**

1. Etomidate (Amidate®) - Iliac Blood:

   Etomidate is a non-barbiturate hypnotic without analgesic activity. It is especially used in patients with cardiovascular problems since it has few effects on this system. IV administration of etomidate produces rapid hypnosis, which lasts approximately 3 to 5 minutes.

   Reported plasma concentrations of etomidate necessary to induce anesthesia are approximately 2 mcg/mL. Hypnosis can then be maintained with plasma concentrations greater than or equal to 0.23 mcg/mL (230 ng/mL).

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

**Analysis Summary and Reporting Limits:**

The following test(s) were performed for this case; the scope of each test includes the analyte(s) listed along with the associated reporting limit(s). The reporting limit is the lowest concentration of the analyte that will be reported as positive. Only results that meet reporting criteria at or above the reporting limit appear in the Positive Findings section of the report.

Test 2063B - Etomidate, Blood: 001 - Iliac Blood

-Analysis by Gas Chromatography/Mass Spectrometry (GC/MS) for:

| Analyte | Rpt. Limit | Analyte | Rpt. Limit |
|---|---|---|---|
| Etomidate | 0.040 mcg/mL | | |

***End of Report***

**ME25-0692**
**Smithers, Samuel**
**10/14/2025**

# MEDICAL EXAMINER

## Body Diagram

Case Number: ME25-0692
Decedent: Smithers, Samuel
Date of Birth: 1-30-1953 Age: 72
Sex: M Race: W
Date of Death: Date and Time 10-14-2025
Exam Date and Time: 10/16/25 @ 1140
Pathologist: SUSAN IGNACIO
Investigator: LAUREN NEWBANKS
Assisting Investigator:




Height: 75 Weight: 245

| | | | | |
|---|---|---|---|---|
| 560 Heart | 880 L. Lung | 280 Spleen | 220 L. Kidney | 240 Urine |
| 770 R. Lung | 2750 Liver | 200 R. Kidney | 1410 Brain | 100 Gastric grey/green |

**ME25-0692** **Smithers, Samuel** **72, W, M** **DOB:** 1/30/1953 **DOD:** 10/14/2025

**Investigator:** Lauren Newbanks

## INFORMATION ABOUT DECEDENT

Prisoner: ☒ Infectious:

| Gender | Race | Race Other | DOB mm | dd | yyyy | Actual Age |
|---|---|---|---|---|---|---|
| Male | White | | 01 | 30 | 1953 | |

## SCENE RESPONSE

| Scene Investigator | Scene Arrival Date | Time | Scene Pathologist | Arrival Date | Time | Meds Collected: |
|---|---|---|---|---|---|---|
| | | | | | | ○ Yes ○ No |

| MV Occupant | Vehicle Type |
|---|---|
| | |

## INFORMATION ABOUT OCCURRENCE

☐ Accident ☐ Local Police Custody ☐ SAO Request ☐ Suicide ☐ Trauma
☐ Disaster ☐ Poison ☐ State Police Custody ☐ Surgical or Anesthesia ☐ Unattended Natural
☐ Homicide ☐ Public Health ☐ Sudden/Unexpected ☐ Suspicious

Reason for Assuming Jurisdiction

Samuel Smithers is a 72 year old white male who was a death row inmate at the Florida State Prison. He was executed via lethal injection on 10/14 and death was pronounced at 1815 hours.

Initial Synopsis

| ITEM | DATE | TIME | LOCATION | COUNTY | TYPE OF PREMISES | IF OTHER |
|---|---|---|---|---|---|---|
| Injury or Onset | 10/14/2025 | 18:00 | Florida State Prison, 23916 NW 83rd Ave, Raiford, FL 32026 | Bradford | Correctional Institution | |

| | | | |
|---|---|---|---|
| Last Seen Alive | | | |
| Date of Death | 10/14/2025 | 18:15 | Florida State Prison, 23916 NW 83rd Ave, Raiford, FL 32026 |
| Pronounced or Found By | 10/14/2025 | 18:15 | [redacted] |
| M.E. Notified | 10/14/2025 | 18:51 | [redacted] |

| County of Death | In City Limits | On the Job | Billing Agency |
|---|---|---|---|
| Bradford | ○ Yes ○ No | ○ Yes ◉ No | Bradford FSP |

| | Agency | Agency Representative | Agency Case# |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

# Medical Examiner District 8
# Processing Worksheets

**Case Number: ME25-0692** **Smithers, Samuel** **72, W, M**

**DOB:** 1/30/1953 **DOD:** 10/14/2025 **Location:** Florida State Prison, 23916 NW 83rd Ave, Raiford, FL 32026

**Initial synopsis:** Samuel Smithers is a 72 year old white male who was a death row inmate at the Florida State Prison. He was executed via lethal injection on 10/14 and death was pronounced at 1815 hours.

**Pathologist** DESCRIPTION OF THE BODY **Prisoner:** ☒ **Infectious:**

| | | | | |
|---|---|---|---|---|
| Height | Weight | Temp | Blood ◯ Yes ◯ No | ☐ Ears ☐ Mouth |
| Hair Head | | Hair Face | | ☐ Nose ☐ Clothing |
| Rigor: Neck | Arms | Legs | Eye Color | Pl Left | Pl Right |
| Froth | Livor | Decomp | Clothed? | |

*Present, Absent* *Anterior, Posterior, Lateral* *None, Early, Advanced, Skeletal* *Fully Clothed, Partly Clothed, Unclothed*

Probable COD

Due to:

Due to:

Part II

How Injury Occurred:

**Manner of Death:**

◯Natural ◯Acc Drug Intoxication ◯Acc All Other ◯Homicide ◯Pending
◯Acc MVA ◯Acc Fall ◯Suicide ◯Undetermined ◯Fetal Death

**Pathologists Processing Comments:**

I hereby certify that after receiving notice of the death described herein, I took charge of the body and made inquiries regarding the cause of death in accordance with Chapter 406, Florida Statutes and the information contained herein regarding such death is true and correct to the best of my knowledge and belief.

**Pathologist** **Susan S. Ignacio, MD** Date Body Viewed ______ Time ______

ME25-0692 Smithers, Samuel 72, W, M **DOB:** 1/30/1953 **DOD:** 10/14/2025

**PATHOLOGIST:** BODY EXAMINATION **Prisoner:** ☒ **Infectious:**




**Pathologist** **Susan S. Ignacio, MD** Date Body Viewed Time

ME25-0692 Smithers, Samuel 72, W, M DOB: 1/30/1953 DOD: 10/14/2025

**Technician:** Personal Effects **Prisoner:** ☒ **Infectious:**

| PE's Collected: | ○Yes ○No | Blood Drawn | ○Yes ○No | Why Not: | |
|---|---|---|---|---|---|

**Actual Fluids Drawn:**

75"
245 lbs

◉ Autopsy ○ External ○ Investigation **Tox Hold:** ○

| | | | | |
|---|---|---|---|---|
| ☐Bile | ☐Cultures Submitted | ☐Donor Organs | ☐Fixed Brain | ☐Rape Kit |
| ☐Consult Brain | ☐DNA Card | ☐Donor Tissues | ☐Fixed Heart | ☐Tox Run |
| ☐Consult Eye | ☐Donor EyeBank | ☐Donor Tissues Other | ☐Gastric Contents | ☐X-Ray |
| ☐Consult Heart | ☐Donor EyeBank Other | ☒Fingerprints | ☐Histo Submitted | |

**A. Personal Effects / Jewelry / Other**

| Quantity | Description | Quantity | Description |
|---|---|---|---|
| 2 | socks | | |
| 1 | pants | | |
| 1 | underwear | | |
| 1 | shirt | | |

**B. Money Collected** ○ Yes ○ N

**Bills**

$100 ........ $50 ........ $20 ........ $10 ........ $5 ........ $2 ........ $1 ........ Total $ ........

**Coins** $1.00 ........ .50 ........ .25 ........ .10 ........ .05 ........ .01 ........ Total $ ........

**Grand Total $** ........

Personal Effects Inventory: The listed personal effects were recorded in my presence and were witnessed by:

Collector: ____________ Witness: ____________ Date: ________ Time: ________

# Toxicology Laboratory Request Form

**College of Medicine**
Department of Pathology, Immunology and Laboratory Medicine
UF Health Pathology Laboratories
Forensic Toxicology Laboratory

4800 S.W. 35th Drive
Gainesville, FL 32608
Tel: (352) 265-0680 ext.72001
Fax: (352) 265-9904

Medical Examiner District 8
3217 SW 47th Avenue, Gainesville, FL 32608

**Phone: 352-273-9292**
**Fax 352-273-9288**

**County of Death:** Bradford ☐ Routine ☒ Pending Tox ☐ Traffic **Decomp ?** ☐ Yes ☒ No

**CaseNumber: ME25-0692** **Smithers, Samuel 72, W, M** **If Yes:** ☐ Mild ☐ Moderate ☐ Advanced

**Initial Synopsis:**

Samuel Smithers is a 72 year old white male who was a death row inmate at the Florida State Prison. He was executed via lethal injection on 10/14 and death was pronounced at 1815 hours.

**Autopsy Findings:** lethal injection

**Drugs Suspected:** Etomidate, rocuronium bromide, potassium acetate

**Specimens Submitted:**

- ☒ Blood Source 1. Heart
- ☒ Blood Source 2. Iliac
- ☐ Blood Source 3. ____
- ☐ Blood Source 4. ____
- ☐ Serum (post-mortem)
- ☒ Urine
- ☐ Bile
- ☒ Vitreous Humor
- ☐ Stomach Contents
- ☐ Other: ____

**Analyses Requested:**

- ☐ PRIORITY CASE
- ☒ Comprehensive Toxicology (includes volatiles)
- ☒ Drug Quantitation: Etomidate
- ☐ Carboxyhemoglobin ☐ Cyanide
- ☐ Other: ____
- ☐ Volatiles Only
- ☐ Vitreous Chemistries
- ☐ Hepatitis B
- ☐ Hepatitis C
- ☐ HIV

### *SUBMITTER USE ONLY*

**To be completed by an authorized representative of the Medical Examiners Office:**

**I verify that the specimens were obtained, labeled, sealed and placed into a tamperproof bag with the original chain of custody form and closed with a tamperproof evidence seal.**

SUSAN IGNACIO
**Print Name**

[signature]
**Signature:**

**Date:** 10/16/25 **Time:** ____ ☐AM ☐PM

### *LABORATORY USE ONLY*

LAB ACCESSION # ____

**Specimens received with seals intact from:** Pedro Vaz[?]

**By:** [signature]

**Date:** 10-17-25 **Time:** 1 ☐AM ☒PM

**Received From:** ____

**By:** ____

**Date:** ____ **Time:** ____ ☐AM ☐PM

**Received From:** ____

**By:** ____

**Date:** ____ **Time:** ____ ☐AM ☐PM

Medical Examiner District 8
3217 SW 47th Avenue
Gainesville Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

**ME25-0692**

## Body Release

### MEDICAL EXAMINER STAFF / REPRESENTATIVE

I hereby authorize the release of the body of:

Decedent:

**Smithers, Samuel**

Date of Birth: 1/30/1953
Date of Death: 10/14/2025
Time of Death : 18:15

Per: FAXed email

Type of Release

Signature: [signature]

ME Staff

Funeral Home Selected by NOK: Archer

Phone: 386-496-2008

### TRANSPORT DRIVER OR OTHER PERSONS ASSUMING CUSTODY OF BODY

Stan Lehman

Funeral Home Representative (Print Name)

[signature]

Signature

NAME OF TRANSPORT COMPANY
*(If different from receiving Funeral Home listed above)*

Transport Company

City

Person Accepting Custody (Print Name)

Signature

ID Checked: ☒ Yes ☐ No

Personal Effects to Release: ☒ Yes ☐ No

Date/Time Body Released : 10/23/25 1110

Alyssa Hewett

Body Released By ( Medical Examiner Staff or Representative )

[signature]

Signature

Date Printed: 10/15/2025, 8:47:07 AM

Medical Examiner District 8
3217 SW 47th Avenue, Gainesville,Florida 32608
Tel: 352-384-3366 Fax: 352-384-3365

**Personal Effects Release**

**Concerning: ME-case: ME25-0692** Name: **Smithers, Samuel**

Personal Effects released to Family / Funeral Home / Agency:

| | |
|---|---|
| 2 | Socks |
| 1 | Pants |
| 1 | Underwear |
| 1 | Shirt |

_____ End of List _____

Released by: Alyssa Hewett
Print Name
[signature]
Signature:

Received by: Stan Lehman
Print Name
[signature]
Signature:

OFFICE OF THE MEDICAL EXAMINER DISTRICT EIGHT

Alachua, Baker, Bradford, Dixie, Gilchrist, Levy & Union Counties
www.district8me.com

3217 SW 47th Avenue
Gainesville, FL 32608
Office 352-384-3366
Fax 352-384-3365

# Body Release Authorization

**To: District 8 Medical Examiner**
**Fax 352-384-3365**
**Phone 352-384-3366**

**Date:** 10/22/25

Pursuant to permission documented in our files and granted by the next-of-kin:

Name of next-of-kin Alvin Smithers

Signature of next of kin INMATE

Whose relationship is Brother (spouse, child, parent, etc)

The remains of Samuel Smithers (name of deceased)

May be released to Archer-Milton Funeral Home (funeral service provider)

Whose address is 55 North Lake Ave

Phone 386-496-2008 Fax 386-496-1956

Furthermore, I certify that we are not aware of any other next-of-kin of higher priority trying to make arrangements with another funeral service provider at this time.

AnnaDayle Milton
Printed Name

[signature]
Funeral Service Provider (signature)

Outlook

## Scanned from a Xerox Multifunction Printer

**From** chronist@pathology.ufl.edu <chronist@pathology.ufl.edu>
**Date** Wed 11/12/2025 12:13 PM
**To** chronist@pathology.ufl.edu <chronist@pathology.ufl.edu>; ME District 8 <medistrict8@alachuacounty.us>

1 attachment (87 KB)
251112_12_06_38.pdf;

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: machine location not set
Multifunction Printer Name: Xerox AltaLink B8155 (A0:8F:6A)

Outlook

## ME25-0692: Smithers, Samuel

**From** ME District 8 <medistrict8@alachuacounty.us>
**Date** Fri 10/24/2025 2:47 PM
**To** Starlin, Karen <karen.starlin@fdc.myflorida.com>

2 attachments (424 KB)
ME25-0692AR.pdf; ME25-0692 ROI.pdf;

Good Afternoon,
Please see the attached reports!
Toxicology is pending

Thank you,
Stephanie

**ME District 8**
ME District 8
Office of the Medical Examiner
3217 SW 47th Avenue • Gainesville • FL • 32608
352-384-3366 (office)

DISCOVER 200 1824–2024 ALACHUA COUNTY BICENTENNIAL

COUNTY NEWS

PLEASE NOTE: Florida has a very broad public records law (F.S.119).
All e-mails to and from County Officials and County Staff are kept as public records. Your e-mail communications, including your e-mail address, may be disclosed to the public and media at any time
.

---

**From:** Alachua County <noreply@alachuacounty.us>
**Sent:** Tuesday, October 21, 2025 3:00 PM
**To:** ME District 8 <medistrict8@alachuacounty.us>
**Subject:** Autopsy Report Request

| | |
|---|---|
| **First Name:** | KAREN |
| **Last Name:** | STARLIN-COX |
| **Email:** | karen.starlin@fdc.myflorida.com |

| | |
|---|---|
| **Decedent First Name:** | SAMUEL |
| **Decedent Last Name:** | SMITHERS |
| **Date of Birth:** | 1953-01-30 |
| **Date of Death:** | 2025-10-14 |
| **Send Report:** | Yes |
| **Fax Number:** | |
| **Address Line 1:** | |
| **Address Line 2** | |
| **City:** | |
| **State:** | Florida |
| **Zip:** | |
| **Contact Number:** | 904-368-8699 |
| **Comments:** | The death sentence for Samuel Smithers was carried out at Florida State Prison on 10/14/2025. This request is to finalize all necessary documents here at FSP and for the Governor's office. Your assistance is greatly appreciated. Respectfully, Karen Starlin-Cox, on behalf of Warden David Allen |