IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**EXECUTION SCHEDULED FOR NOVEMBER 5, 2026, @ 6:00 p.m.**

JESSE GUARDADO,

*Plaintiff*,

v.

Case No.: 3:26-cv-02596
CAPITAL CASE

RICHARD COMERFORD,
Secretary, Florida Department of Corrections,
in his official capacity

and

RANDALL POLK,
Warden, Florida State Prison,
in his official capacity

*Defendants*.
______________________________________________/

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants provide the following cases as supplemental authority in support of the pending motion to limit the evidentiary hearing. M.D. Loc. R. 3.01(j).

*Jordan v. Mississippi State Executioner*, No. 25-70013, 2025 WL 1752391,

at *2, n.2 & *3 (5th Cir. June 24, 2025) (denying a stay of execution to litigate a deviation from the protocol claim in an Eighth Amendment challenge to Mississippi's three-drug protocol where prison officials admitted they did not strictly follow the protocol regarding the consciousness checks).

*Cooey v. Strickland*, 589 F.3d 210, 225 (6th Cir. 2009) (stating that even proof of medical negligence in past executions is "not sufficient to render a facially constitutionally sound protocol unconstitutional").

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL OF FLORIDA

/s/ *Charmaine M. Millsaps*
CHARMAINE M. MILLSAPS
SPECIAL COUNSEL,
ASSISTANT ATTORNEY GENERAL
FLORIDA BAR NO. 0989134
OFFICE OF THE ATTORNEY
GENERAL OF FLORIDA
PL-01, THE CAPITOL
TALLAHASSEE, FL 32399-1050
(850) 414-3300
Email: capapp@myfloridalegal.com
Charmaine.millsaps@myfloridalegal.com

/s/ *Jason W. Rodriguez*
JASON W. RODRIGUEZ
SPECIAL COUNSEL
ASSISTANT ATTORNEY GENERAL
FLORIDA BAR NO. 125285
OFFICE OF THE ATTORNEY
GENERAL OF FLORIDA
PL-01, THE CAPITOL
TALLAHASSEE, FL 32399-1050
(850) 414-3300
Email: capapp@myfloridalegal.com
Jason.Rodiguez@myfloridalegal.com

/s/ *Michael Mervine*
MICHAEL W. MERVINE
SPECIAL COUNSEL,
ASSISTANT ATTORNEY GENERAL
FLORIDA BAR NO. 692131
OFFICE OF THE ATTORNEY
GENERAL OF FLORIDA
3507 E. FRONTAGE RD., SUITE 200,
TAMPA, FL 33607
Email: capapp@myfloridalegal.com
Michael.Mervine@myfloridalegal.com

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY** has been furnished by CM/ECF to **SEAN GUNN** Assistant Public Defender of CHU-N, 227 N. Bronough Street. Tallahassee, Fl 32301; phone: (850) 942-8818; email: sean-gunn@fd.org this 19th day of October 2026.

/s/ *Charmaine Millsaps*

Charmaine M. Millsaps
Special Counsel
Asst. Attorney General