IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**EXECUTION SCHEDULED FOR NOVEMBER 5, 2026, @ 6:00 p.m.**

JESSE GUARDADO,

*Plaintiff*,

v.

Case No.: 3:26-cv-02596
CAPITAL CASE

RICHARD COMERFORD,
Secretary, Florida Department of Corrections,
in his official capacity

and

RANDALL POLK,
Warden, Florida State Prison,
in his official capacity

*Defendants*.
_____________________________________________/

**DEFENDANTS' WITNESS LIST**

Defendants provide the Court and parties with notice that they may call the following witnesses at the Evidentiary Hearing scheduled for Thursday, October 22, 2026, at 9:30 a.m. For the fact witnesses, the Defendants also provide a brief description of their anticipated testimony.

**Florida Department of Law Enforcement Witnesses**

(1) Adam Graff, FDLE Special Agent Supervisor

a. Served as an FDLE monitor for the Pittman, Jones, and Bates executions. Personally checked the etomidate used in those executions for expiration.

(2) Inspector Kevin James, FDLE

a. Served as an FDLE monitor for the Smithers execution. Personally checked the etomidate used in that execution for expiration.

**Expert Witnesses**

(3) Dr. Joseph Antognini

a. Retained expert, anesthesiologist.

(4) Dr. Renea Marcano

a. Serves as Bureau Chief of Pharmaceutical Services for the Florida Department of Corrections. Investigated allegations the Florida Department of Corrections used expired etomidate in past executions and determined the Florida Department of Corrections did not use expired etomidate.

Respectfully submitted,

JAMES UTHMEIER
*Florida Attorney General*

/s/ *Jason W. Rodriguez*
JASON W. RODRIGUEZ
*Special Counsel, Assistant Attorney General*
Florida Bar No. 125285
jason.rodriguez@myfloridalegal.com

/s/ *Charmaine M. Millsaps*
CHARMAINE M. MILLSAPS
*Special Counsel, Assistant Attorney General*
Florida Bar No. 989134
charmaine.millsaps@myfloridalegal.com

/s/ *Michael W. Mervine*
MICHAEL W. MERVINE
*Special Counsel, Assistant Attorney General*
Florida Bar No. 692131
michael.mervine@myfloridalegal.com

FLORIDA ATTORNEY GENERAL'S OFFICE
PL-01, The Capitol
Tallahassee, FL 32399
Capapp@myfloridalegal.com
(850) 414-3300

Counsel for all Defendants.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been furnished by CM/ECF to **SEAN GUNN** Assistant Public Defender of CHU-N, 227 N. Bronough Street. Tallahassee, Fl 32301; phone: (850) 942-8818; email: sean-gunn@fd.org this 19th day of October 2026.

/s/ *Jason W. Rodriguez*
Jason W. Rodriguez
Special Counsel
Asst. Attorney General