IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**EXECUTION SCHEDULED FOR NOVEMBER 5, 2026, @ 6:00 p.m.**

JESSE GUARDADO,

*Plaintiff*,

v.

Case No.: 3:26-cv-02596
CAPITAL CASE

RICHARD COMERFORD,
Secretary, Florida Department of Corrections,
in his official capacity

and

RANDALL POLK,
Warden, Florida State Prison,
in his official capacity

*Defendants*.
______________________________________________/

**DEFENDANTS' FIRST SUPPLEMENTAL WITNESS LIST**

Defendants provide the Court and parties with notice that they may call the following witness, in addition to those named in the initial witness list, at the Evidentiary Hearing scheduled for Thursday, October 22, 2026, at 9:30 a.m.

**Expert Witness**

(1) Dr. Milad Webb, MD, PhD

a. Serves as the District Eight Medical examiner.

Respectfully submitted,

JAMES UTHMEIER
*Florida Attorney General*

/s/ *Jason W. Rodriguez*
JASON W. RODRIGUEZ
*Special Counsel, Assistant Attorney General*
Florida Bar No. 125285
jason.rodriguez@myfloridalegal.com

/s/ *Charmaine M. Millsaps*
CHARMAINE M. MILLSAPS
*Special Counsel, Assistant Attorney General*
Florida Bar No. 989134
charmaine.millsaps@myfloridalegal.com

/s/ *Michael W. Mervine*
MICHAEL W. MERVINE
*Special Counsel, Assistant Attorney General*
Florida Bar No. 692131
michael.mervine@myfloridalegal.com

FLORIDA ATTORNEY GENERAL'S OFFICE
PL-01, The Capitol
Tallahassee, FL 32399
Capapp@myfloridalegal.com
(850) 414-3300

Counsel for all Defendants.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been furnished by CM/ECF to **SEAN GUNN** Assistant Public Defender of CHU-N, 227 N. Bronough Street. Tallahassee, Fl 32301; phone: (850) 942-8818; email: sean-gunn@fd.org this 19th day of October 2026.

/s/ *Jason W. Rodriguez*
Jason W. Rodriguez
Special Counsel
Asst. Attorney General