**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JESSE GUARDADO,

Plaintiff,

v. Case No. 3:26-cv-2596-MMH-SJH

RICHARD COMERFORD, in his official capacity as the Secretary, Florida Department of Corrections, and RANDALL POLK, in his official capacity as the Warden of Florida State Prison,

Defendants.

---

**ORDER**

Plaintiff Jesse Guardado's Unopposed Motion to Authorize Remote Testimony (Doc. 32) is **GRANTED to the extent that** Dr. Michaela Almgren, Pharm. D., M.S., may testify via video during the October 22, 2026 evidentiary hearing. In order to facilitate this request, all counsel are required to bring a laptop or iPad to the hearing. A person authorized to administer oaths in the location where the witness is located must swear in the witness from that location, the witness must be alone in the room when presenting his or her testimony, the witness must be provided with any relevant documentary evidence in advance. The Courtroom Deputy Clerk will separately send

participants the Zoom link. Counsel for Plaintiff Guardado shall provide the Zoom link to the witness.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of October, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

Jax-7
c: counsel of record