**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JESSE GUARDADO,

Plaintiff,

v. Case No. 3:26-cv-2596-MMH-SJH

RICHARD COMERFORD, in his official capacity as the Secretary, Florida Department of Corrections, and RANDALL POLK, in his official capacity as the Warden of Florida State Prison,

Defendants.

---

**ORDER**

Plaintiff, Jesse Guardado, a death row inmate of the Florida penal system who is scheduled for execution on November 5, 2026, filed, through counsel, a Complaint under 42 U.S.C. § 1983, alleging routine maladministration of critical phases of Florida's lethal injection protocol renders it unconstitutional. See Doc. 1 (Complaint). As Defendants, Guardado names the Secretary of the Florida Department of Corrections (FDOC) (Richard Comerford) in his official capacity, and the Warden of Florida State Prison (Randall Polk) in his official capacity. Id. at 4-5. On October 8, 2026, Guardado filed an "Emergency Motion for an Injunction Under the All Writs Act, or, Alternatively, for a Stay of Execution." See Doc. 11 (Mot. to Stay). The

Court has scheduled an evidentiary hearing on the Motion to Stay for October 22, 2026. See Doc. 19.

Before the Court is Guardado's "Motion for Expedited Scheduling and Discovery Order." See Doc. 30 (Mot. for Exp. Discovery). Guardado asks that the Court permit him to engage in limited discovery before the evidentiary hearing to include requesting the execution logs for the August 19, 2025 execution of Kayle Bates; the August 28, 2025 execution of Curtis Windom; the September 17, 2025 execution of David Pittman; and the September 30, 2025 execution of Victor Jones. Id. at 3. Guardado also seeks Defendants' evidentiary hearing witness and exhibit lists. Id. at 2-3. And Guardado requests that the Court issue an order permitting discovery of updated drug logs beyond September 30, 2025; information regarding drug storage, receipt, use, transportation, and disposal; Florida Department of Law Enforcement monitors' notes from each execution in 2025 and 2026; and documents explaining internal FDOC training, preparation, and debriefing after the 36 executions conducted in 2025 and 2026. Id. at 4.

On October 19, 2026, Defendants filed an exhibit list with attached exhibits including the execution checklists and autopsy/toxicology reports for Kayle Bates, Curtis Windom, David Pittman, Victor Jones, and Samuel Smithers. See Docs. 33-1 to 33-10. That same day, Defendants also filed their witness lists for the evidentiary hearing. See Docs. 35, 36. As such, to the

extent that Guardado seeks that information, his request is moot. As to Guardado's requests for further discovery, the Court grants Guardado's request for updated drug inventory logs showing the "Drug Name," "Page," "Previous Balance," "Date" of use or removal from inventory, the "Expiration Date," the amount "Received/Used," and the "Balance" for executions from September 30, 2025 to the present, and denies without prejudice his other requests.

Accordingly, it is

**ORDERED**

Guardado's "Motion for Scheduling and Discovery Order" (Doc. 30) is **GRANTED to the extent that** by **October 20, 2026 at 3:00 p.m.**, Defendants must provide Guardado's counsel with updated drug inventory logs showing the "Drug Name," "Page," "Previous Balance," "Date" of use or removal from inventory, the "Expiration Date," the amount "Received/Used," and the "Balance" for executions from September 30, 2025 to the present. Defendants may redact the updated drug logs only in the same manner as those drug logs already in the Court record such that the "Invoice Name/#," "Lot #," "MFR," and the line under the "Drug Name" may be redacted, nothing more.

The Motion (Doc. 30) is **MOOT to the extent that** Guardado seeks execution logs for the four mentioned executions. The Motion (Doc. 30) is otherwise **DENIED without prejudice.**

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of October, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

Jax-7
c: counsel of record