**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JESSE GUARDADO**

Plaintiff,

Case No. 3:26-cv-2596

v.

**CAPITAL CASE**

**RICHARD COMERFORD,** Secretary,
Department of Corrections,
in his official capacity;

**EXECUTION OF STATE DEATH SENTENCE SET: NOVEMBER 5, 2026 AT 6:00 P.M.**

and

**RANDALL POLK,** Warden,
Florida State Prison,
in his official capacity,

Defendants.
_________________________________/

## PLAINTIFF'S WITNESS LIST

Plaintiff Jesse Guardado respectfully provides notice that he expects to call the following witnesses at the October 22, 2026, evidentiary hearing in this Court.

### I. Expert Witnesses

1. Dr. Michaela Almgren, Pharm.D., M.S.
   - Pharmaceutical expert who will testify in accordance with a declaration that was attached to the complaint.

2. Dr. Joel Zivot, M.D., F.R.C.P.(C)., J.M.
   - Anesthesiologist who will testify in accordance with a report that was attached to the complaint.

Respectfully submitted,

/s/ Linda McDermott
LINDA MCDERMOTT
Chief, Capital Habeas Unit
/s/ Sean Gunn
SEAN GUNN
Assistant Federal Public Defender
Northern District of Florida
227 North Bronough St., Suite 4200
Tallahassee, Florida 32301
(850) 942-8818
linda_mcdermott@fd.org
sean_gunn@fd.org

*Counsel for Mr. Guardado*

**CERTIFICATE OF SERVICE**

On October 21, 2026, this filing was electronically served on all attorneys attached to the CM/ECF docket.

/s/ Sean Gunn
Sean Gunn