**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JESSE GUARDADO**

Plaintiff,

Case No. 3:26-cv-2596

v.

**CAPITAL CASE**

**RICHARD COMERFORD,** Secretary,
Department of Corrections,
in his official capacity;

**EXECUTION OF STATE DEATH SENTENCE SET: NOVEMBER 5, 2026 AT 6:00 P.M.**

and

**RANDALL POLK,** Warden,
Florida State Prison,
in his official capacity,

Defendants.

_______________________________/

**NOTICE OF APPEARANCE**

Undersigned counsel, Bailey Ellicott, Attorney with the Federal Public Defender for the Northern District of Florida, respectfully enters an appearance on behalf of Plaintiff, Jesse Guardado, and requests to be listed on the CM/ECF docket as an attorney for Plaintiff to be noticed in this case.

Respectfully Submitted,

/s/ Bailey Ellicott
Bailey Ellicott
Attorney, Capital Habeas Unit
Virginia Bar No. 100351
Office of the Federal Public Defender
Northern District of Florida

Tallahassee, FL 32301
(850) 942-8818
bailey_ellicott@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading has been furnished by electronic service to all counsel of record on this 21st day of October, 2026.

/s/ Bailey Ellicott
Bailey Ellicott