**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JESSE GUARDADO
v.
SECRETARY, DEPARTMENT OF CORRECTIONS, et al.

CASE NO. 3:26-cv-2596-MMH-SJH

Counsel for Plaintiff:
Linda McDermott
Sean Gunn
Bailey Ellicott

Counsel for Defendants:
Jason Rodriguez
Charmaine Millsaps
Michael Mervine

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles

Court Reporters: Katharine Healey
Heather Randall

## CLERK'S MINUTES

PROCEEDINGS OF: EVIDENTIARY HEARING

Plaintiff's Exhibits: 1-8

Plaintiff's Witnesses: Michaela Almgren, Pharm.D., M.S. (via Zoom), Joel Zivot, M.D.

Defendants' Exhibits: 1-10

Defendants' Witnesses: Dr. Joseph Antognini (via Zoom), Adam Graff, Milad Webb, M.D., Ph.D. (via Zoom), Kevin James, Renea Marcano, M.D.

By the close of business tomorrow (5:00 p.m.), counsel for Defendants shall submit unredacted Etomidate logs showing Invoice Numbers and Lot Numbers to the undersigned's chambers for in camera review.

The parties are directed to file written closing arguments no later than **5:00 p.m. on Monday, October 26, 2026**.

**FILED IN OPEN COURT:**
Plaintiff's Exhibit List
Defendants' Exhibit List

Date: October 22, 2026
Times: 9:39 a.m. – 1:06 p.m.; 2:05 p.m. – 5:45 p.m.
Total: 7 Hours, 7 Minutes