IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**EXECUTION SCHEDULED FOR NOVEMBER 5, 2026, @ 6:00 p.m.**

JESSE GUARDADO,

*Plaintiff*,

v.

Case No.: 3:26-cv-02596
CAPITAL CASE

RICHARD COMERFORD,
Secretary, Florida Department of Corrections,
in his official capacity

and

RANDALL POLK,
Warden, Florida State Prison,
in his official capacity

*Defendants*.

_______________________________________/

**DECLARATION OF DR. RENEA MARCANO**

I, Dr. Renea Marcano, Bureau Chief of Pharmacy Services at the Florida Department of Corrections, submit this declaration under penalty of perjury.

I have set aside protocol-compliant doses of etomidate, rocuronium

bromide, and potassium acetate for use in Jesse Guardado's execution. The expiration date for the set aside etomidate is 01/2027. The expiration date for the set aside rocuronium bromide is 03/2027. The expiration date for the set aside potassium acetate is 12/2026. These set aside drugs alone will be used as the three drugs in Florida's three-drug protocol for Jesse Guardado's execution on November 5, 2025.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2); *Roberts v. Sec'y, Dep't of Corr.*, No. 23-12289, 2024 WL 1830713, at *2 n.2 (11th Cir. Apr. 26, 2024) (explaining that a signed and dated declaration, in the form required by § 1746(2), "carries the same force as an affidavit" citing *Furcron v. Mail Ctrs. Plus, LLC*, 843 F.3d 1295, 1303 n.2 (11th Cir. 2016); *Roy v. Ivy*, 53 F.4th 1338, 1348 (11th Cir. 2022)).

Executed on 10/27/26

Dr. Renea Marcano

Dr. Renea Marcano

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL OF FLORIDA

/s/ Charmaine Millsaps
CHARMAINE M. MILLSAPS
SPECIAL COUNSEL,
ASSISTANT ATTORNEY GENERAL
FLORIDA BAR NO. 0989134
OFFICE OF THE ATTORNEY
GENERAL OF FLORIDA
PL-01, THE CAPITOL
TALLAHASSEE, FL 32399-1050
(850) 414-3300
Email: capapp@myfloridalegal.com
Charmaine.millsaps@myfloridalegal.com

/s/ Jason W. Rodriguez
JASON W. RODRIGUEZ
SPECIAL COUNSEL,
ASSISTANT ATTORNEY GENERAL
FLORIDA BAR NO. 125285
OFFICE OF THE ATTORNEY
GENERAL OF FLORIDA
PL-01, THE CAPITOL
TALLAHASSEE, FL 32399-1050
(850) 414-3300
Email: capapp@myfloridalegal.com
Jason.Rodiguez@myfloridalegal.com

COUNSEL FOR DEFENDANTS

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **DECLARATION OF DR. RENEA MARCANO** has been furnished by CM/ECF to **SEAN GUNN** Assistant Public Defender of CHU-N, 227 N. Bronough Street. Tallahassee, Fl 32301; phone: (850) 942-8818; email: sean-gunn@fd.org this 27th day of October, 2026.

/s/ *Charmaine Millsaps*
Charmaine M. Millsaps
Special Counsel
Asst. Attorney General